
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 26 03:47:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: [ ]  OR  [Jump]  to record: [ ]    **Record 2 out of 2**

[TSDR]  [ASSIGN Status]  [TTAB Status]    *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIBERTARIAN PARTY

| | |
|---|---|
| **Word Mark** | LIBERTARIAN PARTY |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: NEWSPAPERS, BROCHURES, PAMPHLETS AND BOOKLETS CONCERNING POLITICAL ISSUES. FIRST USE: 19720100. FIRST USE IN COMMERCE: 19720100<br><br>IC 042. US 100 101. G & S: POLITICAL PARTY SERVICES, NAMELY, PROMOTING THE INTERESTS OF A POLITICAL PARTY. FIRST USE: 19720100. FIRST USE IN COMMERCE: 19720100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75937476 |
| **Filing Date** | March 7, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 10, 2000 |
| **Registration Number** | 2423459 |
| **Registration Date** | January 23, 2001 |
| **Owner** | (REGISTRANT) Libertarian National Committee, Inc. NON-PROFIT CORPORATION D.C. 1444 Duke Street Alexandria VIRGINIA 223143403 |
| **Attorney of Record** | R. Scott Keller |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARTY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200805. |
| **Renewal** | 2ND RENEWAL 20200805 |

**EXHIBIT 2**

| Live/Dead Indicator | LIVE |
|---|---|

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |