

United States Patent and Trademark Office

*Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News*

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 26 03:47:22 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [     ]  OR  [Jump]  to record: [     ]    **Record 5 out of 20**

---

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

 LIBERTARIAN

| | |
|---|---|
| **Word Mark** | **LIBERTARIAN** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Political party services, namely, promoting the interests of a political organization. FIRST USE: 20150000. FIRST USE IN COMMERCE: 20150000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 13.01.02 - Blow torch ; Propane torches ; Torches ; Welding torch |
| **Serial Number** | 88630634 |
| **Filing Date** | September 25, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 4, 2020 |
| **Registration Number** | 6037046 |
| **Registration Date** | April 21, 2020 |
| **Owner** | (REGISTRANT) Libertarian National Committee, Inc. non-profit corporation D.C. 1444 Duke Street Alexandria VIRGINIA 22314 |
| **Attorney of Record** | R. Scott Keller |
| **Prior Registrations** | 2423459 |
| **Description of Mark** | The color(s) black, gold and white is/are claimed as a feature of the mark. The mark consists of the word "LIBERTARIAN" in black with a depiction of a black torch with the head and wing of an eagle as the flame with the wing and outline of the head in gold and the remainder of the head in white. |
| **Type of Mark** | SERVICE MARK |

**EXHIBIT 3**

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY