

February 16, 2023

Joseph Brungardt
4140 18 1/2 Mile Rd.
Sterling Heights, MI 48314
michiganlibertarians@gmail.com,
joebrungardt@gmail.com.
joebfreedom@gmail.com

*Via Email*

**Re: The Libertarian Party of Michigan**

Mr. Joe Brungardt:

The national Libertarian Party ("LP") has a vested interest in protecting its rights and the rights of its affiliate parties, including the Libertarian Party of Michigan ("LPM"). It has come to our attention that you are holding yourself out to the public and members of the LPM as the Chair of the "Libertarian Party of Michigan". This is patently false.

The presently recognized Chair of the Michigan affiliate is Andrew Chadderdon and his legitimately elected successors, as affirmed by the LPM Judicial Committee and explicitly authorized by the LPM Bylaws. On or about December 13, 2022, the LPM Judicial Committee (in accordance with the LPM Bylaws) ruled that the actions taken at the July 9, 2022, Candidate Nominating Convention which led to your initial selection as LPM Chair are invalid.

Your claim that Michigan corporate law provides otherwise is irrelevant to the identity and leadership of the legitimate affiliate. Likewise, your recent correspondence to LPM members advertising an unauthorized and illegitimate convention was also incorrect.

Rumors have circulated that LPM's Judicial Committee removed officers with their decision. Your state affiliate's Judicial Committee did not "remove" any officer or director. Their decision invalidated a motion of no confidence that removed Andrew Chadderdon as chair because the removal and election in controversy was not validly noticed. Individuals cannot be removed from positions to which they were not validly elected. Thus, the act of voiding an invalid removal is not a removal. It is the national LP's understanding that LPM's judicial committee decision has been affirmed by counsel retained by the rightful LPM.

Absent a decision from the LNC or the national Judicial Committee to the contrary, national Platform Committee appointments and national delegate entitlements, along with ballot access, remain with the Party presently chaired by Mr. Chadderdon, and his legitimately elected successors.

In these pursuing statements and activities (holding yourself out to be chair, holding yourself out to be LPM, soliciting for donations, and other similar activities), you have violated LPM's bylaws, the national Libertarian Party's bylaws, and made unauthorized use of Libertarian Party trademarks, including but not

EXHIBIT 8

LPM
2/16/23
Page 2 of 3

limited to the trademarked name "Libertarian Party."  Further, neither the Libertarian National Committee ("LNC") nor the LPM has authorized you to make use of its trademark(s) in order to promote a different political party, and any such use is hereby expressly prohibited. We are therefore sending you this letter in an attempt to resolve this matter without the need for legal action. We demand that you immediately cease and desist from making further unauthorized use of Libertarian Party trademark(s) and fraudulently advertising a non-Libertarian Party convention as one of the Party.

In particular, the LNC has registered trademarks on the following:

- "Libertarian Party" (Reg. No. 2,423,459);
- "The Party of Principle" (Reg. No. 2,423,458);
- Libertarian Party Logo (Reg. No. 6,037,046).

Your unauthorized use of Libertarian Party trademark(s) and false claims of official position and calling of an illegitimate convention harms the LNC and LPM by willfully misleading members of the public and the LPM into believing that your alleged chairmanship and advertised convention is affiliated with the Libertarian Party, when in fact no such affiliation or authorization exists. Consequently, to avoid legal action in this matter, we demand that you immediately take any and all actions necessary to prevent your further infringement on our legal rights and interests. This includes, without limitation, that you cease and desist from using the trademarked name "Libertarian Party" in your organization in any published materials, including your mailing list, Facebook and social media pages, or any other electronic forum, as well as any other communications, whether electronic, print, audio or any other medium, including but not limited to campaign literature, brochures, advertisements, email or any other communication.

Further, it has been communicated to us by the Chair of the Libertarian Party of Michigan as well as by membership that their contact information secured in CiviCRM was potentially used to further these false representations.  As you are aware, all users of CiviCRM are required to sign a Non Disclosure Agreement ("NDA") which limits the use of this data to legitimate Party business authorized by the affiliate or the national Party.

You are advised not to destroy or otherwise spoliate any evidence of your actions relating to any potential NDA violations, and/or the dissemination of confidential information, pursuant to Va. Code § 8.01-379.2:1. You have, "a duty to preserve evidence that may be relevant to reasonably foreseeable litigation." If this conflict results in litigation and you have "disposed of, altered, concealed, destroyed, or not preserved" evidence, you may place yourself at risk of an unfavorable finding by a jury, or a default judgment.

""The textbook definition of `spoliation' is `the intentional destruction of evidence[.'] . . . However, spoliation issues also arise when evidence is lost, altered or cannot be produced."" Wolfe v. Virginia Birth-Related Neuro, 40 Va. App. 565, 581 (Va. Ct. App. 2003) The law on this matter is clear in the state of Virginia and in the District of Columbia, which have overlapping jurisdiction regarding the LNC's legal affairs. "[T]here now exists in the District of Columbia an independent action for negligent or reckless spoliation of evidence". Holmes v. Amerex Rent-A-Car, 710 A.2d 846, 854 (D.C. 1998)

Based on the foregoing, we demand that you and your agents cease using the LP's registered trademarks and return all property belonging to the LP within 10 days of the date of this letter.  Furthermore, we

LPM
2/16/23
Page 3 of 3

request you immediately terminate any further misrepresentation that you are affiliated with the LP. Thank you for your attention to this matter.


Angela McArdle, Chair

Libertarian National Committee