**Brandon G. Warzybok**
Attorney at Law
50477 CR 374
Lawrence, Michigan, 49064
t 248.877.5776
Licensed in MI, and IN
brandon.warzybok@gmail.com

February 17, 2023

Angela McArdle          via email only-- angela.mcardle@lp.org
Chairwoman
Libertarian National Committee

Re: The Libertarian Party of Michigan

Dear Angela,

Attached is a letter that Mr. Joe Brunghardt, the elected Chairman of my state affiliate, received on February 16, 2023. I feel you should be aware that some asshole is signing your name to stupid, pointless letters. In light of this, I would like to take this opportunity to remind you and all members of the Libertarian National Committee that the Libertarian Party of Michigan is a wholly separate entity from the Libertarian National Committee, that the Libertarian Party of Michigan is governed separately by its own members, that it was organized before the adoption of the Articles of Incorporation, Constitution, and Bylaws of the National Party in June 1972, and that the National Party Bylaws expressly disavow any abridgment of state affiliate autonomy by your Committee. I point this out because it appears that whoever signed your name on this letter is not only dishonest and petulant, but also confused about the limits of your Committee's authority.

The attached letter contains a litany of factual allegations, few (or any) of which have any basis in reality. While I confess that I am a great devotee of fantasy writing, I must advise you that the author of this letter is a pale imitation of Tolkien, Martin, Lewis, Sanderson, and others who work more productively in this genre. I shan't be reading the sequel.

In Liberty etc. etc.,

*[signature]*

Brandon G. Warzybok
Member, Libertarian Party of Michigan
BGW

Enc.

P.S. Best of luck with your "antiwar" rally this weekend.

EXHIBIT 9