| | |
|---|---|
| **Committee ID#** | 002594 |
| **Committee Name** | LIBERTARIAN PARTY OF MI EXEC COMM INC |
| **This statement covers from** | 01/01/2023<br>04/20/2023 |
| **Committee Mail Address** | PO BOX 27065<br>LANSING, MI 48909 |
| **Committee Phone Number** | (888) 373-3669 |
| **Treasurer Name**<br>**Residential Address** | ANGELA THORNTON<br>15223 RIPPLE DR.<br>LINDEN MI 48451 |
| **Phone** | |

**EXHIBIT 10**