# ⚡ LIBERTARIAN
### The Party of Principle™

Dear Members of the Libertarian Party of Michigan,

I understand there may be some confusion in your affiliate regarding a change of leadership. As you move towards an upcoming convention, I want to wish you all the best of luck and inform you that the LNC currently recognizes the entity found at **https://michiganlp.org** and presently chaired by Andrew Chadderdon as the rightful affiliate party.

If you have any questions about getting involved or information on your convention, please contact LPMI at **info@michiganlp.org**.

Sincerely,

Angela McArdle
LNC Chair

© 2023 LNC — All Rights Reserved.
Paid for by the Libertarian National Committee, Inc. (LP.org)
1444 Duke St., Alexandria, VA 22314-3403
Not authorized by any candidate or candidate's committee.

You previously signed up to get mail from the Libertarian National Committee on December 19th, 2017. Didn't get this email in your primary inbox? Here's how to fix that.

You can update your preferences, unsubscribe from the Libertarian National Committee or opt out of all Libertarian Party communications.

EXHIBIT 15