

**Michigan Libertarians (Official LPM)**
@MILibertarians

Join the Libertarian Party of Michigan (Official) & fight to restrain all authoritarian power grabs: tinyurl.com/joinlpmi
Comms: Gregg S & Jami V

🔗 michlp.org    📅 Joined January 2023

EXHIBIT 17



# Libertarian Party of Michigan Executive Committee, Inc

21 likes • 26 followers



👍 Like    🔍 Search    ...

💬 Message

Posts  About  Mentions  Followers  Photos  Videos  More ▾

## Intro

Official FB page of the LPM
On Twitter @MILibertarians
Find us on the web at: https://michiganlp.net

ⓘ Page · Political Party
✉ info@michiganlp.net
🐦 MILibertarians
🌐 michlp.org

## Featured

 **Libertarian Party of Michigan Executive Committee, Inc**
April 2 at 10:04 PM · 🌐

Join the uncensored discussion at: https://www.facebook.com/groups/89290853511306 2...

