

Home    News    About    Get Involved    Donate    Join/Renew

# Membership

The Libertarian Party of Michigan does not take special interest money, it relies on the support of people like you. You'll also have a voting say in our party at our conventions. Your support will help build a stronger, more effective Libertarian Party of Michigan.

You may use this page to join / renew your membership or you may make a donation here.

Fields marked with an * are required

**Select Join or Renewal ***

Choose One 

**Membership Options ***

○ Annual Membership - $25.00
○ Lifetime Membership - $250.00

EXHIBIT 19