

EXHIBIT 20



**Jonathan M. Jacobs** Thank you for the confirmation of the absurd stretch of fiduciary damage to the party.

Haha  Reply  Share  2h   😂❤️😡 4



**Jonathan M. Jacobs**
**Dave Canny** Sorry if you think damaging the brand is "absurd."

Like  Reply  Share  1h   👍



**Dave Canny**
**Jonathan M. Jacobs** I think that damaging your brand and the Wixom Group brand could be considered a Holy Quest

Like  Reply  Share  1m



**Jonathan M. Jacobs**
**Dave Canny** It would not be Libertarian, however. The key to being a Libertarian affiliate is to be Libertarian.





**Scott A Boman**

3m ·

#FraudAlert Pleas#FraudAlert

There is a Republican hack named Eric Doster, who is falsely claiming to represent the Libertarian Party of Michigan, in order to sabotage it, to make it easier for Republicans to win future elections.

He is colluding with disgruntled or insurgent former and current LEC members. He is even abusing his law license trying to intimidate the Chair of our party into denying his office.