Hello ,

The Genesee County Affiliate is listed as the committee receiving funds on a website that is misrepresenting itself as the Libertarian Party of Michigan. This action is fraudulent, deprives the legitimate Libertarian Party of Michigan of fundraising, and is damaging donor confidence in the organization. We consider these actions to be a breach of our affiliation agreement. Furthermore, the Libertarian Executive Committee observed that the Libertarian Party of Genesee County did not send any delegates to the legitimate Special Convention in Wixom on April 1st.

We are asking the Libertarian Party of Genesee County to resolve to recognize the legitimate Libertarian Party of Michigan Executive Committee (as convened in Wixom on April 1st, 2023), and to cease participating in fraudulent activity fundraising for the rogue board. The Executive Committee has already resolved to disaffiliate Genesee County effective end of Friday April 7th if these conditions are not met. If you are a member and wish that your county party stays affiliated with the Libertarian Party of Michigan and the National Libertarian Party, please ask your executive committee to take these actions and avert the disaffiliation.

In the unfortunate event that the county party decides not to maintain our affiliation, the Libertarian Party of Michigan Executive Committee hopes to launch a new affiliate as soon as possible. We will gladly continue to work with all members who are interested in working towards our goal of getting Libertarians elected in Genesee county. Please reach out to our vice chairs, Leah Dailey (VCAffiliates@MichiganLP.org) and Trevor Step (VCPoliticalDirector@MichiganLP.org), for affiliate and campaign support.

Regards,

Andrew Chadderdon

Chair, Libertarian Party of Michigan Executive Committee


PO BOX 614
ROYAL OAK, MI 48068-0614
Oakland

https://michiganlp.org/civicrm/mailing/unsubscribe/?reset=1&jid=&qid=&h=fakehash

**EXHIBIT 21**