

EXHIBIT 23

**Express Checkout**

| Anedot | G Pay |

OR

Already have an account? Sign in

Email *

Phone *

First name *    Last name *

Address *

**Are you currently employed? ***

◉ Yes    ○ No

Occupation *    Employer Name *

| Card | PayPal | Bank |

Card Number *

**Donate**

🔒 Your information is secure.

By accessing this form you agree to the
Terms of Service and Privacy Policy.

© 2023 Libertarian Party of Genesee County and Anedot Inc. All rights reserved.

Have questions? Visit our Support Center

Anedot