Hello ,

It has come to the attention of the Libertarian Party of Michigan Executive Committee that the Libertarian Party of West Michigan passed the following resolution:

*Resolved in convention of the Libertarian Party of West Michigan, February 25, 2023: "We the assembled members of the Libertarian Party of West Michigan, do not recognize or accept ANY legitimacy of representation of the Libertarian Party in Michigan by those organizing the meeting in Wixom on April 1st, 2023. The only legitimate representative body is that one elected by the members of the Party and modified by actions on July 9th, 2022, at the Holland Convention. We specifically object to any attempt by the subordinate Judicial Committee to overturn the will of the convention."*

This resolution evidences the intent of the Libertarian Party of West MIchigan to disafilliate from the Libertarian Party of Michigan. This action deprived our members of the right to attend the legitimately called Special Convention in Wixom and broke our affiliation agreement. By rejecting the bylaws sanctioned decisions of the Judicial Committee, this is a clear violation of the bylaws requirements upon Local Party Organizations of the Libertarian Party of Michigan:

Article IV, Section 2

"The Executive Committee shall charter affiliate parties, each of which shall cover one or more counties of the state, hereinafter referred to as an "affiliate region", from those organizations requesting such status ... No organization shall be so chartered ... whose operating rules do not comply with these bylaws."

We are asking the Libertarian Party of West Michigan to reverse this action and to resolve to recognize the legitimate Libertarian Party of Michigan Executive Committee (as convened in Wixom on April 1st, 2023). The Executive Committee has already resolved to disaffiliate West Michigan effective end of Friday April 7th if these conditions are not met. If you are a member and wish that your region party stays affiliated with the Libertarian Party of Michigan and the National Libertarian Party, please ask your executive committee to take these actions and avert the disaffiliation.

In the unfortunate event that the region party decides not to maintain our affiliation, the Libertarian Party of Michigan Executive Committee hopes to launch new affiliates as soon as possible. We will gladly continue to work with all members who are interested in working toward our goal of getting Libertarians elected in West Michigan. Please reach out to our vice chairs, Leah Dailey (VCAffiliates@MichiganLP.org) and Trevor Step (VCPoliticalDirector@MichiganLP.org), for affiliate and campaign support.

Regards,

Andrew Chadderdon

Chair, Libertarian Party of Michigan Executive Committee


PO BOX 614
ROYAL OAK, MI 48068-0614
Oakland

https://michiganlp.org/civicrm/mailing/unsubscribe/?reset=1&jid=&qid=&h=fakehash

**EXHIBIT 24**