





EXHIBIT 25