UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIBERATION NATIONAL COMMITTEE, INC.

          Plaintiff(s),    Case No. 2:23-cv-11074-JEL-EAS

v.                 Judge Judith E. Levy

SALIBA ET. AL.           Magistrate Judge Elizabeth A. Stafford

         Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,423,459 | 1/23/2001 | Libertarian National Committee, Inc. |
| 2 | 6,037,046 | 4/21/2020 | Libertarian National Committee, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: May 5, 2023         /s/ Joseph J. Zito
                 1250 Conn AVe, NW
                 Suite 700
                 Washington, DC 20036
                 202-466-3500
                 jzito@dnlzito.com