AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Libertarian National Committee, Inc..  )
)
)
v.  ) Civil Action No. 23-11074
)
)
Michael J. Saliba, et. al  )
) Hon. Judith E. Levy
)
)
)

**SUMMONS IN A CIVIL ACTION**

To:  Michael J. Saliba

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joseph J Zito
    1250 Connecticut Avenue, Nw
    Suite 700
    Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*      By: s/K. Brown_____
                                                               *Signature of Clerk or Deputy Clerk*

                                                               Date of Issuance: May 8, 2023



# Summons and Complaint Return of Service

Case No. 23-11074
Hon. Judith E. Levy

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael J. Saliba
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.    **23-11074**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Mike Saliba**
was recieved by me on  **5/10/2023:**

- [X] I personally served the summons on the individual at **6231 Scenic Clinton, Township, MI 48038** on **05/13/2023 at 2:37 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date:   05/15/2023

_____
*Server's signature*

**Centurium Frost**
*Printed name and title*

**10005 Riverdale
Redford, MI 48239**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Mike Saliba with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0106473341**