# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,**<br><br>*Defendants.* | Case No. 23-cv-11074<br><br>Hon. Judith E. Levy |

## STIPULATION AND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule of Civil Procedure 7.1(g), the parties stipulate that the defendants shall have 4 additional days to respond to plaintiff's motion for a preliminar injunction (ECF No. 5), making their response due on Monday, June 26. This stipulation is in recognition of good cause for the defendants' requested extension, including the fact that undersigned counsel's son was recently diagnosed with a serious medical condition requiring hosptilization. The parties request that the briefing extension be granted via a text entry on PACER.

DATED June, 2023.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ *C. Nicholas Curcio*
　　　　　　　　　　　　　　　　C. Nicholas Curcio
　　　　　　　　　　　　　　　　CURCIO LAW FIRM, PLC
　　　　　　　　　　　　　　　　16905 Birchview Drive
　　　　　　　　　　　　　　　　Nunica, MI 49448
　　　　　　　　　　　　　　　　Telephone: (616) 430-2201
　　　　　　　　　　　　　　　　ncurcio@curciofirm.com
　　　　　　　　　　　　　　　　*Attorney for Defendants*


　　　　　　　　　　　　　　　　By: /s/ *Joseph J. Zito*
　　　　　　　　　　　　　　　　Joseph J. Zito
　　　　　　　　　　　　　　　　FRESH IP PLC
　　　　　　　　　　　　　　　　1250 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Telephone: (202) 466-3500
　　　　　　　　　　　　　　　　jzito@steinip.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*