## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: |
| MIKE SALIBA, et. al. | 23-cv-11074 |
| Defendants | |
| | Hon. Judith E. Levy |

**PLAINTIFF'S NOTICE SUBMISSION OF WAIVERS OF SERVICE**

Plaintiff hereby submits the attached Waivers of Service for each of the named defendants, Mike Saliba;  Angela Thornton;  Dave Canny;  Greg Stempfle; Rafael Wolf; Jami Van Alstine; Mary Buzuma; and Joe Brungardt.

Plaintiff also withdraws the previous filed Proof of Service on Defendant Saliba [DE#4]

By agreement of counsel, the date for all defendants to answer or otherwise respond to the Complaint in this matter has been set for July 31, 2023.

June 9, 2023                           Respectfully Submitted,

  /s/ Joseph J. Zito
Joseph J. Zito
FRESH IP PLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
jzito@steinip.com
(202) 466-3500
**ATTORNEYS FOR PLAINTIFF
LIBERTARIAN NATIONAL
COMMITTEE, INC.**

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the forgoing Plaintiff's Notice of Submission of Waivers of Service was filed on June 9, 2023 with the United States District Court for the Eastern District of Michigan through the CM/ECF system and served by the CM/ECF system on counsel for Defendants:

    C. Nicholas Curcio
    CURCIO LAW FIRM, PLC
    16905 Birchview Drive
    Nunica, MI 49448
    Telephone: (616) 430-2201
    ncurcio@curciofirm.com
    *Attorney for Defendants*

Respectfully Submitted:

/s/ Joseph J. Zito
Joseph J. Zito