UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Libertarian National Committee, Inc.,

                    Plaintiff,

v.

Michael J. Saliba, *et al.*,

                    Defendants.

_____/

Case No. 23-cv-11074

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## ORDER STRIKING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [5] AND DIRECTING PLAINTIFF TO COMPLY WITH THE LOCAL COUNSEL REQUIREMENT

The Court has reviewed Plaintiff's motion for preliminary injunction. (ECF No. 5.) The Court strikes that document for the following reasons:

☒ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☒ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☒ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Other: _____.

The document (ECF No. 25) is STRICKEN and not part of the record. The document must be refiled in full compliance with the applicable rules by **June 16, 2023**.

The Court also notes that Plaintiff has not yet complied with the Eastern District of Michigan's local counsel requirement. *See* E.D. Mich. LR 83.20(f). The Court orders Plaintiff to comply with Local Rule 83.20(f) by **June 16, 2023**.

IT IS SO ORDERED.

Dated: June 9, 2023       s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 9, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
