UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Libertarian National Committee, Inc.,

     Plaintiff,                         Case No. 23-cv-11074

v.                                    Hon. Judith E. Levy

Michael J. Saliba, et al.,          Mag. Judge Elizabeth A. Stafford

     Defendants.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

Please enter my appearance as counsel for Plaintiff Libertarian National Committee, Inc. in the above-captioned matter.

                                    HOOPER HATHAWAY, P.C.

Dated: June 14, 2023         BY:  /s/ Oscar A. Rodriguez
                                     Oscar A. Rodriguez (P73413)
                                     126 South Main Street
                                     Ann Arbor, MI  48104
                                     (734) 662-4426
                                     orod@hooperhathaway.com
                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

BY:   /s/ Oscar A. Rodriguez
          Oscar A. Rodriguez (P73413)
          126 South Main Street
          Ann Arbor, MI  48104
          (734) 662-4426
          orod@hooperhathaway.com
          Attorney for Plaintiff