UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Libertarian National Committee, Inc.,

    Plaintiff,

v.

Michael J. Saliba, et al.,

    Defendants.

_____/

Case No. 23-cv-11074

Hon. Judith E. Levy

Mag. Judge Elizabeth A. Stafford

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

Please enter my appearance as counsel for Plaintiff Libertarian National Committee, Inc. in the above-captioned matter.

HOOPER HATHAWAY, P.C.

Dated: June 14, 2023

BY: /s/ Bruce T. Wallace
Bruce T. Wallace (P24148)
126 South Main Street
Ann Arbor, MI 48104
(734) 662-4426
bwallace@hooperhathaway.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

                      By:   /s/ Bruce T. Wallace
                              Bruce T. Wallace (P24148)
                              126 South Main Street
                              Ann Arbor, MI  48104
                              (734) 662-4426
                              bwallace@hooperhathaway.com
                              Attorney for Plaintiff