# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: |
| MIKE SALIBA, et. al. | 23-cv-11074 |
| Defendants | |
| | Hon. Judith E. Levy |

## JOINT STIPULATION

The parties hereby stipulate to the following:

1. Plaintiff, Libertarian National Committee, Inc., is the National Committee of the Libertarian Party as defined by 52 U.S.C. §30101(14) and manages the business of the Libertarian Party throughout the United States at the national level.

2. As part of the management of the Party, Plaintiff has registered a number of trademarks, including the "Libertarian" Torch-Eagle logo Reg. No. 6,037,046.

3. Without conceding liability for, or waiving any defenses against, the claims asserted in Plaintiff's complaint, the Defendants, individually and jointly stipulate that they will not use the Libertarian Torch-Eagle logo while this matter,

-1-

including any appeals thereof, remains pending.

June 15, 2023                                    Respectfully Submitted,

 /s/ Joseph J. Zito
Joseph J. Zito
FRESH IP PLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
jzito@steinip.com
(202) 466-3500
***ATTORNEYS FOR PLAINTIFF LIBERTARIAN NATIONAL COMMITTEE, INC.***

and

 /s/ C. Nicholas Curcio
C. Nicholas Curcio
CURCIO LAW FIRM, PLC
16905 Birchview Drive
Nunica, MI 49448
Telephone: (616) 430-2201
ncurcio@curciofirm.com
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the forgoing Joint Stipulation was filed on June 15, 2023 with the United States District Court for the Eastern District of Michigan through the CM/ECF system and served by the CM/ECF system on all counsel of record.  The Stipulation was also served on Mr. Curcio by e- mail.

Respectfully Submitted:

 /s/ Joseph J. Zito
Joseph J. Zito