## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

LIBERTARIAN NATIONAL     |
    COMMITTEE, INC.,    |
           |
   Plaintiff,       |
  v.          |   CIVIL ACTION NO.:
           |
MIKE SALIBA,  et. al.     |   23-cv-11074
           |
   Defendants      |
           |   Hon. Judith E. Levy
_____ |

### PROPOSED ORDER FOR  PRELIMINARY INJUNCTION

UPON CONSIDERATION of Plaintiff, the Libertarian National Committee, Inc.'s Motion for a Preliminary Injunction, and having considered the briefs and arguments of all parties, it is HEREBY:

ORDERED that Plaintiff's Motion is GRANTED,

ORDERED that a Preliminary Injunction is ISSUED, hereby ENJOINING Defendants and their representatives, officers, directors, agents, servants, employees, successors, assignees, and those controlled by or acting in concert with them collectively and individually from using the LNC's federally registered trademarks "Libertarian Party" Reg No. 2,423,459 and "Libertarian Logo" Reg. No. 6,037,046 and/or any confusingly similar marks in any manner whatsoever, including in the name of any political organization, in any registrations with the Federal Election Commission and any State Election Commission, in any corporate registration, web sites and the like.  Defendants are further enjoined from use of the confusing URLs michlp.org and michiganlp.net.

_____
Honorable Judith E. Levy
United States District Judge