UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Articles of Incorporation and Bylaws of LPMEC |
| 2 | USPTO "Libertarian Party" Reg. No. 2,423,459 |
| 3 | USPTO "Libertarian" logo Reg. No. 6,037,046 |
| 4 | Screenshot of front page of Plaintiff's website LP.org |
| 5 | Libertarian Party Bylaws |
| 6 | Cease and desist letter from Eric Doster, Esq. dated February 15, 2023 |
| 7 | Response email from Defendants' former board member Scotty Boman dated February 15, 2023 |
| 8 | Cease and desist letter from LNC Chair Angela McArdle dated February 16, 2023 |
| 9 | Response letter from Brandon G. Warzybok dated February 8, 2023 |
| 10 | Screenshot of Michigan campaign finance filing dated April 20, 2023 *inadvertently referred to as Exhibit 9 in Plaintiff's Complaint* |

| Exhibit | Description |
|---|---|
| 11 | Amended Statements of Organization dated February 5, 2023, and March 19, 2023, filed by Angela Thornton to the FEC |
| 12 | Letter from the FEC to LNC counsel dated November 17, 2016 |
| 13 | Screenshot of WhoIs information for the michiganlp.net domain |
| 14 | LARA filing dated February 7, 2023 |
| 15 | Email from Plaintiff to Michigan membership dated March 3, 2023 |
| 16 | Email from Defendants dated March 3, 2023, and screenshot of email header showing spoofed sender |
| 17 | Screenshots of Twitter and Facebook pages infringing upon Plaintiff's Trademark |
| 18 | Screenshots of Defendants' website using Plaintiff's Trademark including the explicit claim of affiliation with the Plaintiff |
| 19 | Donation page from Defendants' website |
| 20 | Screenshot of post from Defendant Saliba joking about burning any cease and desist letters, screenshot of post from Defendant Canny describing damaging Plaintiff's brand as a "Holy Quest," picture of Defendants' fellow board member Brian Ellison disrupting a legitimate board meeting by stripping off his clothes, and |

| Exhibit | Description |
|---|---|
|  | screenshot of post by Defendants' former fellow board member Scotty Boman accusing attorney of malpractice |
| 21 | Email from Andrew Chadderdon to LPGC notifying of intent to disaffiliate and to cease further infringing activities |
| 22 | Screenshot of LPGC website depicting use of both of Plaintiff's Trademarks |
| 23 | Screen of donation page on michiganlp.net noting the LPGC as the processor for donations |
| 24 | Email from Andrew Chadderdon to LPWM notifying of intent to disaffiliate |
| 25 | Screenshot of LPWM website depicting use of both of Plaintiff's Trademarks |
| 26 | Bylaws of the Libertarian Party of Michigan as amended June 26, 2021 |
| 27 | Decision of the Judicial Committee of the Libertarian Party of Michigan dated December 19, 2022 |
| 28 | Meeting minutes of the LPMEC meeting via Zoom January 25, 2023 |

| Exhibit | Description |
|---|---|
| 29 | Email from Daniel Ziemba of the LNC recognized affiliate to the LPM local affiliate chairs announcing a special convention |
| 30 | Email from Defendant Brungardt dated January 31, 2023, announcing a call to convention for the same date as the legitimate special convention |
| 31 | Preliminary Injunction granted in *Republican National Committee v. Canegata et. al,* No. 3:22-cv-0037 (V.I., St. Thomas and St. John Div.) |
| 32 | Listing of documents filed with the USPTO for "Libertarian Party" Reg. No. 2,423,459 |
| 33 | Listing of documents filed with the USPTO for "Libertarian" logo Reg. No. 6,037,046 |
| 34 | Samples of email inquiries to the recognized affiliate indicating member confusion |
| 35 | Flyer originally produced by the recognized Michigan affiliate which was then taken in its entirety by the Defendants with only the QR code swapped out to direct to an unauthorized website |

| **Exhibit** | **Description** |
|---|---|
| 36 | Email from Defendant Saliba dated May 24, 2023, actively tells members to disregard the upcoming legitimate convention by the LNC's recognized Michigan affiliate and uses Plaintiff's Trademark |
| 37 | Article appearing in The Detroit News on May 8, 2023 |
| 38 | Email from Defendant Van Alstine dated May 31, 2023, planning new membership card using Plaintiff's Trademark which will confuse membership over which entity is the legitimate affiliate |
| 39 | Declaration of Andrew Chadderdon |
| 40 | Declaration of Caryn Ann Harlos |