

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 26 03:47:22 EDT 2023

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____   **Record 2 out of 2**

( Use the "Back" button of the Internet Browser to return to TESS)

# LIBERTARIAN PARTY

| | |
|---|---|
| Word Mark | **LIBERTARIAN PARTY** |
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: NEWSPAPERS, BROCHURES, PAMPHLETS AND BOOKLETS CONCERNING POLITICAL ISSUES. FIRST USE: 19720100. FIRST USE IN COMMERCE: 19720100 |
| | IC 042. US 100 101. G & S: POLITICAL PARTY SERVICES, NAMELY, PROMOTING THE INTERESTS OF A POLITICAL PARTY. FIRST USE: 19720100. FIRST USE IN COMMERCE: 19720100 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75937476 |
| Filing Date | March 7, 2000 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 10, 2000 |
| Registration Number | 2423459 |
| Registration Date | January 23, 2001 |
| Owner | (REGISTRANT) Libertarian National Committee, Inc. NON-PROFIT CORPORATION D.C. 1444 Duke Street Alexandria VIRGINIA 223143403 |
| Attorney of Record | R. Scott Keller |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARTY" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200805. |
| Renewal | 2ND RENEWAL 20200805 |

**EXHIBIT 2**

| Live/Dead Indicator | LIVE |
|---|---|

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY |