


LIBERTARIAN
The Party of Principle™

LIBERTARIAN PARTY ▾ | TAKE ACTION ▾ | MERCHANDISE | DONATE ▾ | JOIN! | SEARCH

## Together, we are the Libertarian Party.

The Libertarian Party (**LP**) is your representative in American politics. It is the only political party that respects you as a unique and responsible individual.

Our slogan is that we are "The Party of Principle" because we stand firmly on our principles.

Libertarians strongly oppose any government interference in your personal, family, and business decisions. Essentially, we believe all Americans should be free to live their lives and pursue their interests as they see fit as long as they do no harm to another.

EXHIBIT 4