4/26/23, 11:48 PM — The Libertarian Party Mail - Demand by Libertarian Party of Michigan (LPM) for Return of all Property Belonging to LPM; Cease and Desist …

Case 5:23-cv-11074-JEL-EAS ECF No. 12-9, PageID.473 Filed 06/15/23 Page 1 of 1



Secretary LNC <secretary@lp.org>

## Demand by Libertarian Party of Michigan (LPM) for Return of all Property Belonging to LPM; Cease and Desist Demand by LPM to Immediately Terminate any Further Misrepresentation as Having any Authority to Govern the Affairs of LPM

**Scotty Boman** <scottyeducation@yahoo.com>  Wed, Feb 15, 2023 at 11:11 PM
To: Eric Doster <eric@ericdoster.com>, Brian Ellison <bellison78@gmail.com>
Cc: Joe Brungardt <joebfreedom@gmail.com>, Andrew Chadderdon <chair@michiganlp.org>, "angela.mcardle@lp.org" <angela.mcardle@lp.org>, "secretary@lp.org" <secretary@lp.org>, Angela Thornton Canny <angelat0763@gmail.com>, Jordan Martin <jord.martin02@protonmail.ch>, dave canny <cannyds@gmail.com>, Mike Saliba <themikesaliba@yahoo.com>, Mary Bazuma <mary.buzuma@att.net>, Greg Stempfle <gregstempfle@gmail.com>, Rafael Wolf <rfwolf@gmail.com>, jon elgas <elgasja@gmail.com>, Kyle McCauley <k86.mccauley@gmail.com>, Jami Van Alstine <jamiracquel2004@yahoo.com>, Andrew S Hall <halla12@ferris.edu>, Mark King <mark.king@markzz.com>, Bill Gelineau <bill@abtitlemi.com>

Brian:

You might as well be the client of a hit man begging for your life. He doesn't give a Frak about ethics he's a hired goon. Any loyalties he has are to the Republican Party, so he is motivated to hurt the Libertarian Party as much as possible.

I will be making a complaint to the Bar association about a Republican party hack abusing his attorney credentials by pretending to represent the Libertarian Party without it's authorization. Joe! Are you on board with this? I know your reading this Mr. Doster, you might as well hear it now. The world will hear about it soon.

Trying to gas-light us by pretending we have no members? That's a good fit given that the LPM identity thieves have brazenly rejected the will of the membership as irrelevant.

If this attorney had a shred of ethics, he would be sending this to the people who have stolen our digital assets, not the legitimate leaders... At present Mr. Doster is acting as an accomplice.

Look Eric. You may be corrupt, but your not stupid. So you know where you can put this letter.

In liberty (something the sender could care less about),
Scotty Boman
District 14 Representative
Libertarian Party of Michigan

Scotty Boman. (313) 247-2052 [Voice Only] (313) 338-9769 [Text only].

.

[Quoted text hidden]

EXHIBIT 7