# FEC FORM 1

# STATEMENT OF ORGANIZATION

Office Use Only

**1. NAME OF COMMITTEE** (in full)

☐ (Check if name is changed)

Example: If typing, type over the lines.

`12FE4M5`

**Libertarian Party of Michigan Executive Committee, Inc.**

**ADDRESS** (number and street)

☒ ◄ (Check if address is changed)

P.O. Box 614

| CITY ▲ | STATE ▲ | ZIP CODE ▲ |
|---|---|---|
| Royal Oak | MI | 48068 – |

**COMMITTEE'S E-MAIL ADDRESS**

☒ ◄ (Check if address is changed)

angelat0763@gmail.com

Optional Second E-Mail Address
swmi4liberty@be-innovative.net

**COMMITTEE'S WEB PAGE ADDRESS (URL)**

☒ ◄ (Check if address is changed)

www.michiganlp.net

**2. DATE**    M M / D D / Y Y Y Y
02 / 05 / 2023

**3. FEC IDENTIFICATION NUMBER** ▶    C    C00403907

**4. IS THIS STATEMENT**    ☐ NEW (N)    **OR**    ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer    Thorton, Angela, , ,

Signature of Treasurer    *Thorton, Angela, , ,*    *[Electronically Filed]*    Date    M M / D D / Y Y Y Y
02 / 05 / 2023

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

EXHIBIT 11

FEC **Form 1** (Revised 03/2022)                                                                                 Page **2**

5.    TYPE OF COMMITTEE:

**Candidate Committee:**

(a) ☐    This committee is a principal campaign committee. (Complete the candidate information below.)

(b) ☐    This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate [_____]

Candidate Party Affiliation [____]    Office Sought: ☐ House   ☐ Senate   ☐ President    State [__]    District [__]

(c) ☐    This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate [_____]

---

**Party Committee:**

(d) ☒    This committee is a [ STA ] (National, State or subordinate) committee of the [ LIB ] (Democratic, Republican, etc.) Party

---

**Political Action Committee (PAC):**

(e) ☐    This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

☐ Corporation              ☐ Corporation w/o Capital Stock         ☐ Labor Organization

☐ Membership Organization  ☐ Trade Association                     ☐ Cooperative

☐ In addition, this committee is a Lobbyist/Registrant PAC.

(f) ☐    This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

☐ In addition, this committee is a Lobbyist/Registrant PAC.

☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g) ☐    This committee is an independent expenditure-only political committee (Super PAC).

☐ In addition, this committee is a Lobbyist/Registrant PAC.

(h) ☐    This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

☐ In addition, this committee is a Lobbyist/Registrant PAC.

---

**Joint Fundraising Representative:**

(i) ☐    This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j) ☐    This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. [_____]    C [_____]

2. [_____]    C [_____]

FEC **Form 1** (Revised 02/2009)                                                                 Page **3**

Write or Type Committee Name

# Libertarian Party of Michigan Executive Committee, Inc.

6.   **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

                                                                        CITY ▲                    STATE ▲              ZIP CODE ▲

Relationship:   ☐ Connected Organization    ☐ Affiliated Organization    ☐ Joint Fundraising Representative    ☐ Leadership PAC Sponsor

7.   **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name   Thorton, Angela, , ,

Mailing Address   15223 Ripple Dr.

Linden                                                          MI        48451   –

                                                                        CITY ▲                    STATE ▲              ZIP CODE ▲

Title or Position ▼

Treasurer                                         Telephone number    517 – 375 – 9924

8.   **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name
of Treasurer   Thorton, Angela, , ,

Mailing Address   15223 Ripple Dr.

Linden                                                          MI        48451   –

                                                                        CITY ▲                    STATE ▲              ZIP CODE ▲

Title or Position ▼

Treasurer                                         Telephone number    517 – 375 – 9924

FEC **Form 1** (Revised 02/2009)                                                                Page **4**

Full Name of
Designated       Brandenburg, Jason, F, ,
Agent

Mailing Address   2763 Chestnut Ridge Ave.

Portage                                    MI        49024   –

                  CITY ▲                          STATE ▲        ZIP CODE ▲

Title or Position ▼

                                         Telephone number    586  –  491  –  8853

9.  **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Comerica Bank

Mailing Address   PO Box 75000

Detroit                                    MI        48275   –

                  CITY ▲                          STATE ▲        ZIP CODE ▲

Name of Bank, Depository, etc.

Mailing Address

                  CITY ▲                          STATE ▲        ZIP CODE ▲

Case 5:23-cv-11074-JEL-EAS   ECF No. 12-13, PageID.483   Filed 06/15/23   Page 5 of 9

# FEC FORM 1

# STATEMENT OF ORGANIZATION

Office Use Only

`12FE4M5`

**1. NAME OF COMMITTEE (in full)**   ☐ (Check if name is changed)   Example: If typing, type over the lines.

Libertarian Party of Michigan Executive Committee, Inc.

**ADDRESS (number and street)**   P.O. Box 614

☐ ◄ (Check if address is changed)

Royal Oak — CITY ▲   MI — STATE ▲   48068 — ZIP CODE ▲

**COMMITTEE'S E-MAIL ADDRESS**

☐ ◄ (Check if address is changed)   angelat0763@gmail.com

Optional Second E-Mail Address   swmi4liberty@be-innovative.net

**COMMITTEE'S WEB PAGE ADDRESS (URL)**

☐ ◄ (Check if address is changed)   www.michiganlp.net

**2. DATE**   MM 03 / DD 18 / YYYY 2023

**3. FEC IDENTIFICATION NUMBER ▶**   C  C00403907

**4. IS THIS STATEMENT**   ☐ NEW (N)   **OR**   ☒ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Thornton, Angela, , ,

Signature of Treasurer   *Thornton, Angela, , ,*   *[Electronically Filed]*   Date   MM 03 / DD 19 / YYYY 2023

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only

**For further information contact:**
Federal Election Commission
Toll Free 800-424-9530
Local 202-694-1100

**FEC FORM 1**
(Revised 06/2012)

FEC **Form 1** (Revised 03/2022)                                                                                                    Page **2**

5.    TYPE OF COMMITTEE:

### Candidate Committee:

(a) ☐    This committee is a principal campaign committee. (Complete the candidate information below.)

(b) ☐    This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate    '' '' '' '' '

Candidate Party Affiliation [     ]    Office Sought: ☐ House    ☐ Senate    ☐ President    State [  ]    District [  ]

(c) ☐    This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate [                    ]

---

### Party Committee:

(d) ☒    This committee is a  [ STA ]  (National, State or subordinate) committee of the  [ LIB ]  (Democratic, Republican, etc.) Party

---

### Political Action Committee (PAC):

(e) ☐    This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

  ☐ Corporation          ☐ Corporation w/o Capital Stock          ☐ Labor Organization

  ☐ Membership Organization    ☐ Trade Association          ☐ Cooperative

  ☐ In addition, this committee is a Lobbyist/Registrant PAC.

(f) ☐    This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

  ☐ In addition, this committee is a Lobbyist/Registrant PAC.

  ☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g) ☐    This committee is an independent expenditure-only political committee (Super PAC).

  ☐ In addition, this committee is a Lobbyist/Registrant PAC.

(h) ☐    This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

  ☐ In addition, this committee is a Lobbyist/Registrant PAC.

---

### Joint Fundraising Representative:

(i) ☐    This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j) ☐    This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. [                    ]          C [          ]

2. [                    ]          C [          ]

FEC **Form 1** (Revised 02/2009)                                                                    Page **3**

Write or Type Committee Name

# Libertarian Party of Michigan Executive Committee, Inc.

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

NONE

Mailing Address

CITY ▲                    STATE ▲                    ZIP CODE ▲

Relationship:  ☐ Connected Organization   ☐ Affiliated Organization   ☐ Joint Fundraising Representative   ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name          Thornton, Angela, , ,

Mailing Address    15223 Ripple Dr.

                   Linden                                    MI         48451   –

CITY ▲                    STATE ▲                    ZIP CODE ▲

Title or Position ▼

Treasurer                              Telephone number    810  –  458  –  4698

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name
of Treasurer       Thornton, Angela, , ,

Mailing Address    15223 Ripple Dr.

                   Linden                                    MI         48451   –

CITY ▲                    STATE ▲                    ZIP CODE ▲

Title or Position ▼

Treasurer                              Telephone number    810  –  458  –  4698

FEC **Form 1** (Revised 02/2009)                                                    Page **4**

Full Name of
Designated          Brandenburg, Jason, F, ,
Agent

Mailing Address     2763 Chestnut Ridge Ave.


                    Portage                                            MI        49024       –

                                    CITY ▲                        STATE ▲         ZIP CODE ▲

Title or Position ▼

                                                    Telephone number    586  –  491  –  8853

---

9.  **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents
    safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

### Comerica Bank

Mailing Address     411 W Lafayette Blvd


                    Detroit                                            MI        48226       –

                                    CITY ▲                        STATE ▲         ZIP CODE ▲

---

Name of Bank, Depository, etc.


Mailing Address



                                    CITY ▲                        STATE ▲         ZIP CODE ▲

: 97 A=G7 9 @@5 B9 CI G H9 LH F9 @5 H98 HC 5 F9 DCFH G7 < 98 I @9 CF +9 A =N5 H=CB

**Form/Schedule:** F1A
**Transaction ID :**

This amendment is to correct the spelling of the Treasurer and correct the bank address.

**Form/Schedule:**
**Transaction ID:**