

# michiganlp.net

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | michiganlp.net |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2023-02-03 |

EXHIBIT 13