CSCL/CD-518 (Rev. 09/21)

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

Date Received: FEB 0 6 2023

ADJUSTED PURSUANT TO ACT TELEPHONE AUTHORIZATION
JOSEPH BRUNGARDT

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

TranInfo:1  2532179S-2  02/06/23
Chk#: 1105   Amt: $10.00
ID: 800902778

| Name | |
|---|---|
| Address | |
| City | State | ZIP Code |

EFFECTIVE DATE: 2/3/2023

FILED
FEB 07 2023
ADMINISTRATOR
CORPORATIONS DIVISION

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## CERTIFICATE OF CORRECTION
### For use by Corporations and Limited Liability Companies
(Please read information and instructions on last page)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), Act 162, Public Acts of 1982 (nonprofit corporations), or Act 23, Public Acts of 1993 (limited liability companies), the undersigned corporation or limited liability company executes the following certificate:

1. The name of the corporation or limited liability company is:

   LIBERTARIAN PARTY OF MICHIGAN EXECUTIVE COMMITTEE, INC.

2. The identification number assigned by the Bureau is: 800902778

3. The corporation or limited liability company is formed under the laws of the State of Michigan

4. That a _CERTIFICATE OF CORRECTION correcting the 2022 Annual Report_
   (Title of Document Being Corrected)

   was filed by the Bureau on _2/3/2023, effective 9/20/22_ and that said document requires correction.

5. Describe the inaccuracy or defect contained in the above name document.
   Names of Directors are inaccurate.

6. The document is corrected as follows:
   The names of the correct Directors are attached to this form.

7. This document is hereby executed in the same manner as the Act requires the document being corrected to be executed.

Signed this __3rd__ day of __February__, __2023__

By _(Signature)_    By _(Signature)_    By _(Signature)_

Joseph Brungardt, President / Chair
(Type or Print Name and Title)    (Type or Print Name and Title)    (Type or Print Name and Title)

TL

**EXHIBIT 14**

CSCL/CD-2000 (05/22)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**NONPROFIT CORPORATION ANNUAL REPORT**
**2022**

13-03



**Due October 1, 2022**    File Online at www.michigan.gov/corpfileonline

| Identification Number | Corporation name |
|---|---|
| **800902778** | **LIBERTARIAN PARTY OF MICHIGAN EXECUTIVE COMMITTEE, INC.** |

**Resident agent name and mailing address of the registered office**

VICKI L HALL
2615 HYLAND
FERNDALE, MI 48220

**The address of the registered office**

2615 HYLAND
FERNDALE, MI 48220

☐ To certify there are **NO CHANGES** from the previously filed report, **check this box** and **PROCEED TO ITEM 6** for signature. No other sections can be completed if box is checked.

| 1. Mailing address of registered office in Michigan if changed (may be a P.O. Box) | 2. Resident Agent if changed |
|---|---|
|  |  |

3. The address of the registered office in Michigan if changed (a P.O. Box may not be designated as the address of the registered office)

4. The purposes and general nature and kind of business in which the corporation engaged in during the year covered by this report:
**State Political Party**

5.    **NAME and BUSINESS OR RESIDENCE ADDRESS** (Print legible and complete names and addresses)

|  | President | Joseph Brungardt    4140 18 1/2 Mile Rd, Sterling Heights, MI 48314 USA |
|---|---|---|
| If different than President | Secretary | DANIEL ZIEMBA    1457 S SHELDON RD, APT 1, PLYMOUTH, MI 48170 USA |
|  | Treasurer | Angela Thornton 15223 RIPPLE DR, LINDEN, MI 48451 USA |

If the corporation is a private foundation or formed to provide care to a dentally underserved population, check the following box. ☐
If box is checked the board shall consist of 1 or more directors. The board of all other corporations shall consist of 3 or more directors.

| Required Director(s) | Director | See additional page included |
|---|---|---|
|  | Director |  |
|  | Director |  |

| 6. Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| X /s/ | President / Chair | 02/03/2023 |  |

**FILE ONLINE AND SAVE** time by going to www.michigan.gov/corpfileonline. You will get an immediate response and you can elect to receive future notices by email to the resident agent. The agent will also be sent an email when a document is filed or a CID/PIN is requested.

**Report due October 1, 2022.**
**Filing Fee $20.00.**

or mail your completed report with a check or money order payable to the State of Michigan, return to:
Corporations Division
P.O. Box 30767
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 162, Public Acts of 1982, as amended. Failure to file this report may result in the dissolution of the corporation.

**DO NOT DETACH THIS STUB**

## Libertarian Party of Michigan Executive Committee, Inc.

| Title | Name | Residence or Business Address |
|---|---|---|
| PRESIDENT | Joseph Brungardt | 4140 18 1/2 Mile Rd, Sterling Heights, MI 48314 USA |
| SECRETARY | DANIEL ZIEMBA | 1457 S SHELDON RD, APT 1, PLYMOUTH, MI 48170 USA |
| TREASURER | Angela Thornton | 15223 RIPPLE DR, LINDEN, MI 48451 USA |
| DIRECTOR | MARY BUZUMA | 7145 BEACON BLVD, APT 76, GRAND HAVEN, MI 49417 USA |
| DIRECTOR | MIKE SALIBA | 20900 MOXON DR, CLINTON TWP, MI 48036 USA |
| DIRECTOR | GREGORY STEMPFLE | 2615 HYLAND, FERNDALE, MI 48220 USA |
| DIRECTOR | Ryan Roberts | 505 29TH ST, GLADSTONE, MI 49837 USA |
| DIRECTOR | Jordan Martin | 869 EMERALD AVE NE, GRAND RAPIDS, MI 49503 USA |
| DIRECTOR | Rick Thelen | 2144 S GRANGE RD, FOWLER, MI 48835 USA |
| DIRECTOR | David Canny | 15223 RIPPLE DR, LINDEN, MI 48451 USA |
| DIRECTOR | Rafael Wolf | 1418 ELKERTON AVE, KALAMAZOO, MI 49048 USA |
| DIRECTOR | Brian Ellison | 15006 WOODPINE DR, MONROE, MI 48161 USA |
| DIRECTOR | Jonathan Elgas | 5533 SHADY KNL, BRIGHTON, MI 48116 USA |
| DIRECTOR | Kyle McCauley | 115 MICHAEL RD, LAPEER, MI 48446 USA |
| DIRECTOR | Bruce Jaquays | 1841 LERENE DR, COMMERCE TWP, MI 48390 USA |
| DIRECTOR | Daniel Muehl-Miller | 19 PINE, HIGHLAND, MI 48357 USA |
| DIRECTOR | Jami Van Alstine | 28158 HEATHER WAY, ROMULUS, MI 48174 USA |
| DIRECTOR | Scott Boman | 4877 BALFOUR RD, DETROIT, MI 48224 USA |
| DIRECTOR | Andrew Hall | 4508 Woodrose Ct SE, Kentwood, MI 49508 |

List of Directors as of Feb 3, 2023
Treasurer is an interim administrative role and not a member of the board.