

Andrew Chadderdon <andrew.chadderdon@gmail.com>

## Libertarian Party of Michigan: CALL TO CONVENTION

**Libertarian Party of Michigan** <noreply@michiganlp.org>                    Fri, Mar 3, 2023 at 11:16 AM
Reply-To: r.8.38.b5f76b2546ef8678@michiganlp.net
To: Andrew Chadderdon <andrew.chadderdon@gmail.com>

Official communication from the Libertarian Party of Michigan

Dear Members:

This is the official call to convention and notification of delegate allocation for the Libertarian Party of Michigan State Convention to be held the weekend of April 1, 2023 at the Hilton Garden Inn at 633 North Canal Road in Lansing. The business meeting will be held during the day on Saturday to consider LPM business which will include the election of state party officers, proposals to amend the LPM platform and bylaws, and motions or resolutions from the floor. Anyone may attend the convention, but only delegates, or in their absence their alternates, will be able to vote.

Registration is now open: LPM Spring Convention 2023 Convention Registration

**Voter Eligibility**

All delegates/alternates must be dues-paying members of the Libertarian Party of Michigan. People who have never been a Libertarian Party of Michigan member must join the LPM 30 days prior to the convention, by 11:59 pm on March 2, 2023 to be eligible to vote. Past LPM members whose memberships have lapsed or current national members, may pay $25 to renew their LPM membership as late as convention day. You may renew at convention or during convention registration.

I want to assure you that this is the official regular state convention of the Libertarian Party of Michigan in spite of conflicting messages and calls, please refer to the attached letter of support to see just a few of the trusted leaders of our party that will be attending this event as the only state convention currently scheduled by the actual Libertarian Party of Michigan.

Mike Saliba,
In the role of Chair,
Libertarian Party of Michigan


Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States

Libertarian Party of Michigan: CALL TO CONVENTION Inbox × LP ×

**Libertarian Party of Michigan** noreply@michiganlp.org via michiganlp.net 11:16 AM (12 hours ago)

to me

Officia

from: **Libertarian Party of Michigan** <noreply@michiganlp.org> via michiganlp.net
reply-to: r.8.38.b5f76b2546ef8678@michiganlp.net
to: Andrew Chadderdon <andrew.chadderdon@gmail.com>
date: Mar 3, 2023, 11:16 AM
subject: Libertarian Party of Michigan: CALL TO CONVENTION
mailed-by: michiganlp.net
signed-by: michiganlp.net
security: Standard encryption (TLS) Learn more

Dear

This ... rty of Michigan State Convention to be held the weekend of April 1, 2023 at the Hilton Garden Inn at 633 North Canal Road in Lansing. The busin... nclude the election of state party officers, proposals to amend the LPM platform and bylaws, and motions or resolutions from the floor. Anyo... be able to vote.

Regis

**Voter Eligibility**

All delegates/alternates must be dues-paying members of the Libertarian Party of Michigan. People who have never been a Libertarian Party of Michigan member must join the LPM 30 days prior to the convention, by 11:59 pm on March 2, 2023 to be eligible to vote. Past LPM members whose memberships have lapsed or current national members, may pay $25 to renew their LPM membership as late as convention day. You may renew at convention or during convention registration.

I want to assure you that this is the official regular state convention of the Libertarian Party of Michigan in spite of conflicting messages and calls, please refer to the attached letter of support to see just a few of the trusted leaders of our party that will be attending this event as the only state convention currently scheduled by the actual Libertarian Party of Michigan.

Mike Saliba,
In the role of Chair,
Libertarian Party of Michigan

Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States

**One attachment** • Scanned by Gmail

