

**Michigan Libertarians (Official LPM)**
@MILibertarians

Join the Libertarian Party of Michigan (Official) & fight to restrain all authoritarian power grabs: tinyurl.com/joinlpmi
Comms: Gregg S & Jami V

🔗 michlp.org   📅 Joined January 2023

EXHIBIT 17









**Libertarian Party of Michigan Executive Committee, Inc**

21 likes · 26 followers

Like · Search · Message · ···

Posts  About  Mentions  Followers  Photos  Videos  More ▾

**Intro**

Official FB page of the LPM
On Twitter @MILibertarians
Find us on the web at: https://michiganlp.net

Page · Political Party
info@michiganlp.net
MILibertarians
michlp.org

**Featured**

Libertarian Party of Michigan Executive Committee, Inc
April 2 at 10:04 PM ·

Join the uncensored discussion at: https://www.facebook.com/groups/892908535113062...