


EXHIBIT 18



Home    News    About ˅    Get Involved ˅    Donate ˅    Join/Renew

# Bylaws

(as amended in convention April 1, 2023)

## I. NAME

The name of this organization shall be the "Libertarian Party of Michigan," hereinafter referred to as the "Party" or "LPM".

## II. PURPOSE

The purpose of this organization is to further the principles of individual liberty as expressed in the Statement of Principles of the National Libertarian Party by nominating and working to elect candidates for political office and by entering into political information activities and affiliating with the National Libertarian Party.