

EXHIBIT 20







**Scott A Boman**

3m ·

#FraudAlert Pleas#FraudAlert

There is a Republican hack named Eric Doster, who is falsely claiming to represent the Libertarian Party of Michigan, in order to sabotage it, to make it easier for Republicans to win future elections.

He is colluding with disgruntled or insurgent former and current LEC members. He is even abusing his law license trying to intimidate the Chair of our party into denying his office.