

EXHIBIT 23



By accessing this form you agree to the Terms of Service and Privacy Policy.

© 2023 Libertarian Party of Genesee County and Anedot Inc. All rights reserved.

Have questions? Visit our Support Center

Anedot