
 WHO WE ARE    EVENTS    BLOG    LIBERTARIAN PARTY ▾    JOIN US    NEWSLETTER

# Welcome to the Libertarians of West Michigan

## What's New


**LPWM News**
**West Michigan Candidates**
10 LPWM members were nominated at the state convention to appear on the November…


**LPWM News**
**LPWM Statement GRPD Shooting of Patrick Lyoya**
In light of recent events regarding the tragic shooting and death of Patrick Lyoya…


**LPWM News**
**Open Letter To Grand Rapids City Manager**
January 24, 2022 Mark Washington Grand Rapids City Manager 300 Monroe Avenue NW Grand…

Search here …

## Upcoming Events

**LPWM Executive Committee Meeting**
May 23 @ 7:00 pm - 8:00 pm

View All Events

## Recent Posts

West Michigan Candidates

LPWM Statement GRPD Shooting Of Patrick Lyoya

Open Letter To Grand Rapids City Manager

VOLUNTEERS NEEDED FOR LPWM

EXHIBIT 25