Meeting Minutes

Libertarian Party of Michigan Libertarian Executive Committee Meeting

Zoom

25 January 2023

- Call to order @ 19:34
- Roll Call:
    - Andrew Chadderdon, Chair
    - Vacant, 1st Vice Chair
    - Vacant, 2nd Vice Chair
    - Daniel Ziemba, Secretary
    - Vacant, Treasurer
    - Ryan Roberts, District 1
    - Vacant, District 2
    - Jordan Martin, District 3
    - Rick Thelen, District 4
    - Dave Canny, District 5
    - Vacant, District 6
    - Brian Ellison, District 7
    - Vacant, District 8
    - Mike Saliba, District 9
    - Joe Brungardt, District 10
    - Bruce Jaquays, District 11
    - Daniel Muehl-Miller, District 12
    - Vacant, District 13
    - Vacant, District 14
    - Connor Nepomuceno, Comm. Director (absent)
    - Jeff Pittel, Membership Committee Chair
    - Scotty Boman, Newsletter Committee Chair
    - Stephanie Dunn, Legislative Committee Chair
    - Mark King, IT Director (absent)
    - Greg Stempfle (Historical Committee Chair)
    - Larry Johnson (Membership Committee)
    - Leah Dailey (Membership Committee)
    - Jami Van Alstine (guest)
    - Dave Franklin (guest)
    - Jason Brandenburg (guest)
    - Gregg Smith (guest)
    - Andrew Duke (guest)
    - Andrew Hall (guest)
    - Andy Evans (guest)
    - Jay Gillotte (guest)
    - Jonathan (JJ) Jacobs (guest)
    - Angela Thornton Canny (guest)
    - Mary Buzuma (guest)
    - Donna Gundle-Krieg (guest)

EXHIBIT 28

- o Larry Henneman (guest)
  - o Trevor Step (guest)
  - o Claranna Gelineau (guest)
  - o Dana Carver (guest)
  - o Jamie Lewis (guest)
  - o Brandon Warzybok (guest)
  - o Joe LeBlanc (guest)
  - o Lanie Nix (guest)
  - o Mike Farver (guest)
  - o Rafael Wolf (guest)
  - o Richard Brown (guest)
- Paperwork check
- Approval of agenda
  - o Dave C inquires about the notice requirement for filling vacancies RE: lack of District 2 vacancy omitted from notice for the meeting and whether it can be added to the agenda
    - Andrew C notes that notice for filling vacancies by LEC vote requires the same notice as LEC meetings
  - o Mary B notes that the LP of West Michigan nominated Andrew H to take the place of Steve Fox as of their biennial convention in December
    - Andrew C notes this position may be filled at the next LEC meeting, but cannot be filled tonight for the reason outlined above
  - o Brian E objects to Andrew C's request for Jonathan J to speak regarding statements about notice requirements
    - Objection overturned by voice vote

Richard B joins

  - o Jonathan J notes that by incorporation of RONR in LPM Bylaws this notice is required
  - o Joe B moves to remove LEC vacancies from the agenda
    - 2nded
  - o Brian E is charged with repeated interruptions by the Chair (Andrew C) and a vote is brought to order his ceasing interruptions else face removal from the meeting.
    - Brian E requests a roll call vote
      - Andrew Chadderdon, Chair ABS
      - Vacant, 1st Vice Chair XXX
      - Vacant, 2nd Vice Chair XXX
      - Vacant, Treasurer XXX
      - Ryan Roberts, District 1 YES
      - Vacant, District 2 XXX
      - Jordan Martin, District 3 NO
      - Rick Thelen, District 4 YES
      - Dave Canny, District 5 NO
      - Vacant, District 6 XXX
      - Brian Ellison, District 7 ABS

- Vacant, District 8 XXX
- Mike Saliba, District 9 NO
- Joe Brungardt, District 10 NO
- Bruce Jaquays, District 11 NO
- Daniel Muehl-Miller, District 12 YES
- Vacant, District 13 XXX
- Vacant, District 14 XXX
- Daniel Ziemba, Secretary ABS
    - YES/NO/ABSTAIN: 3/5/3
    - Motion FAILS

Rafael Wolf joins the meeting

- Return to removal of filling of LEC vacancies from agenda
    - Dave C requests a roll call vote
        - Andrew Chadderdon, Chair NO
        - Jordan Martin, District 3 YES
        - Rick Thelen, District 4 NO
        - Dave Canny, District 5 YES
        - Vacant, District 6 XXX
        - Brian Ellison, District 7 YES
        - Vacant, District 8 XXX
        - Mike Saliba, District 9 YES
        - Joe Brungardt, District 10 YES
        - Bruce Jaquays, District 11 NO
        - Daniel Muehl-Miller, District 12 NO
        - Vacant, District 13 XXX
        - Vacant, District 14 XXX
        - Vacant, 1st Vice Chair XXX
        - Vacant, 2nd Vice Chair XXX
        - Daniel Ziemba, Secretary NO
        - Vacant, Treasurer XXX
        - Ryan Roberts, District 1 NO
        - Vacant, District 2 XXX
            - YES/NO/ABSTAIN: 5/6/0
            - Motion fails
- Brian E moves to remove "Unfinished Business" from agenda
    - 2nded
    - Approved without objection
- Dan Z moves to adopt the agenda as amended
    - 2nded
    - Brian E requests roll call vote
        - Andrew Chadderdon, Chair YES
        - Rick Thelen, District 4 YES
        - Dave Canny, District 5 NO
        - Vacant, District 6 XXX

- Brian Ellison, District 7 NO
- Vacant, District 8 XXX
- Mike Saliba, District 9 NO
- Joe Brungardt, District 10 ABS
- Bruce Jaquays, District 11 YES
- Daniel Muehl-Miller, District 12 YES
- Vacant, District 13 XXX
- Vacant, District 14 XXX
- Vacant, 1st Vice Chair XXX
- Vacant, 2nd Vice Chair XXX
- Daniel Ziemba, Secretary YES
- Vacant, Treasurer XXX
- Ryan Roberts, District 1 YES
- Vacant, District 2 XXX
- Jordan Martin, District 3 NO
    - YES/NO/ABSTAIN: 6/5/0
    - Motion PASSES
- Approval of previous meeting minutes (28 Nov 2022)
    - Brian E moves to table approval of the minutes due to late presentation thereof
        - 2nded
        - Dan Z notes that all current board members were sent these minutes within a few days of that meeting
        - Motion fails
    - Minutes approved without objection
- Approval of previous special meeting minutes (6 Jan 2023)
    - Brian E moves to table approval of these minutes to the next regular LEC meeting
        - 2nded
            - Andrew Chadderdon, Chair NO
            - Dave Canny, District 5 YES
            - Vacant, District 6 XXX
            - Brian Ellison, District 7 ABS
            - Vacant, District 8 XXX
            - Mike Saliba, District 9 NO
            - Joe Brungardt, District 10 NO
            - Bruce Jaquays, District 11 NO
            - Daniel Muehl-Miller, District 12 NO
            - Vacant, District 13 XXX
            - Vacant, District 14 XXX
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary NO
            - Vacant, Treasurer XXX
            - Ryan Roberts, District 1 NO
            - Vacant, District 2 XXX

- Jordan Martin, District 3 ABS
- Rick Thelen, District 4 NO
  - YES/NO/ABSTAIN: 1/8/0
  - Motion FAILS
- Minutes approved as submitted
  - Daniel MM moves to extend meeting by 30 minutes
    - 2nded
    - Ruled out of order
    - Jonathan J notes that it is not out of order at this time
    - Approved without objection
- Open floor
- Officer and Committee Chair Reports
  - Chair, Andrew C
  - 1st Vice Chair, Vacant
  - 2nd Vice Chair, Vacant
  - Secretary, Dan Z
  - Judicial Committee Report, Connor Nepomuceno (presented by Dan Z)
  - Treasurer, Vacant
  - Membership, Jeff P
  - Communications Director, Connor N
  - Newsletter, Scotty B
  - Campaign Support Committee, Jami VA
  - Legislative Committee, Stephanie D
  - IT Director, Mark K
  - Historical, Greg S
- ~~Unfinished Business~~
- New Business
  - Funding Request – Christmas Card Fundraiser (Jeff P)
    - Jeff P requests an additional $116.53 reimbursement to cover the remaining cost of $827.28 (vs. $800 approved)
      - Jeff P additionally notes that the card drive yielded more funds than were expended
      - Joe B notes that $830 was received in checks alone, online payments notwithstanding
    - Dan Z moves to approved
      - 2nded
      - Dave C notes that the Treasurer is the only person approved to disburse funds
        - Joe B notes that the Chair is also so authorized
      - Approved with Dave C objecting and Brian Ellison abstaining by voice vote
  - Funding Request – Website Hosting Reimbursement (Larry Henneman)
    - Brian E moves to reimburse Larry H for the amount he paid for the hosting, thank him for his service to our Party, and acknowledge him as a hero.
      - 2nded

- - - Approved with Dave C objecting
  - Collected Petitions for Special Conventions for the following:
    - Hold elections for LEC Districts 2, 6, 8, 13, and 14
    - Conduct a motion of no confidence against the Chair, Andrew C
    - Form an Investigatory Committee regarding three persons named for actions taken in circulating petitions for the Special Conventions noted above
    - Brian E requests that all petition collections be shared with the board
      - Andrew C notes that they may be shared if they were not already
      - Joe B requests that the LEC form an Investigatory Committee immediately
        - Andrew C notes this would be out of order
      - Jeff P notes that he previously verified the first two petitions above, and will review the third, and that his certification document includes a distinction between "new" and "current" members based upon classifications in CiviCRM
    - Joe B moves to adjourn at 21:24
      - 2nded
      - Dan Z calls the question
        - No objections
      - Andrew Chadderdon, Chair NO
      - Vacant, District 6 XXX
      - Brian Ellison, District 7 YES
      - Vacant, District 8 XXX
      - Mike Saliba, District 9 YES
      - Joe Brungardt, District 10 YES
      - Bruce Jaquays, District 11 NO
      - Daniel Muehl-Miller, District 12 NO
      - Vacant, District 13 XXX
      - Vacant, District 14 XXX
      - Vacant, 1st Vice Chair XXX
      - Vacant, 2nd Vice Chair XXX
      - Daniel Ziemba, Secretary NO
      - Vacant, Treasurer XXX
      - Ryan Roberts, District 1 NO
      - Vacant, District 2 XXX
      - Jordan Martin, District 3 YES
      - Rick Thelen, District 4 NO
      - Dave Canny, District 5 YES
        - YES/NO/ABSTAIN: 5/6/0
        - Motion FAILS
    - Dan Z moves to extend 30 minutes (until 20:00)
      - 2nded
      - Dan Z calls the question
        - No objections to calling the question or the extension of time

- Approve Secretary to prepare and issue call to Special Convention
    - 1 April 2023, start of business 09:00, Wixom, MI @ VFW Post 2269 (2652 Loon Lake Rd)
    - $200 security deposit – check needed
    - Include delegate allocation
    - Business to include:
        - Filling vacancies
        - Motion of no confidence in the Chair
        - Motion to appoint Investigatory Committee
    - Joe B moves to table the approval of a call to convention for the investigatory committee until additional certification of the petitions
        - 2nded
        - The Chair (Andrew C) rules the motion out of order due to the requirement of the bylaws to issue a call to convention timely upon submission of petitions by 10% of the Party membership; all Special Convention orders are contingent upon verification of the validity of signed petitions
        - Joe B appeals the ruling of the Chair; shall the ruling of the Chair be sustained?
            - 2nded
            - Andrew Chadderdon, Chair ABS
            - Vacant, District 8 XXX
            - Mike Saliba, District 9 NO
            - Joe Brungardt, District 10 NO
            - Bruce Jaquays, District 11 YES
            - Daniel Muehl-Miller, District 12 YES
            - Vacant, District 13 XXX
            - Vacant, District 14 XXX
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary YES
            - Vacant, Treasurer XXX
            - Ryan Roberts, District 1 YES
            - Vacant, District 2 XXX
            - Jordan Martin, District 3 NO
            - Rick Thelen, District 4 YES
            - Dave Canny, District 5 YES
            - Vacant, District 6 XXX
            - Brian Ellison, District 7 ABS
                - YES/NO/ABSTAIN: 6/3/2
                - Motion PASSES; ruling of the chair upheld
        - Dave C moves to reconsider the motion due to misunderstanding thereof
    - The Chair (Andrew C) moves to remove Brian E from the meeting for repeated interruptions.
        - Andrew Chadderdon, Chair ABS
        - Joe Brungardt, District 10 NO

- - - -
    - o Bruce Jaquays, District 11 NO
    - o Daniel Muehl-Miller, District 12 NO
    - o Vacant, District 13 XXX
    - o Vacant, District 14 XXX
    - o Vacant, 1st Vice Chair XXX
    - o Vacant, 2nd Vice Chair XXX
    - o Daniel Ziemba, Secretary ABS
    - o Vacant, Treasurer XXX
    - o Ryan Roberts, District 1 NO
    - o Vacant, District 2 XXX
    - o Jordan Martin, District 3 NO
    - o Rick Thelen, District 4 YES
    - o Dave Canny, District 5 NO
    - o Vacant, District 6 XXX
    - o Brian Ellison, District 7 YES
    - o Vacant, District 8 XXX
    - o Mike Saliba, District 9 NO
      - ▪ YES/NO/ABSTAIN: 2/7/2
      - ▪ Motion FAILS
  - Repeat vote on ruling of the Chair
    - o Andrew Chadderdon, Chair YES
    - o Vacant, District 8 XXX
    - o Mike Saliba, District 9 NO
    - o Joe Brungardt, District 10 NO
    - o Bruce Jaquays, District 11 YES
    - o Daniel Muehl-Miller, District 12 YES
    - o Vacant, District 13 XXX
    - o Vacant, District 14 XXX
    - o Vacant, 1st Vice Chair XXX
    - o Vacant, 2nd Vice Chair XXX
    - o Daniel Ziemba, Secretary YES
    - o Vacant, Treasurer XXX
    - o Ryan Roberts, District 1 YES
    - o Vacant, District 2 XXX
    - o Jordan Martin, District 3 NO
    - o Rick Thelen, District 4 YES
    - o Dave Canny, District 5 NO
    - o Vacant, District 6 XXX
    - o Brian Ellison, District 7 NO
      - ▪ YES/NO/ABSTAIN: 6/5/0
      - ▪ Motion PASSES; ruling of the chair sustained
  - ▪ Dan Z moves to approve the call to Special Convention
    - 2nded
    - Brain E moves to amend the motion to authorize an ad hoc committee of three LEC members to validate the petitions not yet distributed to the LEC within one week
      - o 2nded

- - - Dan Z moves to amend the amendment to appoint Jeff P (with the aid of the Membership Committee as he sees fit)
      - 2nded
      - Approved without objection
    - Approved as amended without objection
  - The Chair (Andrew C) moves to remove Brian E from the meeting for repeated interruptions.
    - Andrew Chadderdon, Chair YES
    - Bruce Jaquays, District 11 NO
    - Daniel Muehl-Miller, District 12 YES
    - Vacant, District 13 XXX
    - Vacant, District 14 XXX
    - Vacant, 1st Vice Chair XXX
    - Vacant, 2nd Vice Chair XXX
    - Daniel Ziemba, Secretary YES
    - Vacant, Treasurer XXX
    - Ryan Roberts, District 1 YES
    - Vacant, District 2 XXX
    - Jordan Martin, District 3 NO
    - Rick Thelen, District 4 YES
    - Dave Canny, District 5 NO
    - Vacant, District 6 XXX
    - Brian Ellison, District 7 ABS
    - Vacant, District 8 XXX
    - Mike Saliba, District 9 NO
    - Joe Brungardt, District 10 NO
      - YES/NO/ABSTAIN: 5/5/1
      - Motion FAILS
  - Brian E moves to amend the main motion to change the date of the convention to 2/17
    - Ruled out of order by the Chair owing to the matter of notice being settled by the prior Judicial Committee appeal, thus prohibiting that date
  - Daniel MM moves to extend the meeting 30 minutes
    - 2nded
    - Andrew Chadderdon, Chair YES
    - Daniel Muehl-Miller, District 12 YES
    - Vacant, District 13 XXX
    - Vacant, District 14 XXX
    - Vacant, 1st Vice Chair XXX
    - Vacant, 2nd Vice Chair XXX
    - Daniel Ziemba, Secretary YES
    - Vacant, Treasurer XXX
    - Ryan Roberts, District 1 YES
    - Vacant, District 2 XXX
    - Jordan Martin, District 3 NO
    - Rick Thelen, District 4 YES

- o   Dave Canny, District 5 NO
- o   Vacant, District 6 XXX
- o   Brian Ellison, District 7 YES
- o   Vacant, District 8 XXX
- o   Mike Saliba, District 9 NO
- o   Joe Brungardt, District 10 NO
- o   Bruce Jaquays, District 11 YES
  - ▪ YES/NO/ABSTAIN: 7/4/0
  - ▪ Motion PASSES
- Daniel MM calls the question on the main motion
- Brian E moves to divide the vote between the two earlier submitted petitions and the one most recently submitted
  - o   2nded
  - o   Andrew Chadderdon, Chair NO
  - o   Daniel Ziemba, Secretary NO
  - o   Vacant, Treasurer XXX
  - o   Ryan Roberts, District 1 NO
  - o   Vacant, District 2 XXX
  - o   Jordan Martin, District 3 YES
  - o   Rick Thelen, District 4 NO
  - o   Dave Canny, District 5 YES
  - o   Vacant, District 6 XXX
  - o   Brian Ellison, District 7 YES
  - o   Vacant, District 8 XXX
  - o   Mike Saliba, District 9 YES
  - o   Joe Brungardt, District 10 YES
  - o   Bruce Jaquays, District 11 NO
  - o   Daniel Muehl-Miller, District 12 NO
  - o   Vacant, District 13 XXX
  - o   Vacant, District 14 XXX
  - o   Vacant, 1st Vice Chair XXX
  - o   Vacant, 2nd Vice Chair XXX
    - ▪ YES/NO/ABSTAIN: 5/6/0
    - ▪ Motion FAILS
- Question called by voice vote
- Vote on main motion
  - o   Andrew Chadderdon, Chair YES
  - o   Ryan Roberts, District 1 YES
  - o   Vacant, District 2 XXX
  - o   Jordan Martin, District 3 ABS
  - o   Rick Thelen, District 4 YES
  - o   Dave Canny, District 5 ABS
  - o   Vacant, District 6 XXX
  - o   Brian Ellison, District 7 ABS
  - o   Vacant, District 8 XXX
  - o   Mike Saliba, District 9 PASS
  - o   Joe Brungardt, District 10 ABS

- - - -
            - Bruce Jaquays, District 11 YES
            - Daniel Muehl-Miller, District 12 YES
            - Vacant, District 13 XXX
            - Vacant, District 14 XXX
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary YES
            - Vacant, Treasurer XXX
                - YES/NO/ABSTAIN: 6/0/4
                - Motion PASSES
        - The Chair (Andrew C) moves to remove Brian E for repeated interruptions, dilatory motions, and abusive language
            - Andrew Chadderdon, Chair YES
            - Ryan Roberts, District 1 YES
            - Vacant, District 2 XXX
            - Jordan Martin, District 3 NO
            - Rick Thelen, District 4 YES
            - Dave Canny, District 5 NO
            - Vacant, District 6 XXX
            - Brian Ellison, District 7 EXPLETIVE; YES
            - Vacant, District 8 XXX
            - Mike Saliba, District 9 NO
            - Joe Brungardt, District 10 NO
            - Bruce Jaquays, District 11 YES
            - Daniel Muehl-Miller, District 12 YES
            - Vacant, District 13 XXX
            - Vacant, District 14 XXX
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary YES
            - Vacant, Treasurer XXX
                - YES/NO/ABSTAIN: 7/4/0
                - Motion PASSES; Brian E removed from meeting
        - Mike S moves to adjourn at 10:17
            - 2nded
            - Motion fails by voice vote
    - Fill LEC Vacancies (Districts 6, 8, 13, 14)
        - District 6
            - Joe B nominates Rafael W, stating he accepted outside the meeting
            - Daniel MM nominates Larry H
                - Larry H accepts
            - Joe B moves to extend the meeting 30min until 11:00
                - 2nded
                - Approved by voice vote with some objections
                - District 6 Rep Vote
                - Andrew Chadderdon, Chair LH

- - - - - - -
            - Vacant, District 2 XXX
            - Jordan Martin, District 3 RW
            - Rick Thelen, District 4 LH
            - Dave Canny, District 5 RW
            - Vacant, District 6 XXX
            - ~~Brian Ellison, District 7~~ XXX
            - Vacant, District 8 XXX
            - Mike Saliba, District 9 RW
            - Joe Brungardt, District 10 RW
            - Bruce Jaquays, District 11 LH
            - Daniel Muehl-Miller, District 12 LH
            - Vacant, District 13 XXX
            - Vacant, District 14 XXX
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary LH
            - Vacant, Treasurer XXX
            - Ryan Roberts, District 1 LH
              - YES/NO/ABSTAIN: 6/4/0
              - Larry H seated as District 6 Representative
      - District 8
        - Joe B nominates Jon Elgas; confirmed via email
        - Dan Z nominates Trevor S; accetped
            - Andrew Chadderdon, Chair ABS
            - Rick Thelen, District 4 TS
            - Dave Canny, District 5 JE
            - Larry Henneman, District 6 TS
            - ~~Brian Ellison, District 7~~ XXX
            - Vacant, District 8 XXX
            - Mike Saliba, District 9 JE
            - Joe Brungardt, District 10 JE
            - Bruce Jaquays, District 11 TS
            - Daniel Muehl-Miller, District 12 TS
            - Vacant, District 13 XXX
            - Vacant, District 14 XXX
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary TS
            - Vacant, Treasurer XXX
            - Ryan Roberts, District 1 TS
            - Vacant, District 2 XXX
            - Jordan Martin, District 3 JE
              - YES/NO/ABSTAIN: 6/4/1
              - Trevor S seated as District 8 Representative
      - District 13
        - Joe B nominates Jami VA; confirmed by email
        - Rick T nominates Dave F accepts

- o Andrew Chadderdon, Chair ABS
- o Dave Canny, District 5 JVA
- o Larry Henneman, District 6 ABS
- o ~~Brian Ellison, District 7~~ XXX
- o Trevor Step, District 8 DF
- o Mike Saliba, District 9 JVA
- o Joe Brungardt, District 10 JVA
- o Bruce Jaquays, District 11 DF
- o Daniel Muehl-Miller, District 12 DF
- o Vacant, District 13 XXX
- o Vacant, District 14 XXX
- o Vacant, 1st Vice Chair XXX
- o Vacant, 2nd Vice Chair XXX
- o Daniel Ziemba, Secretary DF
- o Vacant, Treasurer XXX
- o Ryan Roberts, District 1 DF
- o Vacant, District 2 XXX
- o Jordan Martin, District 3 JVA
- o Rick Thelen, District 4 DF
    - YES/NO/ABSTAIN: 6/4/2
    - Dave F seated as District 13 Representative
- District 14
    - Joe B nominates Jeff P; Jeff P accepts
        - o Scotty B withdraws his self-nomination
        - o Jeff P seated by voice vote without objection
- o Dan Z moves Larry H's proposal to authorize and request that Jason Brandenburg audit the accounts of LPMI.
    - 2nded
    - Joe B speaks in favor of auditing the finances in light of his experience with the Party bank accounts while accessing them as Chair
    - Approved without objection by voice vote
- o Appoint Bylaws Committee
    - Dan Z moves to table this business until after consideration of Joe B's proposed motions regarding changing bank account access permissions and LARA filing
        - 2nded
        - Approved without objection by voice vote
- o Transfer of Bank Account Access
    - Joe B moves to authorize the Secretary (Dan Z) to issue a letter authorizing additional access to the Party bank account for Chair Andrew C
        - Trevor S moves to add 10 minutes to the meeting to dispense with the motion, extending until 11:10
            - o 2nded
            - o Approved without objection
        - 2nded
        - Approved without objection by voice vote

- - - Dan Z moves to update the Libertarian Party of Michigan Executive Committee Inc's LARA corporate filing to reflect the current state of board/LEC, and pay associated fees (most likely by Joe B using the Party debit card)
        - 2nded
        - Approved without objection by voice vote
    - Bruce J moves to authorize Joe B to write a check for $200 for a security deposit for the convention venue
        - 2nded
        - Approved without objection by voice vote
- Mike S motions to adjourn @ 23:05
    - 2nded
    - Approved with one objection