---------- Forwarded message ---------
From: **Daniel Ziemba** <dz4liberty@gmail.com>
Date: Mon, Jan 30, 2023 at 1:13 PM
Subject: LPM Call to Special Convention on 2023-04-01
To: Andrew Chadderdon <andrew.chadderdon@gmail.com>, Connor Nepomuceno <cjnepo1@gmail.com>, Lawrence Johnson <michlibertarian@gmail.com>, Mike Saliba <themikesaliba@yahoo.com>, Norm Peterson <norman.peterson@comcast.net>, <//Swmi4liberty@be-innovative.net>, Mary Buzuma <mary.buzuma@att.net>, <//capitalarealp@gmail.com>, jon elgas <elgasja@gmail.com>, <//joehartman11@gmail.com>, <//k86.mccauley@gmail.com>, <//cannyds@gmail.com>, <//cory0269@yahoo.com>, Andy/Missy Evans <amevans_1968@yahoo.com>, Ryan Roberts <ryan_r03@hotmail.com>
Cc: Daniel Woike <dgwoike@gmail.com>, Leah Dailey <fuleahrd@gmail.com>, <james.hudler@gmail.com>, Rafael Wolf <rfwolf@gmail.com>, <//trevor@rftiming.com>, David Bockelman <arikbock02@yahoo.com>, <//childress48433@gmail.com>, <//andy@mybarc.org>, Cory Dean <cory0269@yahoo.com>, <//vicepresident@uplp.org>


Dear Affiliate Chairs:

The Libertarian Party of Michigan is holding a Special Convention on **Saturday April 1, 2023**, at VFW Post 2269 in Wixom. There is no official hotel room block established, but there are a wide range of hotels available along the nearby I-96 and M-5 corridors. Anyone may attend the convention, but only delegates, or in their absence their alternates, will be able to vote. There is no cost to attend the business session of the convention.

**Business Items**

Per the LPM Bylaws (https://michiganlp.org/bylaws/), only those items of business noticed for this Special Convention may be conducted therein. Those items include the contents of three (3) petitions submitted to the LEC and signed by at least 10% of the current LPM membership. The following is a brief summary of the contents of each:

- Fill vacancies in the Libertarian Executive Committee (LEC) in the following positions (Districts are per the 2018 US Congressional Election map; view these districts here by toggling the layer for 2011 Congressional Districts in the pane at the left of the screen: Election District Viewer (state.mi.us)):
    - 1st Vice Chair
    - 2nd Vice Chair
    - Treasurer
    - District 2 Representative
    - District 6 Representative
    - District 8 Representative
    - District 13 Representative
    - District 14 Representative
- Consider a Motion of No Confidence in the Chair, Andrew Chadderdon, and fill the vacancy created in the Chair position should this motion succeed.
- Consider a Motion to Appoint an Investigatory Committee to consider possible misconduct by Dave Canny, Greg Stempfle, and Joe Brungardt in the creation of the petitions for special conventions ultimately submitted on January 3rd, 2023.

**Delegate Allocations**

EXHIBIT 29

5/23/23, 11:50 AM
Case 5:23-cv-11074-JEL-EAS   ECF No. 12-31, PageID.555   Filed 06/15/23   Page 2 of 2
Gmail - Fwd: LPM, call for Special Convention due 2023-03-01

Attached is a listing of the various affiliates/regions, the counties that comprise them, and the delegate allocation for each one (**2023LPMdelegateAllocations.xlsx**). As provided by the LPM Bylaws, the delegates are allocated in proportion to the number of votes cast in each affiliate/region for the LP candidate for Secretary of State in 2022. Affiliates/regions may choose a number of alternates equal to their number of delegates. An official convention webpage should be available shortly.

**Voter Eligibility**

All delegates/alternates must be dues-paying members of the Libertarian Party of Michigan. People who have never been a Libertarian Party of Michigan member must join the LPM at least 30 days prior to the convention, by 11:59 pm on **March 2, 2023** to be eligible to vote.  Prior LPM members and current national members may pay $25 to renew their LPM membership as late as convention day. You may join or renew through the form at the bottom of our web page (https://michiganlp.org/contribute/membership/).

**Delegation List Submittal**

Affiliates should schedule and hold a delegate selection convention and update the website with the date, time, and place of said affiliate convention. Submit the names of delegates and alternates to the LPM Chair, Andrew Chadderdon (chair@michiganlp.org) **and** LPM Secretary, Daniel Ziemba (secretary@michiganlp.org) no later than 7 days prior to the convention, by 11:59 pm on **March 25, 2023**. Once a Credentials Committee is formed, please copy them as well (if submitting after that time, I will forward the rest to the Committee). Please take this deadline seriously! Per the LPM bylaws, failure of an affiliate to return delegate lists by the deadline means no delegation may be seated for that affiliate absent a 7/8 vote of the convention body.

Attached is a spreadsheet that may be used to submit delegation names and information to the credentials committee (**2023LPMDelegateSubmittal.xlsx**) and our updated delegate allocation form by affiliate (**LPM delegate apportionment 2023-2024.xlsx**). Note that we ask for the contact information of each delegate/alternate so we can solve any issues of eligibility <u>before</u> the convention. Please update the time, date, and place for your local affiliate convention in the form.

If you are no longer the affiliate chair or your preferred contact information has changed, please contact me immediately with updated information.

If you have questions, please do not hesitate to ask.
--
In Liberty,
Daniel Ziemba, PE
Secretary, Libertarian Party of Michigan

---

**2 attachments**


**LPM delegate apportionment 2023-2024.xlsx**
26K


**2023LPMDelegateSubmittal.xlsx**
11K