---------- Forwarded message ---------
From: **Joe Brungardt** <joebfreedom@gmail.com>
Date: Tue, Jan 31, 2023 at 10:15 PM
Subject: Call to Convention for LPM Affiliates - Regular State Convention
To:


Dear Affiliate Chairs:

This is the official call to convention and notification of delegate allocation for the Libertarian Party of Michigan Regular State Convention to be held **April 1, 2023** at the Hilton Garden Inn at 633 North Canal Road in Lansing. The business meeting will be held during the day on Saturday to consider LPM business which will include the election of all state party officers, proposals to amend the LPM platform and bylaws, and motions or resolutions from the floor. Anyone may attend the convention, but only delegates, or in their absence their alternates, will be able to vote.

## Delegate Allocations

Attached is a listing of the various affiliates/regions, the counties that comprise them, and the delegate allocation for each one (**2023LPMDelegateAllocations.xlsx**). As provided by the LPM Bylaws (attached), the delegates are allocated in proportion to the number of votes cast in each affiliate/region for the LP candidate for Secretary of State in 2022.

## Voter Eligibility

All delegates/alternates must be dues-paying members of the Libertarian Party of Michigan. People who have never been a Libertarian Party of Michigan member must join the LPM 30 days prior to the convention, by 11:59 pm on **March 2, 2023** to be eligible to vote.  Past LPM members whose memberships have lapsed or current national members, may pay $25 to renew their LPM membership as late as convention day.  You may join or renew through the form at the bottom of our web page, https://michiganlp.org/donate/. Affiliates/regions may choose a number of alternates equal to their number of delegates.

## Delegation List Submission

Affiliates should schedule and hold delegate selection caucuses and return the names of delegates and alternates to me (joebfreedom@gmail.com) no later than 7 days prior to the convention, by 11:59 pm on **March 25, 2023**.  Please take this deadline seriously! Per LPM bylaws, failure of an affiliate to return delegate lists by the deadline means no delegation may be seated for that affiliate.

Attached is a spreadsheet that may be used to submit delegation names and information to the credentials committee (**2023LPMDelegateSubmittal.xlsx**).  Note that we ask for the phone number and email of the delegate/alternate so we can solve any issues of eligibility BEFORE the convention.

If you are no longer the affiliate chair or your preferred contact information has changed, please contact me immediately with updated information.

If you have questions, please don't hesitate to ask.  We truly appreciate your cooperation and your work on behalf of liberty.

EXHIBIT 30

**Joe Brungardt**
Chair
Libertarian Party of Michigan
joebfreedom@gmail.com
586-436-2108

**3 attachments**

- **Affiliate call to convention 2023.docx**
  15K
- **2023LPMDelegateSubmittal.xlsx**
  11K
- **2023LPMDelegateAllocations.xlsx**
  26K