> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

**Generated on:** This page was generated by TSDR on 2023-05-23 23:13:57 EST

**Trademark Docs:** 19                                **Proceedings Docs:** **click to load proceedings**

**Assignments Docs:** **click to load assignments**

## Trademark Documents

| Select All | Create/Mail Date | Document Description | Document Category | Document Type |
|---|---|---|---|---|
| ☐ | Aug. 05, 2020 | **Notice-Acceptance-Renewal** | | XML |
| ☐ | Jun. 08, 2020 | **PR-Section 8 and 9** | | MULTI |
| ☐ | Jun. 08, 2020 | **Specimen** | | JPEG |
| ☐ | Jan. 23, 2020 | **Courtesy E-Reminder of Sec. 8/Sec. 9** | | XML |
| ☐ | Dec. 30, 2014 | **Teas Change of Owner Address** | | XML |
| ☐ | Oct. 14, 2010 | **Notice-Acceptance-Renewal** | | XML |
| ☐ | Oct. 13, 2010 | **PR-Section 8 and 9** | | MULTI |
| ☐ | Oct. 13, 2010 | **Specimen** | | JPEG |
| ☐ | Feb. 16, 2007 | **Notice of Acceptance Acknowledgement** | | XML |
| ☐ | Dec. 13, 2006 | **Section 8 and 15** | | MULTI |
| ☐ | Dec. 13, 2006 | **Specimen** | | JPEG |
| ☐ | Jul. 05, 2006 | **Unclassified** | | TIFF |
| ☐ | Jul. 05, 2006 | **Specimen** | | JPEG |
| ☐ | Jul. 05, 2006 | **Specimen** | | JPEG |
| ☐ | Jul. 05, 2006 | **File Jacket** | | JPEG |
| ☐ | Jan. 23, 2001 | **Registration Certificate** | | TIFF |
| ☐ | Mar. 07, 2000 | **Application** | | TIFF |
| ☐ | Mar. 07, 2000 | **Drawing** | | TIFF |
| ☐ | Mar. 07, 2000 | **Specimen** | | TIFF |

## Proceedings Documents - Click to Load

**Assignments Documents - Click to Load**