**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|--------|-----------|-------------|--|----------------|-------|

**Generated on:** This page was generated by TSDR on 2023-05-23 23:25:48 EST

**Trademark Docs:** 10                          **Proceedings Docs:** click to load proceedings

**Assignments Docs:** click to load assignments

## Trademark Documents

| Select All ☐ | Create/Mail Date | Document Description | Document Category | Document Type |
|---|---|---|---|---|
| ☐ | Apr. 21, 2020 | Registration Certificate | | PDF |
| ☐ | Feb. 04, 2020 | OG Publication Confirmation | | XML |
| ☐ | Jan. 15, 2020 | Notice of Publication | | XML |
| ☐ | Jan. 15, 2020 | Notification Of Notice of Publication | | XML |
| ☐ | Dec. 31, 2019 | TRAM Snapshot of App at Pub for Oppostn | | MULTI |
| ☐ | Dec. 29, 2019 | XSearch Search Summary | | XML |
| ☐ | Oct. 01, 2019 | Design Search Code Corr Project | | XML |
| ☐ | Sep. 25, 2019 | Drawing | | JPEG |
| ☐ | Sep. 25, 2019 | Specimen | | JPEG |
| ☐ | Sep. 25, 2019 | TEAS Plus New Application | | MULTI |

## Proceedings Documents - Click to Load

## Assignments Documents - Click to Load

EXHIBIT 33