

Feb 25
to Libertarian



Hide quoted text

---------- Forwarded message ----------
From: **Libertarian Party of Michigan**
<michiganlibertarians@gmail.com>
Date: Sat, Feb 25, 2023 at 8:44 AM
Subject: Defend the Libertarian Party of Michigan
To:





EXHIBIT 34

### Re: LPM: Special Convention Registration Live, Call for Delegates from Unaffiliated Regions, Party Updates  Inbox

LP/LPMI Email

Mar 15
to Libertarian

Question. What is the bases of your claim that you are the ligitiment board, and the other board is iligtiment?

On Wed, Mar 15, 2023, 9:49 AM Libertarian Party of Michigan <info@michiganlp.org> wrote:



Good Evening

**2023 LPM Wixom Special Convention Registration Is Live!**

At long last, you can sign up to attend the LPM Wixom Special Convention. You can find the registration page from the main LPM homepage at https://michiganlp.org/, or at the direct link here. There is no cost to attend, but to vote in convention business, individuals must be selected as a delegate by a local affiliate.

**Unaffiliated Region Delegate Selection**

The Libertarian Party of Michigan will be conducting its

### RE: LPM: CALL TO CONVENTION

Inbox    LP/LPMI Email

Mar 5
to Libertarian

Yesterday I received this mailer, which of course competes with the convention address that you have been distributing. Also, the website does not appear to be functioning for the lp. Maybe it's just my settings on my vpn, however.
Best,

Sent from Samsung Galaxy smartphone.

-------- Original message --------
From: Libertarian Party of Michigan <info@michiganlp.org>
Date: 3/2/23 8:02 PM (GMT-05:00)

Subject: LPM: CALL TO CONVENTION



**LIBERTARIAN PARTY OF MICHIGAN**
FISCALLY RESPONSIBLE ★ SOCIALLY ACCEPTING ★ PRO-PEACE

Dear Michigan Libertarians:

The Libertarian Party of Michigan is holding a Special Convention on **Saturday April 1, 2023, at VFW Post 2269 in Wixom**. Credentialing begins at 9AM and the business session starts at 10AM. There is no official hotel room block established, but there are a wide range of hotels available along the nearby I-96 and M-5 corridors. Parking is free and onsite. Anyone may attend the convention, but only delegates appointed by the affiliates (and unaffiliated regions) during