




EXHIBIT 35