---------- Forwarded message ---------
From: **Libertarian Party of Michigan** <no_reply@civi.michiganlp.net>
Date: Wed, May 24, 2023, 5:00 PM
Subject: May 24, 2023 - Updates from the Chair
To: Andrew Chadderdon <andrew.chadderdon@gmail.com>

Official communication from the Libertarian Party of Michigan

Fellow Michigan Libertarian,

You may have recently received an email with a call to convention for July. You may ignore this. The Libertarian Party of Michigan already had its odd year regular convention on April 1st in Lansing. At that convention we elected a new LEC to a new 2 year term, we voted for bylaws and platform planks, and we heard from presidential hopeful, Jacob Hornberger.

If you missed it, it's available to watch on YouTube at https://youtu.be/VrKwPY1_pog

The call to convention you received is from the rogue group that has stolen our digital assets (our website, our email address, and our social media accounts) and have attempted to steal our treasury. So while this call to convention may be coming from previously legitimate sources, this is not a legitimate convention.

The convention already held on April 1st in Lansing had the support of all previous candidates for Governor, Lt. Governor, and Secretary of State, the support of previous Chairs and other officers, the support of elected officials and past candidates, and the support of several party founders. The event that is to take place in July has no such support at all.

I understand this turmoil and division can be upsetting, confusing, and frustrating to you. As a dues paying member of the LPM you don't deserve to be put though this. Luckily an end is in sight. I am pleased to share some good news regarding the Party's ongoing governance dispute. Our attorney recently agreed to represent the Party on a contingency basis in a lawsuit to determine entitlement to the funds in the Party's bank account with Comerica Bank. This means that we will not be responsible for legal fees unless we are successful in the case, which involves both the bank and the rogue board led by Andrew Chadderdon. This is good news for two reasons.

First, it is a clear indication of our attorney's confidence in our legal position. The firm would not agree to a contingency fee arrangement if it did not believe we had a strong case. This gives us a significant advantage as we move forward with our litigation.

**EXHIBIT 36**

Second, the fact that we will not be responsible for legal fees if we are unsuccessful is a significant relief. This arrangement allows us to pursue our legal rights without worrying about the financial burden of legal fees pertaining to this portion of the dispute. It further allows funds that have been donated to the legal effort to be reserved for other issues, such as the defense of trademark lawsuits or other legal actions that may be filed in the future. Our hope is that this will give us the ability to continue the fight for as long as needed to prevail and restore order to the Party.

I thank you for continuing to stand by us while we work through these issues.

In Liberty,
Mike Saliba,
Chair, Libertarian Party of Michigan


Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States