



EXHIBIT 38