## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**LIBERTARIAN NATIONAL COMMITTEE, INC.,**

     *Plaintiff,*

*v.*

**MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,**

     *Defendants.*

Case No. 23-cv-11074

Hon. Judith E. Levy

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

TO THE CLERK OF COURT AND COUNSEL OF RECORD

     I, C. Nicholac Curcio, enter my appearance as counsel for Defendants in the above-captione matter.

DATED: June, 2023.

Respectfully submitted,

By: /s/ *C. Nicholas Curcio*
C. Nicholas Curcio
CURCIO LAW FIRM, PLC
16905 Birchview Drive
Nunica, MI 49448
Telephone: (616) 430-2201
ncurcio@curciofirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

By: /s/ *C. Nicholas Curcio*
C. Nicholas Curcio
CURCIO LAW FIRM, PLC
16905 Birchview Drive
Nunica, MI 49448
Telephone: (616) 430-2201
ncurcio@curciofirm.com

2