# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,** | |
| *Plaintiff,* | |
| v. | Case No. 23-cv-11074 |
| **MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,** | Hon. Judith E. Levy |
| *Defendants.* | |

## STIPULATION AND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule of Civil Procedure 7.1(g), the parties stipulate that the defendants shall have 4 additional days to respond to plaintiff's motion for a preliminary injunction, ECF No. 12, making their response due on Monday, July 10, 2023. This stipulation is in recognition of good cause for the defendants' requested extension, including the fact that undersigned counsel's son was recently diagnosed with a serious medical condition, and that undersigned counsel is working reduced hours to provide for his care. The parties request that the briefing extension be granted via a text entry on PACER.

1

DATED:  June 22, 2023        Respectfully submitted,

By: /s/ *C. Nicholas Curcio*
C. Nicholas Curcio
CURCIO LAW FIRM, PLC
16905 Birchview Drive
Nunica, MI 49448
Telephone: (616) 430-2201
ncurcio@curciofirm.com
*Attorney for Defendants*

By: /s/ *Joseph J. Zito*
Joseph J. Zito
FRESH IP PLC
1250 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 466 3500
jzito@steinip.com
*Attorney for Plaintiff*