UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Libertarian National Committee, Inc..,

                Plaintiff(s),

v.                                       Case No. 5:23–cv–11074–JEL–EAS
                                                  Hon. Judith E. Levy

Michael J. Saliba, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

Motion for Preliminary Injunction – #12

- MOTION HEARING:  August 23, 2023 at 01:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/W. Barkholz
                                                           Case Manager

Dated:   June 22, 2023