### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**LIBERTARIAN NATIONAL COMMITTEE, INC.,**

*Plaintiff,*

*v.*

**MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,**

*Defendants.*

Case No. 23-cv-11074

Hon. Judith E. Levy

### DECLARATION OF ANGELA THORNTON

Under 28 U.S.C. § 1746, I, Angela Thornton, declare as follows under penalty of perjury:

1.  I am over the age of 18, of sound mind, and otherwise competent to provide this declaration.

2.  My legal surname is Thornton, not Thornton-Canny (as stated in the complaint and other filings in this action).

3.  I am a member of the Libertarian Party of Michigan (LPM).

— 1 —

4.     I am also a former member of the Mises Caucus of Michigan. I resigned my membership in that caucus in early 2023 because of my disagreement with Andrew Chadderdon's claim to be the rightful chair of the LPM.

5.     I currently serve on the LPM executive committee as its treasurer. I became acting treasurer of LPM in early February 2023 after the resignation of the former treasurer, Norm Peterson. I was then elected to continue serving in the position of treasurer at LPM's April 2023 convention in Lansing. I also serve as the treasurer for the Libertarian Party of Genesee County, which is a local affiliate of the LPM.

6.     In my role as LPM treasurer, it is my responsibility to receive, expend, and account for the funds of the party under the supervision and direction of the LPM executive committee.

7.     To assist me in doing so, I prepare and maintain a spreadsheet of all funds received by the LPM. A true and accurate copy of that spreadsheet, showing all donations received from the date I became acting treasurer through June 30, 2023, is included as Exhibit 23 to the *Defendants' Brief in Support of Response to Motion for Preliminary Injunction* (the "Response Brief") in the above-captioned case.

8.     LPM has historically deposited its funds in various deposit accounts held with Comerica Bank. However, when I became acting treasurer, there was concern among the members of LPM's executive committee that the funds held in that

account could become the subject of a legal dispute, due to the emerging intra-party governance dispute with Andrew Chadderdon.

9. Accordingly, a decision was made to deposit funds received after the emergence of the governance dispute in a segregated account held in the name of the Libertarian Party of Genesee County. It was further decided to leave the moneys that were received prior to the emergence of the governance dispute in the Comerica Bank account. This arrangement was intended as a temporary measure that would enable the LPM to easily provide accountings for the moneys received before and after the governance dispute began.

10. The seven donations received between February 9 and February 18, with the source designated as "Paypal/Email Response," were made through a PayPal link sent to select members of the party asking for donations to assist LPM's elected leadership (*i.e.*, the individuals who were elected to the executive committee at the July 2022 convention, who have now been succeeded by the individuals elected at the April 2022 convention, as listed at https://michiganlp.net/about-us/leadership/) with legal expenses relating to the emerging governance dispute with Andrew Chadderdon. The funds raised for this purpose eventually came to be referred to as the "LPM Legal Defense Fund."

11. When these funds were received, they were deposited into an account held in the name of the Libertarian Party of Genesee County. They were

subsequently paid, on behalf of LPM, into a client trust account with Curcio Law Firm, PLC, which is representing LPM in this case as well as in ongoing litigation regarding the Comerica Bank account and in ongoing administrative proceedings in the Federal Election Commission (both of which relate to the intra-party governance dispute). The same procedure has been used for all moneys that have since been paid into the LPM Legal Defense Fund.

12.   The payments on the spreadsheet with a source marked "LawPay/Direct to Attorney Curcio" were made by check or credit card by supporters of the elected leadership directly to the Curcio Law Firm, PLC. Supporters were made aware of this payment option by email or other personal communications.

13.   The payments on the spreadsheet with a source marked "Paypal/Convention Regis" "Credit Card / Convention On Site," and "Check / Convention Fundraiser" were made by LPM members to pay the registration fee or participate in fundraising activities in connection with the LPM convention held on April 1, 2023, in Lansing.

14.   The payment on the spreadsheet with a source marked "Paypal / Membership Link" was made on the "Membership" page of the michiganlp.net website.

15. All of the payments described in paragraphs 13 and 14 above were made after former LPM chair Joe Brungardt sent an email on February 2, 2022, to all registered LPM members explaining the governance dispute with Andrew Chadderdon, and after the LNC sent a response letter to Mr. Brungardt on February 16 stating that it supported Mr. Chadderdon's claim to be the rightful chair of LPM.

16. The payments on the spreadsheet with a source marked "Anedot/Legal Fund Page" were made using a payment system serviced by anedot.com, which could be done either through the "Donate to LPM Legal Defense Fund" page on the michiganlp.net website or through direct links to andot.com that were widely shared on social media. As described in the declaration of LPM Secretary Jami Van Alstine (Response Brief Exhibit 4), the "Notice of Ongoing Governance Dispute" text box was added to the "Donate to LPM Legal Defense Fund" page on June 30, 2023.

17. Based on the timing of the donations made to the LPM Legal Defense Fund, I believe that they were driven in large part by social media posts made by Brian Ellison and Brandon Warzybok, a sampling of which are provided in the declarations provided to the Court as Response Brief Exhibits 2 and 3. These posts specifically referenced the ongoing dispute between the LNC and the LPM's elected leadership.

18.     As shown on the spreadsheet, many of the donations were made shortly after LNC meetings at which the LNC discussed and took various actions in support of Mr. Chadderdon's claim to be the rightful chair of the LPM (*i.e.*, the LNC meetings held on February 5, March 8, and April 8).

19.     Further, many of the donations came from individuals who live outside the state of Michigan. In my experience in LPM fundraising, it is unusual for the party to receive out-of-state donations.

20.     In addition to the social media posts made by Mr. Ellison and Mr. Warzybok, I am aware of posts made by individuals who reside outside of Michigan that encourage donation to the Legal Defense Fund, such as the Facebook post below from an individual whose Facebook profile indicates he lives in Pennsylvania:



21.     In early May, I assisted in setting up the lncfight.org website as an additional means of raising money for the LPM Legal Defense Fund. True and accurate printouts of pages from this website are attached as Response Brief Exhibit 14.

22.     The payments on the spreadsheet with a source marked "CC / Webpage LNCFIGHT.ORG" were made via the lncfight.org website.

23.     Since I became acting treasurer in early February 2023, no one has donated to LPM through the "Donate" tab on the michiganlp.net website. Donations made via that link would be deposited in LPM's general fund, which is used for general party expenditures like literature, signage, insurance, etc. All moneys received during my time as treasurer have been for membership renewals, donations to the LPM Legal Defense Fund, or payments made in connection with the April 2023 convention.

24.     No one who made payments to LPM since the time I became acting treasurer has informed me that they did so while under the mistaken impression that LPM's elected leadership was supported by the LNC. Nor has anyone requested a refund of moneys paid. Further, most of the individuals who donated and who reside within the state of Michigan are known to me as active supports of the elected leadership.

25.    As a former member of the Mises Caucus of Michigan, I had access to Mises Caucus communications on the chat/communication website discord.com. Response Brief Exhibit 19 consists of true and accurate copies of pages the Libertarian Party Mises Caucus's *Strategic Action Plan* for the 2022 Libertarian Party national convention in Reno, Nevada, which was posted on discord.com by other members of the Mises Caucus. Those pages show the individuals who were endorsed by the Mises Caucus for positions on the LNC. Most of those individuals now serve on the LNC, as indicated on the LNC's website: https://www.lp.org/libertarian-national-committee/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-6-23___

Angela Thornton