**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,** | |
| *Plaintiff,* | |
| *v.* | Case No. 23-cv-11074 |
| **MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,** | Hon. Judith E. Levy |
| *Defendants.* | |

**DECLARATION OF BRANDON WARZYBOK**

Under 28 U.S.C. § 1746, I, Brandon Warzybok, declare as follows under penalty of perjury:

1.     I am over the age of 18, of sound mind, and otherwise competent to provide this declaration.

2.     I am a member of the Libertarian Party of Michigan (LPM).

3.     I believe that Mike Saliba and the other individuals listed at the following website, https://michiganlp.net/about-us/leadership/ (collectively, the "elected leadership"), are the legitimate and rightfully elected leaders of the LPM.

4.      I have supported the elected leadership in the governance dispute with Andrew Chadderdon by encouraging my followers on social media to donate to the LPM legal defense fund, which was created to raise money for legal expenses relating to the governance dispute.

5.      On April 9, the day after the LNC voted to sue the elected leadership for trademark infringement, I made the following post on Twitter:



6.      By including the "michiganlp.net" reference at the bottom of the post, my intent was to encourage donations through "Donations" tab on that website, which had electronic payment links that were hosted at that time by anedot.com.

7.      The next day, I made the following post on Twitter for the same purpose:



8.      In posting these items, it was my intent that anyone who read them would understand that they were being asked to donate to a cause (*i.e.*, support for the LPM's elected leadership) that was not supported by — and was in fact antagonistic to — the LNC.

9.      I am not aware of anyone who was confused by my posts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 30, 2023___

_____
Brandon Warzybok