# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,**  *Plaintiff,*  v.  **MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,**  *Defendants.* | Case No. 23-cv-11074  Hon. Judith E. Levy |

## DECLARATION OF JAMI VAN ALSTINE

Under 28 U.S.C. § 1746, I, Jami Van Alstine, declare as follows under penalty of perjury:

1. I am over the age of 18, of sound mind, and otherwise competent to provide this declaration.

2. I am a member of the Libertarian Party of Michigan (LPM).

3. I currently serve on the LPM executive committee as its secretary. I was elected to that position at LPM's April 2023 convention in Lansing.

4. In my role as secretary, I am responsible for maintaining LPM's official documents, including minutes of LPM conventions and executive committee

meetings, as well as LPM's bylaws and other governing documents, and am also responsible for maintaining LPM's website (michiganlp.net) and various social media pages.

5. As LPM secretary, I certify that all eight defendants named in the above-captioned case are members of the LPM. I am not aware of any action taken by the LNC nor by the unauthorized board chaired by Mr. Andrew Chadderdon to revoke their LPM membership status, nor do I believe that either of those entities has the authority to revoke LPM membership status.

6. I have also reviewed the exhibits attached to *Defendants' Response to Motion for Preliminary Injunction* in the above-captioned case (the "Exhibits")

7. Exhibit 6 is a true and accurate copy of the Bylaws of the Libertarian Party of Michigan (June 26, 2021 ed.), which were in effect during the LPM convention held in July 2022 in Holland, Michigan. These bylaws are separate and distinct from the bylaws of the Libertarian Party of Michigan Executive Committee, Inc.

8. Exhibit 7 is a true and accurate copy of the second-amended complaint filed in *Comerica Bank v Libertarian Party of Michigan, et al.*

9. Exhibit 8 is a true and accurate copy of the draft minutes of the April 2023 LPM convention in Lansing. Those minutes will be presented to the LPM membership for approval at the party's 2024 convention.

10. Exhibit 9 is comprised of true and accurate copies of emails sent to all registered members of the LPM by LPM Chair Brungardt or LPM Chair Saliba on the dates indicated in the top-left corner of each email.

11. Exhibit 11 is a true and accurate copy of FEC complaint filed by LNC Chair McArdle as MUR 8130, minus the exhibits that were attached thereto.

12. Exhibit 12 is a true and accurate copy of the following article, Kelly Weill, Libertarian Party is Fighting a Civil War Over its Right-Wing Mises Caucus, *The Daily Beast*, September 29, 2022, as it existed on <https://www.thedailybeast.com/libertarian-party-is-fighting-a-civil-war-over-its-right-wing-mises-caucus> as of the date this declaration it was signed.

13. Exhibit 13 is comprised of a true and accurate copies of printouts from lncfight.org that reflect the content on that website as of the date this declaration was signed.

14. Exhibit 14 is comprised of a true and accurate copies of printouts from michiganlp.net that reflect the content on that website as of the date this declaration was signed.

15. Exhibit 15 is a true and accurate copy of the official minutes of the July 2022 LPM convention in Holland, Michigan.

16. Exhibit 16 is a true and accurate copy of the official minutes of the LNC executive committee meeting on February 5, 2023, as posted on the LNC's official website at https://www.lp.org/lnc-meeting-archives/.

17. Exhibit 17 is a true and accurate copy of the official minutes of the LNC executive committee meeting on March 8, 2023, as posted on the LNC's official website at https://www.lp.org/lnc-meeting-archives/.

18. Exhibit 18 is a true and accurate copy of the official minutes of the LNC executive committee meeting on April 8, 2023, as posted on the LNC's official website at https://www.lp.org/lnc-meeting-archives/.

19. I have reviewed the LNC meeting minutes provided in Exhibits 14, 15, and 16, as well as the other minutes posted on the LNC's official website at https://www.lp.org/lnc-meeting-archives/, and have confirmed that the LNC has not taken any vote to revoke LPM's disaffiliate status, which requires a ¾ supermajority vote for cause under the bylaws of the Libertarian Party. Further, the LNC has not taken any vote to disaffiliate any individual members of, or groups within, the LPM, nor does it have any power to do so under the bylaws.

20. Exhibit 22 is a true and accurate copy of a printout from the *Independent Political Report* website showing a sampling of articles published by one of its writers between April 15 and May 8, 2023. The printout reflects the content on the website as of the date this declaration was signed.

21. In my role of maintaining the LPM's social media accounts, I have made numerous posts referencing the ongoing dispute between the LPM elected leadership (*i.e.*, the individuals listed at https://michiganlp.net/about-us/leadership/) regarding the LNC's recognition of Andrew Chadderdon as the LPM chair, including the following:



— 5 —



22. Aside from the allegations made in the court filings in this lawsuit, I have not received any complaints that michiganlp.net or LPM's social media accounts misleadingly suggest that the LNC supports the elected leadership in the ongoing governance dispute with Mr. Chadderdon.

23. Nevertheless, in an abundance of caution to ensure that no one is misled into mistakenly donating to the elected leadership, the following disclaimer was added to the donation pages on michiganlp.net on June 30, 2023:

> **Notice of Ongoing Governance Dispute**
>
> The Libertarian Party of Michigan (LPM) is the state-level affiliate of the Libertarian Party. Since early 2023, there has been a governance dispute in which two separate groups claim to the be the legitimately elected members of LPM's executive committee, which functions as the party's leadership at the state level. The two groups are operating independently from each other, conducting their own fundraising, and holding party funds in separate accounts.
>
> The funds donated through this webpage will be placed in the management of the executive committee chaired by Mike Saliba. For a detailed explanation of the origins of the governance dispute and the reasons why Mr. Saliba is LPM's legitimately elected chair, please see this letter from LPM's legal counsel.
>
> Notably, the Libertarian National Committee (LNC), which is the governing arm of the Libertarian Party at the national level, has thrown its support behind Mr. Chadderdon. The LNC is currently suing Mr. Saliba and other executive committee members for trademark infringement. Funds donated to the Legal Defense Fund on this website will be used to defend against the trademark suit and in other pending litigation relating to the governance dispute.
>
> If you would like to donate to the rival board chaired by Mr. Chadderdon, you are on the wrong website. The Chadderdon faction's website can be accessed via this link.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____Jul 7, 2023_____

_____
Jami Van Alstine (Jul 7, 2023 06:13 GMT+2)

Jami Van Alstine

# Van Alstine Affidavit (revised)[69]

Final Audit Report  2023-07-07

| | |
|---|---|
| Created: | 2023-07-06 |
| By: | Charles Curcio (ncurcio@curciofirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-LShD3KFLczY3h-4_zav1KBqqY4hDlMg |

## "Van Alstine Affidavit (revised)[69]" History

- Document created by Charles Curcio (ncurcio@curciofirm.com)
  2023-07-06 - 5:51:10 PM GMT- IP address: 97.91.5.46

- Document emailed to jamiracquel2004@yahoo.com for signature
  2023-07-06 - 5:52:52 PM GMT

- Email viewed by jamiracquel2004@yahoo.com
  2023-07-07 - 4:08:00 AM GMT- IP address: 87.248.116.147

- Signer jamiracquel2004@yahoo.com entered name at signing as Jami Van Alstine
  2023-07-07 - 4:13:09 AM GMT- IP address: 192.145.10.234

- Document e-signed by Jami Van Alstine (jamiracquel2004@yahoo.com)
  Signature Date: 2023-07-07 - 4:13:11 AM GMT - Time Source: server- IP address: 192.145.10.234

- Agreement completed.
  2023-07-07 - 4:13:11 AM GMT

Adobe Acrobat Sign