

**Libertarian Party of Michigan
State Convention
Hilton Garden Inn, Lansing
April 1, 2023**

**Convention Minutes**

### Call to Order

- Chair Mike Saliba calls convention to order at 9:10am [00:08:50 during recording]
- Mike Saliba: opening remarks
- Brian Ellison: motion to appoint Greg Stempfle as convention secretary, seconded
- Greg Stempfle accepts
- Motion approved by voice vote

### Credentials Report

- Larry Johnson: There are 7 new attendees that are not currently delegates which were approved by affiliates (Tim O'Brien, Nancy O'Brien, Jon Coon, Renae Coon, Will White, Keith Bilby, and Norm Paterson)
- Motion to approve delegates moved and seconded, requires 7/8
- Passes by voice vote
- Larry Johnson gives credentials: 66 delegates, 34 for 50%, 45 for 2/3rds

### Approval of Agenda

- Motion to approve agenda moved and seconded
- Greg Stempfle moves to amend agenda to remove "Approval of Previous Convention Minutes" since they were not included in the convention packet, seconded
    - o Various points of information, lack of inclusion of minutes was an oversight and should be considered at next convention.
    - o Scotty Boman: motion to put previous minutes on the next convention agenda
    - o Mike Saliba rules out of order
    - o Amendment passes by voice vote
- Main motion to approve agenda passes by voice vote
- Motion to bring previous convention minutes before next convention
- Will White: they will be automatically
- Motion withdrawn

### Approval of Convention Rules

- Joe Brungardt: Motion to approve rules, seconded
- 2nd Motion passes by voice vote

### Officer Reports

- **Chair Report:** Mike Saliba gives his officer report, recaps Judicial Committee ruling and why two groups claim to be the LEC/LPM, status of national lawsuit has been dropped, opens floor for question
- Lanie Nix POI about Bureau of Election and who will decide which group has ballot access
- Mike: Hopefully a lawsuit will help settle matter, Comerica has frozen bank account, set precedent that we are the legal party
- Brian Ellison asks about treasury report
- Mike Saliba: treasurer report will be next

- Scotty Boman: POI about Andrew Chadderdon email claiming to have bank account
- Mike Saliba: Not confirmed with bank, skeptical that happened
- Tulio Proni: Who is on bank account?
- Mike Saliba: Should be himself, Joe Brungardt, and Angela Thornton but Comerica handed it over without one of the signers there. Issue has now been filed with state banking regulators.
- Lannie Nix: POI asks about timeframe
- Mike Saliba: Does not know.
- Brian Ellison: Our attorney is confident there will be a resolution prior to ballot access being an issue.
- **2nd Vice Chair Report (Political Director):** Mary Buzuma gives her officer report, thanks last year's candidates and campaign support committee and affiliates, leadership for submitting campaign paperwork locally, will not be seeking reelection due to family and personal responsibilities, and thanks all of us.
- **Treasurer Report:** Angela Thornton acting Treasurer gives her report, due to account frozen limited info is available, we spent no money from the bank account
- Approximately $45,000 between 3 accounts.
- We raised almost for $10,000 legal defense and almost $3,000 for convention.
- Andrew Duke: What is projected legal cost?
- Mike Saliba: Will have more info on Monday, have been at Comerica 10-15 times in last 3 weeks.
- Scotty Boman: Point of personal privilege: please document convention with video and share on social media
- Mike Saliba: there is a live zoom stream currently and would like past members to speak to the floor during down time about your time in the party

**Bylaws Committee Report**

- Jon Elgas takes over chairing convention and thanks committee members
- Greg Stempfle motion to amend convention Proposals 1, 2, and 6 in the Bylaws Committee Report with a single proposal from Brian Ellison. The Ellison proposal combines language three committee proposals into a single more concise and streamlined version.  Seconded.

> **Brian Ellison Proposals 1, 2, and 6:**
>
> Proposal 1) Removal of members of the Executive committee
> Proposal 2) Removal, replacement, and succession of officers
> Proposal 6) Resignations of the LEC
>
> III. OFFICERS
> 10) ~~A member of the Executive Committee who misses three consecutive meetings of the Executive Committee or fails to perform his or her fiduciary duties may be removed from the Executive Committee and replaced by a two-thirds vote at a regular meeting of the Executive Committee or a majority vote at convention following a motion for a vote of no confidence. All Executive Committee members must be notified of the intent to remove at least 14 days prior to the meeting. A Congressional district representative may be replaced by a majority vote of a congressional district caucus at any state convention. If the chair is so removed, the first vice chair shall assume the chair and a new first vice chair elected. If a Congressional district representative resigns or is so removed, then the Executive Committee must replace him or her with a person residing in the same Congressional district, who shall serve until the next state convention, at which time the caucus for that Congressional district shall select a replacement for the balance of his or her term.~~
>
> *Replace with:*
>
> 10) Any member of the Executive Committee may resign upon written notice to the chair and/or secretary, which shall take immediate effect. Absence from three consecutive regular meetings, by any Executive

Committee member, shall be considered a constructive resignation, and shall take immediate effect upon close of the third meeting. A member of the Executive Committee may be removed from the Executive Committee by a two-thirds vote at a regular meeting of the Executive Committee. All Executive Committee members must be notified of the intent to remove at least 14 days prior to the meeting. A member of the Executive Committee may be removed from the Executive Committee by a majority vote at any state convention, without the need for prior notice. When such a motion is made only those whom the member represents (either district or state wide) shall vote first on removal, and if removed a replacement shall be selected immediately by the same body.

*And add:*

11) If the chair is vacated, the first vice chair shall assume the duties of the chair until a new chair is elected at the next regular state convention. If both the chair and first vice chair are vacated, the Executive Committee must appoint someone to fill the role of the chair who shall serve until the next regular convention. If the first vice chair, second vice chair, secretary, or treasurer is vacated, the Executive Committee may appoint someone to fill that role who shall serve until the next regular convention. If a Congressional district representative position is vacated, the Executive Committee may only appoint someone who has been nominated by a caucus of members residing in the same Congressional district to fill that role who shall serve until the next regular convention. Any vacancies that occur in the interim between conventions, whether filled by the Executive Committee or not, shall be filled by majority vote of eligible delegates at the next state convention, without the need for prior notice.

*And renumber current sections 11-14 accordingly*

- Point of privilege: Request to enlarge text on screen.
- Greg Stempfle displays both proposals on screen and explains difference between versions.
- Point of privilege: Delegates do not have a copy of the new proposal.
- Brian Ellison speaks to motion and reads proposal.
- Jon Coon: POI Does any member of the bylaws committee object to this substitution?
- Informal discussion of
- Members are the Bylaws Committee are asked if they approve of this substitution. Approximately 6 members approve with Scotty Boman being the only objection, for the record.
- Lanie Nix: POI Are there two bylaws committees? One for each side?
- Jon Elgas: Unaware if the other board has a committee.
- Lanie Nix: POI asks members of committee to stand so they can be recognized (Jon Elgas, Greg Stempfle, Scotty Boman, Dave Canny, Jim Fulner, Gregg Smith, Angela Thornton, and Jami Van Alstine)
- Tulio Proni: POI having trouble reading proposals and asks about who gets to nominate replacements on the LEC.
- Brian Ellison clarifies proposal language
- Joe Brungardt clarifies we are only voting to substitute consideration of the proposal, after this motion, then we can discuss the language of the proposal itself.
- Bill Gelineau speaks in favor of substitution motion
- Brandon Warzybok speaks in favor of substitution motion
- Scotty Boman speaks against substitution motion
- Joe Brungardt speaks in favor of substitution motion
- Kyle McCauley speaks in favor of substitution motion
- Nancy O'Brien moves to "table discussion of this proposal until after lunch until more time to review", seconded
- POI: Table discussion of proposals 1,2, and 6?
- Jon Elgas: Yes

- Kyle McCauley: POI asks Greg Stempfle about other bylaws proposals
- Greg Stempfle: the other proposals are shorter and should go more smoothly
- Kyle McCauley speaks against tabling
- Joe Brungardt moves to amend to "table until after other proposals (3-5,7-10) are considered"
  - Will White speaks against tabling
  - Greg Stempfle: Printed copies of Brian's proposal are being made
  - Lanie Nix POI: We will still have chance to amend if this passes?
  - Jon Elgas: yes
  - Rafael Wolf announces posting of Brian's proposal on the convention website
  - Objection raised to calling the question on amendment to tabling motion
  - Andrew Hall speaks against amendment
  - Scotty Boman speaks in support
  - Informal discussion
  - Joe Brungardt: call all previous questions
  - Vote on amendment passes by voice vote
- Vote on main motion to table fails by voice vote.
- Back to motion to substitute Bylaws Committee Proposals with Ellison Proposal, printed copies are being distributed. (10:19)
- Informal discussion while delegates read proposal
- Jon Elgas calls question on motion to substitute Bylaws Committee Proposals with Ellison Proposal
- Motion passes by voice vote.
- Scotty Boman moves to amend proposal, seconded

10) … A member of the Executive Committee may be ~~removed from~~ relieved from their duties on the Executive Committee by a two-thirds vote at a regular meeting of the Executive Committee. All Executive Committee members must be notified of the intent ~~to remove~~ of said relief at least 14 days prior to the meeting. A member of the Executive Committee may be ~~removed from~~ so relieved from their duties on the Executive Committee by a majority vote at any state convention, without the need for prior notice. When such a motion is made only those whom the member represents (either district or state wide) shall vote first on ~~removal~~ said relief, and if ~~removed~~ relieved, a replacement shall be selected immediately by the same body.

*{Note: the proposed language above is different than what was proposed by Scotty on the floor as this language was tweaked by him when it was being transcribed onto the screen. GS}*

  - Kyle McCauley POI What is practical effect?
  - Scotty Boman: To comply with Michigan corporate law.
  - Will White speaks against
  - Jami Van Alstine speaks in favor
  - Brandon Warzybok speaks against
  - Jon Coon speaks in favor
  - Amendment passes by voice vote.
- Bill Hall moves to amend and seconded
  - Add "fails to perform his or her fiduciary duties"
  - Will White POI about grammar of proposal
  - Brandon Warzybok offers replacement language, "for cause".
  - Brian Ellison speaks against
  - Section with location of proposed amendment:
  "A member of the Executive Committee may be relieved from their duties on the Executive Committee, for cause, by a two-thirds vote at a regular meeting of the Executive Committee."

- Amendment passes by voice vote
- Kyle McCauley calls question
- **Proposal adopted by voice vote**

**Proposal 3) Change how we refer to conventions in Odd and Even years in bylaws**

### III. OFFICERS

1. The officers of the Party shall be a chair, a first vice chair, a second vice chair, a secretary, a treasurer, and the Congressional district representatives described below, hereinafter referred to as the "Executive Committee." These are the same individuals who shall serve as the directors of the "Libertarian Party of Michigan Executive Committee, Inc." None of these offices shall be combined. All of these officers shall be elected to a two-year term at an odd-numbered year regular convention of the Party by the attending delegates (as to the Congressional district representatives, those delegates from the respective districts) and shall take office immediately upon the close of such convention and shall serve until the final adjournment of the next odd-numbered year regular convention.

2. At each odd-numbered year regular convention, following the selection of those officers of the Executive Committee elected at large, the delegates from each Congressional district shall caucus to select one person residing in that district to serve as the Congressional district representative for that district.

### V. JUDICIAL COMMITTEE

1. The judicial power of the Party shall be vested in a Judicial Committee composed of three Party members. All of these committee members shall be elected to a two-year term at an odd-numbered year regular convention of the Party by the attending delegates and shall take office immediately upon the close of such convention and shall serve until the final adjournment of the next odd-numbered year regular convention. No member of the Executive Committee may be a member of the Judicial Committee.

### VI. CONVENTIONS

1. During years in which a Libertarian Party primary occurs, the Party shall hold a regular fall state convention after the date of the primary and not less than 60 days before the general November election in accordance with state law (MCL 168.591). During even-numbered years in which a Libertarian Party primary election is not required by state law, the Party shall hold a candidate nominating regular convention for, but not limited to, the purpose of candidate nominations after the filing deadline for candidates to appear on Michigan's primary ballot and before the date of the primary. During odd-numbered years, the Party shall hold a regular state convention between April 1 and July 31, performing such business as required herein.

2. The Party shall also hold a regular state convention no later than six weeks prior to the scheduled first day of the Libertarian Party National Convention, hereinafter referred to as a "national delegate selection convention". The national delegate selection convention shall be for, but not limited to the purpose of selecting national convention delegates. The national delegate selection convention may also endorse any candidates for Secretary of State, Attorney General and Supreme Court to be formally nominated at the regular fall state convention in the same year. Votes for endorsement of candidates shall be made in the same manner as for nomination of candidates set forth in Article VII of these bylaws.

- Jon Elgas reads proposal
- Andrew Duke: POI regular vs special convention
- Luke Sciberras clarification of JC term
- Brandon Warzybok POI about conflicts with proposal 5
- **Proposal adopted by voice vote**

**Proposal 4) Changes for special conventions**

**VI. CONVENTIONS**

3. The Party shall hold a special convention within 45 days upon the call of the Executive Committee or when petitions are submitted by ~~10%~~ 15% of the current membership <u>who have been members for at least 30 days</u>, specifying the purpose for the special convention. <u>A special convention must provide notice to members as specified in Article VI Section 4.D. Due to their expedited nature, special conventions are exempt from the affiliate delegate allocation described in Article VI Section 4 and notice requirements in Article VI Section 4.B or as required by law. Instead, all eligible members of the Party who attend and register at a convention shall be delegates. A special convention may be held in accordance with the Electronic Meetings and Procedures set forth in Article IX.</u>

4.2. The Executive Committee shall issue a call to each <u>regular</u> state convention to all affiliates no later than 60 days prior to the scheduled date of the state convention, which call shall specify the date and location of the state convention and the number of delegates each affiliate is entitled to select and send to the state convention. ***

- Jon Elgas reads proposal
- Brian Ellison moves to amend by substitution, seconded

**VI. CONVENTIONS**

3. The Party shall hold a special convention within 45 days upon the call of the Executive Committee or when petitions are submitted by ~~10%~~ 15% of the current membership <u>who have been members for at least 30 days</u>, specifying the <u>location, date, time and</u> purpose for the special convention. <u>The petitioners shall organize and fund the special convention. The Executive Committee must notify affiliates of the location, date, time and purpose of the special convention, immediately upon receipt of petitions. The Executive Committee must provide notice of the special convention to the members.</u>

<u>The Executive Committee must provide notice to members as specified in Article VI Section 4.4. Due to their expedited nature, special conventions are exempt from the affiliate delegate allocation described in Article VI Section 4 and notice requirements in Article VI Section 4.2 or as required by law. Delegate apportionment for special conventions will match the apportionment of the immediately preceding state convention.</u>

- Brian Ellison reads and speaks to proposal
- Mike Saliba reports there are 41 delegates at the Wixom event
- Scotty POI about apportionment by affiliate
- Brian Ellison this proposal speeds up delegate apportionment by 15 days, without apportionment, members of the national party in other states could join LPM day of convention and be a delegate
- Mark King POI asks about membership requirements
- Brian Ellison requirements are unchanged by this proposal
- Joe LeBlanc speaks in favor
- Mike Saliba brings up Rule 6. No member may speak in debate more than once on the same question on the same day, or longer than two minutes, without permission of the convention granted by a two-thirds vote without debate.
- Andrew Duke POI does proposal allow electronic meeting
- Brian Ellison: Proposal does not [another proposal does however]
- Bill Gelineau speaks in favor
- Will White speaks in favor
- Jon Coon POI delegate apportionment from previous conventions
- Scotty Boman POI
- Question called on substitution

6

- Motion passes by voice vote
- Bill Gelineau announcement regarding lunch buffet tickets
- **Proposal adopted by voice vote**

*[Note: Article VI Section 4.4. and Article VI Section 4.2 are intended to refer to Article VI Section 4.D. and Article VI Section 4.B, respectively.]*

**Proposal 5) Change how Judicial Committee is Selected**

**V. JUDICIAL COMMITTEE**

1. The judicial power of the Party shall be vested in a<u>n ad hoc</u> Judicial Committee composed of three <u>total</u> Party members**.** <u>Each side shall appoint one member and the third member will be agreed upon by both parties when alleged violations of these bylaws or resolutions occur.</u> ~~All of these committee members shall be elected to a two-year term at a regular convention of the Party by the attending delegates and shall take office immediately upon the close of such convention and shall serve until the final adjournment of the next regular convention~~. No member of the Executive Committee may be a member of the Judicial Committee.

2. <u>{New section} The ad hoc Judicial Committee shall submit a report to the Executive Committee on cases involving alleged violations of these bylaws or resolutions, and shall have the power to convene a Special Convention in the event the Executive Committee does not accept the recommendations of the Judicial Committee within 15 days.</u>

3. <u>{New section} The ad hoc Judicial Committee shall be dissolved upon either the acceptance of the recommendations by the Executive Committee or the adjournment of any Special Convention called for the purpose of resolving a violation as outlined in Article V Section 2, whichever is later.</u>

4. <u>{New section} All cases facing the Judicial Committee shall be submitted to the LEC Secretary who shall then commence the selection proceedings of the Judicial Committee within 14 days.</u>

   {Renumber remaining section}

5. The Judicial Committee shall decide cases involving alleged violations of these bylaws or resolutions.

- Jon Elgas reads proposal
- Bill Hall moves to amend replacing language of Section 5 with "<u>The Judicial Committee's jurisdiction shall be limited to cases involving alleged violations of the bylaws or resolutions by the Executive Committee, its members.</u>"
- Luke Sciberras proposes that Section 5 be moved up to Section 1, seconded, accepted as friendly amendment
- Informal discussion
- Question called
- Amendment passes by voice vote
- Brian Ellison moved to amend, by adding "<u>by a majority vote of a Judicial Committee,</u>" to Article VI.3. Seconded

**VI. CONVENTIONS**

3. The Party shall hold a special convention within 45 days upon the call of the Executive Committee, <u>by a majority vote of a Judicial Committee,</u> or when petitions are submitted by 15% of the current membership who have been members for at least 30 days, specifying the location, date, time and purpose for the special convention. **\*\*\***
   o Informal discussion
   o Question called, amendment passes by voice vote

7

- Andrew Duke POI wants to broaden who cannot serve on JC
- Informal discussion
- Bill Gelineau calls for order
- Brian Ellison moves to amend by adding "or an interested party in the appeal", seconded
  - Amendment passes by voice vote
- Brandon Warzybok moves to amend ~~or its members, or its directors.~~
  - Brian Ellison moves to substitute "directors" with "appointees".
  - Amendment passes by voice vote
- Main motion as amended:

  1. The Judicial Committee's jurisdiction shall be limited to cases involving alleged violations of the bylaws or resolutions by the Executive Committee, its members, or it's appointees.

  2. The judicial power of the Party shall be vested in an ad hoc Judicial Committee composed of three total Party members. Each side shall appoint one member and the third member will be agreed upon by both parties when alleged violations of these bylaws or resolutions occur. ~~All of these committee members shall be elected to a two-year term at a regular convention of the Party by the attending delegates and shall take office immediately upon the close of such convention and shall serve until the final adjournment of the next regular convention.~~ No member of the Executive Committee or an interested party in the appeal may be a member of the Judicial Committee.

  3. {New section} The ad hoc Judicial Committee shall submit a report to the Executive Committee on cases involving alleged violations of these bylaws or resolutions, and shall have the power to convene a Special Convention in the event the Executive Committee does not accept the recommendations of the Judicial Committee within 15 days.

  4. {New section} The ad hoc Judicial Committee shall be dissolved upon either the acceptance of the recommendations by the Executive Committee or the adjournment of any Special Convention called for the purpose of resolving a violation as outlined in Article V Section 2, whichever is later.

  5. {New section} All cases facing the Judicial Committee shall be submitted to the LEC Secretary who shall then commence the selection proceedings of the Judicial Committee within 14 days.

  6. ~~The Judicial Committee shall decide cases involving alleged violations of these bylaws or resolutions.~~

**VI. CONVENTIONS**

   3. The Party shall hold a special convention within 45 days upon the call of the Executive Committee, by a majority vote of a Judicial Committee, or when petitions are submitted by 15% of the current membership who have been members for at least 30 days, specifying the location, date, time and purpose for the special convention. The petitioners shall organize and fund the special convention. The Executive Committee must notify affiliates of the location, date, time and purpose of the special convention, immediately upon receipt of petitions. The Executive Committee must provide notice of the special convention to the members.

- Scotty Boman speaks against
- Brian Ellison speaks in favor
- **Proposal adopted by voice vote**

- Proposal 6 from the bylaws committee not considered due to being substituted for by Ellison proposal
- Joe Brungardt moves to extend time to noon, passes by voice vote

**Proposal 7) Proposal to allow electronic meetings**

**IX. ELECTRONIC MEETINGS AND PROCEDURES**

{New section}

> 3. The Libertarian Party of Michigan may hold electronic meetings to conduct special conventions and any conventions in situations where natural disaster or regulatory actions prevent the use of a meeting venue.

- Jon Elgas reads proposal
- Joe Brungardt moves to amend by substitution
  > 3. The Libertarian Party of Michigan may hold electronic meetings to conduct conventions.
  - o Greg Creswell speaks against
  - o Jason Brandenberg speaks in favor
  - o Brian Ellison speaks against
  - o Lanie Nix mentions hybrid conventions
  - o Andrew Duke clarifies something
  - o Brandon Warzybok speaks in favor
  - o Vote on amendment fails by voice vote
- Mark King motion to amend "…in situations where natural disaster, ~~or~~ regulatory actions, or any extreme circumstance prevent the use of a meeting venue."
  - o Amendment passes by voice vote
- Proposal as amended
  > 3. The Libertarian Party of Michigan may hold electronic meetings to conduct special conventions and any conventions in situations where natural disaster, regulatory actions, or any extreme circumstance prevent the use of a meeting venue.
- Main motion passes
- Bill G calls for division
- Division called: In favor 42, Against 13
- **Proposal adopted by standing vote**

**Proposal 8) Proposal to further restrict Use of party resources**

**XIII. USE OF PARTY RESOURCES**

> The Party does not support, condone, or give candidates of other political parties access to mailing lists, contact information, or administrative access to online social media accounts of the Libertarian Party of Michigan for use with their campaign. Those same contact resources may not be used by organized party caucuses for fundraising or promotional purposes other than for activities solely naming and benefitting the Libertarian Party of Michigan, its affiliates, the National Libertarian Party, Libertarian Party candidates, or any nonpartisan candidate endorsed at convention.

- Jon Elgas reads proposal
- Jason Brandenberg POI explains "caucuses" being confusing
- Joe Brungardt agrees
- Mike Saliba moves to replace "caucuses" with "organized factions"
- Amendment passes by voice vote
  - o Mark King calls division
  - o Amendment fails by standing vote
- Scotty Boman moves to strike "by organized party caucuses for fundraising or promotional purposes"
  - o Amendment passes
  - o Division called: In favor 19, Against…is greater than 19 thus not counted.
  - o Amendment fails by standing vote
- **Motion to adopt proposal fails**

- Break for lunch at 12:01 pm

**Ron Zimmerman from Rank MI Vote speaks during lunch**

**Resume convention business**

- Mike Saliba calls convention back to order at 1:20 pm
- Larry Johnson provides updated credentials report.
- 71 delegates registered, 50% is 36, and 2/3rds is 48

**Announcements**

- Already done near end of lunch break

**Officer Elections**

- Mary Buzuma takes over chairing convention
- Joe Brungardt moves to open nominations for chair
- Passes by voice vote
- Joe Brungardt nominates Mike Saliba. Seconded.
- Jay Gillotte moves to close nominations. Seconded.
- Passes by voice vote
- Mike Saliba accepts nomination for Chair
- Bill Gelineau moves to vote by acclamation. Seconded.
- **Mike Saliba elected Chair by acclamation**
- Mike Saliba speaks after being elected

- Nominations opened for 1st Vice Chair / Affiliates Director
- Bill Gelineau nominates Rafael Wolf
- Larry Johnson nominated Mark King
- Motion to close nominations moved and seconded.
- Bill Gelineau speaks to nomination of Rafael Wolf
- Rafael Wolf speaks to his nomination
- Larry Johnson speaks to nomination of Mark King
- Mark King speaks to his nomination
- Delegates have ballots for 1st VC and begin voting
- Candidate names, including "None of the Above" are listed on the screen
- During balloting…
- Luke Sciberras talks about the Capital Area Libertarian Party and told a bad joke
- Mike Saliba announces Jacon Hornberger will be at the convention after close of business.
- Several other delegates tell bad jokes
- Kyle McCauley speaks about Legal Defense Fund
- Announcement of results of 1st VC

  - **Rafael Wolf 47 (elected to 1st Vice Chair)**
  - Mark King 18
  - None of the Above 1

- Nominations opened for 2nd Vice Chair / Political Director
- Mark King nominated but declines
- Joe Brungardt nominates Greg Stempfle who accepts
- Clar Galineau nominates Jami Van Alstine but declines
- Motion to vote by acclamation moved and seconded.
- **Greg Stempfle elected 2nd Vice Chair by acclamation**

- Greg Stempfle speaks after being elected

- Nominations for Secretary opened
- Scotty Boman nominates Jami Van Alstine who accepts
- Stephanie Dunnn nominated but declines
- Motion to close nominations moved and seconded
- Brian Ellison moves to vote for Secretary by acclamation. Seconded
- **Jami Van Alstine elected Secretary by acclamation**
- Jami Van Alstine speaks after being elected
- Joe Brungardt speaks about how much Jami does for the party and acknowledges her contribution to the party.

- Nominations opened for Treasurer
- Jason Brandenberg nominates Angela Thornton for Treasurer who accepts
- Motion to close nominations moved and Seconded
- Jami Van Alstine moved to elect Treasurer by acclamation, seconded.
- **Angela Thornton elected Treasurer by acclamation**
- Angela Thornton speaks after being elected
- Joe Brungardt speaks about how Angela stepped up and helped last term when we had no treasurer.

**Caucus by Congressional District**

- Results by District, each district announces the results of its caucus
  - o  1. No delegates present
  - o  2. Jay Gillotte
  - o  3. Ari Abraham
  - o  4. Andrew Duke
  - o  5. Brian Ellison
  - o  6. Mark King
  - o  7. Lisa Lane Gioia
  - o  8. Adam Childress
  - o  9. Kyle McCauley
  - o  10. ~~Jim Fulner~~ (Jim realized afterwards he lived in the wrong district)
  - o  11. Joe Brungardt
  - o  12. No delegates present
  - o  13. Gregg Smith

**Election of Judicial Committee**                                                    2:15 pm

*Note: This was originally an agenda item but the bylaws were amended earlier in the day which eliminated the elected Judicial Committee.*

- Scotty Boman nominates himself for Judicial Committee
- Brian Ellison points out bylaws amendments take effect immediately thus no Judicial Committee elections will occur.
- Brian Ellison moves to suspend rules to make another proposal to amend the bylaws.

**Ellison Bylaws Proposal: New proposal to redefine the LPMs relationship with the National Libertarian Party.**

- Proposal strikes the language "~~and affiliating with the National Libertarian Party~~."

**II. PURPOSE**

The purpose of this organization is to further the principles of individual liberty as expressed in the Statement of Principles of the National Libertarian Party by nominating and working to elect candidates for political office and by entering into political information activities ~~and affiliating with the National Libertarian Party~~.

- Joe Brungardt speaks in favor of proposal/suspension
- Scotty Boman speaks against
- Bill Gelineu speaks in favor
- Tim O'Brien speaks against
- Kyle McCauley speaks in favor
- Mark King speaks against
- Tullio Proni speaks in favor
- Dave Canny speaks against
- Brian Ellison, with no objections, speaks in favor
- Bill Hall speaks against
- Brandon Warzybok speaks against
- Jon Coon speaks against
- Lisa Gioia POI asks for opinions from lawyers in the delegation
- Mike points out most lawyers have already spoken
- Bill Hall gave his personal, non legal opinion
- Lanie Nix speaks in favor with clarification
  - Amendment <u>And seeking reasonable independent affiliation with the National Libertarian Party</u>
  - Jerry Bloom speaks against
  - Clar Gelineau speaks against
  - Scotty Boman speaks...
  - Max Riekse moves to table proposal, no second
  - Lanie Nix clarification who does LNC recognize
  - Mike Saliba The LNC recognizes the other board chaired by AC
  - Question called on amendment
  - Amendment fails by voice vote
- Bill G moves to table main motion until next convention, seconded
- **Motion to table proposal passes by voice vote**

- Joe Brungardt moves to suspend rules to amend agenda to do platform after resolutions and open floor.
- Question called
- Motion passes by voice vote.
- Greg Stempfle makes a motion to suspend rules to consider final two bylaws proposals in committee report
- Passes by voice vote

**Resumption of Bylaws Consideration**                                    **2:45 pm**

- Jon Elgas takes chair of convention

**Proposal 9) Change membership minimums for conventions.**

**VI. CONVENTIONS**

8. A person must be a current member of the Libertarian Party of Michigan in order to serve as a delegate to a state convention. A person who has never been a member of the Libertarian Party of Michigan must become a member at least ~~30~~ <u>60</u> days prior to a State convention <u>to be eligible</u>, unless that person was a member of

12

the National Libertarian Party at least 30 60 days prior to a State Convention and becomes a dues paying member of the state party before being eligible allowed to vote at that convention.

- Jon Elgas reads proposal
- Kyle McCauley POI explain eligible vs allowed
- Jerry Bloom moves to amend add "dues paying member of the state party 60 days before" in last sentence
  - Informal discussion
  - Scotty Boman speaks against
  - Joe Brungardt speaks in favor
  - Question called
  - Motion to amend fails
- Brandon Warzybok amendment, insert "now residing in the state of Michigan" after State Convention in last sentence.
  - Bill Hall POI
  - Question called
  - Motion to amend passes
- Amended proposal now reads:

8. A person must be a current member of the Libertarian Party of Michigan in order to serve as a delegate to a state convention. A person who has never been a member of the Libertarian Party of Michigan must become a member at least 30 60 days prior to a State convention to be eligible, unless that person was a member of the National Libertarian Party at least 30 60 days prior to a State Convention now residing in the state of Michigan, and becomes a dues paying member of the state party before being eligible allowed to vote at that convention.

- **Proposal adopted by voice vote**

**Proposal 10) Clarify ending of term**

**III. OFFICERS**

1. The officers of the Party shall be a chair, a first vice chair, a second vice chair, a secretary, a treasurer, and the Congressional district representatives described below, hereinafter referred to as the "Executive Committee." These are the same individuals who shall serve as the directors of the "Libertarian Party of Michigan Executive Committee, Inc." None of these offices shall be combined. All of these officers shall be elected to a two-year term at an odd-numbered year regular convention of the Party by the attending delegates (as to the Congressional district representatives, those delegates from the respective districts) and shall take office immediately upon the close of such convention and shall serve until the final adjournment of the next odd-numbered year regular convention or until their successors are elected.

- Jon Elgas reads proposal
- Kyle McCauley POI
- Angela speaks in favor, language requested by parliamentarian Richard Brown
- Tim O'Brian POI
- Joe Brungardt speaks in favor
- Scotty Boman speaks against wording and moves to substitute "or until the seat becomes vacant." No second.
- Jerry Bloom speaks but not in order
- Brian moves to amend by substitution "or until the seat is vacated in accordance with these bylaws."
  - Motion to approve amendment passes
- Jerry Bloom moves to amend amendment "or special" after "regular", seconded
  - Kyle McCauley speaks against
  - Amendment fails by voice vote
- Brian Ellison moves to amend by inserting "Except as provided otherwise in these bylaws" before "All of these officers..."

- o   Amendment passes by voice vote
- <u>●</u>   Amended proposal now reads: {expert}

    …<u>Except as provided otherwise in these bylaws,</u> all of these officers shall be elected to a two-year term at an odd-numbered year regular convention of the Party by the attending delegates (as to the Congressional district representatives, those delegates from the respective districts) and shall take office immediately upon the close of such convention and shall serve until the final adjournment of the next odd-numbered year regular convention <u>or until the seat is vacated in accordance with these bylaws.</u>

- **Proposal adopted by voice vote**

- Motion by Luke Sciberras to suspend rules to consider another bylaws proposal
- Motion passes

**Luke Sciberras Bylaws Proposal**
**XII. AMENDMENTS**
    These bylaws may be amended by a two-thirds vote of the delegates present at a convention occurring ~~in an odd-numbered year only.~~ <u>at any convention.</u>
- Bill Hall speaks against

- Kyle McCauley moves to amend by substitution "<u>or at any special convention called for that purpose</u>"

    - o   Scotty Boman speaks against

    - o   Larry Johnson speaks in favor

    - o   Motion too close to call

    - o   Voting by count off; For 35, Against 28

    - o   Amendment passes

- Jon Coon motion to amend to add "<u>sole</u>" to read "called for that <u>sole</u> purpose."

    - o   Lanie Nix speaks against

    - o   Luke motion to amend amendment replace "sole" with "primary", Seconded

        - ▪   Bill Gelineau speaks against

        - ▪   Vote on amendment to amendment, replace with "primary" fails

    - o   Vote on amendment to add "sole" fails

- Main motion called

- **Motion fails by voice vote**

**Resolutions**                                                                                                      3:29 pm

- Resolution introduced by Scotty Boman

    *"Libertarian Party of Michigan Unity Resolution*

    *Whereas there are two competing groups claiming to be the legitimate Libertarian Executive Committee (LEC) of the Libertarian Party Michigan (LPM) AKA Libertarian Party of Michigan Executive Committee, Inc.; and*

    *Whereas the greatest threats to liberty are outside this Party; and*

*Whereas the historical practice of the Michigan Secretary of State is to deny ballot access to minor parties that submit competing slates of candidates; and*

*Whereas the other group, claiming to be the LEC, is likely to schedule another Regular Convention before July 31st; and*

*Whereas the Convention held in Lansing, Michigan on April 1st 2023 AD is the legitimate LPM Regular Convention; and*

*Whereas two conventions electing the same officers, passing the same bylaw amendments, and platform amendments will result in a single Libertarian Party of Michigan; now therefore, be it*

*Resolved, that any person nominated to the LEC, and any delegate attending today, earnestly attempt to participate fully in the other event labeled the LPM regular Convention.  In so doing they are urged to vote for the exact same officers, bylaw amendments, and platform amendments, as are passed at the April 1st Regular Convention in Lansing."*

- Moved and seconded
- Bill Gelineau speaks against
- Jon Coon speaks in favor
- Jim Fulner moves to extend time for 15 minutes to 3:52 for resolutions
  - Motion fails by voice vote
- **Vote on resolution fails by voice vote, vote is close but requires 2/3 for passage**


**Open floor**                                                                                            **3:39 pm**

- Resolution introduced by Max Riekse

*"Resolved that the Libertarian Party of Michigan go on the record condemning in the strongest possible terms the recently passed unconstitutional anti-gun laws by the Michigan State Legislature; these laws do not give Michigan citizens due process and go against the spirit and meaning of the Second Amendment of the United States Constitution."*

- Moved and seconded
- Max speaks to motion
- **Resolution passes by voice vote**

- Resolution introduced by Jim Fulner
  *"Whereas the Mises Caucus is ignorant & repugnant;*
  *Whereas we have no reason to believe they are government provocateurs, we aren't sure what they would be doing diffidently if they were;*
  *Whereas Andrew Chatterton is an ugly fucktard who is mad that we took our balls and went home;*
  *Whereas we recognize he felt his rights were violated at the 2022 Party nominating convention;*
  *Whereas we do appreciate him at least having waited until after the 2022 November election to file his complaint with the duly elected LPM Judicial Committee, thereby allowing our candidates to fulfill their mission to promote libertarianism to Michiganders through electoral politics;*
  *Whereas the Judicial Committee, populated with Mises Caucus members who were personal friends with Andrew, delivered a ruling on December 19, 2022 in favor of Mr. Chatterton, not based primarily on the will of the majority of Michigan Libertarians, nor the bylaws those same Libertarians have written, nor judicial precedent, but simply because they like Andrew better, with some members even publicly proclaiming such;*

*Whereas one of the failures of a Democracy is once someone is elected, they can pretty much do whatever they want as long as they have support of the majority;*

*Whereas we affirm the long-standing libertarian position that private contracts, whether written or verbal, always take precedent over any state law;*

*Whereas we acknowledge state laws governing corporations are complete bullshit; &*

*Therefore, we, the members of the Libertarian Party of Michigan assembled in Lansing on Saturday, April 1, 2023, do recognize the rights of the Judicial Committee to have made a bad faith decision on December 19, 2022. We recognize the events partaking among the members of the Libertarian Party of Michigan assembled in Wixom on Saturday, April 1, 2023, and agree to abide by the results of their assembly. We look forward to beating them in a fair leadership election after their call for a regular convention sometime before August 31, 2023 so that we can ending the cult of personalities, resume promoting the principles of libertarianism, namely individual liberty and personal responsibility, and, hopefully once-and-for-all, put in-fighting behind us  so as to put forward the best slate of Libertarians ever presented to Michigan voters in 2024 after-which the events of the last quarter will be but a foot note on a Lpedia site no one reads anyway."*

- Moved and seconded
- **Resolution fails by voice vote**

- Mary Buzuma takes gavel
- Motion by Mike Saliba to suspend rules to extend time by 15 minutes to adjourn at 4:15.
- Motion passes
- Resolution introduced by Mike Saliba
*"Whereas the petition to remove Andrew Chadderdon is no longer necessary, this body affirms they would have voted to remove him if given the opportunity to do so."*
- A standing vote is requested. 58 in favor, 4 against
- **Resolution passes by standing vote**

**Platform Consideration**

- Jim Fulner takes the gavel as Platform Committee Chair

- **Jim Fulner Proposal 1**. Insert "We condemn bigotry as irrational and repugnant." To the beginning of Article, I Section 6.
- Jim Fulner introduces motion
- Dave Canny speaks against
- Brandon Warzybok speaks in favor
- Greg Creswell speaks against
- Tim O'Brien speaks against
- Kyle McCauley speaks in favor
- Jon Coon speaks against
- Question called
- **Proposal fails by voice vote**

- **Jim Fulner Proposal 2.**
Insert "All software purchased or developed by government employees or ran on government machines should be Published under the GNU Public License, or similarly freedom respecting Free Software license." as a new Section 14 to Article I.
- Jim Fulner reads proposal
- Scotty Boman moves to amend by inserting "in the performance of their duties,"
  - New language would read "All software purchased or developed by state employees in the performance of their duties, or run on government owned machines, should be published under the GNU Public License, or a similarly freedom respecting Free Software license."

16

- o Informal discussion
- o Kyle McCauley calls question on amendment
- o Amendment passes by voice vote
- Lanie Nix: POI what is GNU?
- Jim Fulner: GNU is a public license with the ability to look at the source code.
- Bill Hall: clarifies would state be allowed to use Microsoft Office?
- Jim Fulner: suggests no, they would need a different software package
- Question called
- **Proposal adopted by voice vote**

- **Leonard Schwartz Proposal 1**
  *Delete the entire platform except the current Statement of Principles and Preamble.*
- Leonard Schwartz speaks to proposal
- Scotty Boman speaks against
- Question called
- **Proposal fails by voice vote**

- Motion to adjourn at 4:15

**Post convention**

- Speech by Presidential Candidate Jacob Hornberger
- Meeting of the newly elected Libertarian Executive Committee.


Respectfully submitted,

Greg Stempfle

LPM Convention Secretary


Convention videos for reference:

https://www.youtube.com/playlist?list=PLM5V9L4QYkEc_-61TdRnrgm_Rgn_gTt2Y

17