Sent: 02/02/2023 8:51 AM EST

Dear Members,

I am sure many of you have become aware of the LPM Executive Committee meeting that took place the evening of January 31, 2023. The reason this meeting took place is because many of the officers elected on July 9, 2022 learned that our party has recently been operating in a manner that is inappropriate given our status as a Michigan Nonprofit Corporation. The resultant actions that took place after the Judicial Committee released its report regarding Mr. Chadderdon's appeal of the July 9 Convention, have been found to be unauthorized, and void.

This obviously lends itself to confusion and difficulty as we navigate through the decisions that must be made to rectify the actions that followed the Judicial Committee's decision.

There are several questions at hand. This letter hopes to address each of those questions.

1. **Why were the actions taken by certain members of the Libertarian Party of Michigan following the Judicial Committee decision?**

Certainly, many asked the question, "What does the Judicial Committee report mean?" While some took it to mean that the board of the Libertarian Party of Michigan was reverted to its form before the July 9th Convention, there are two main issues with that.

First, the Libertarian Party of Michigan is a membership organization, and it is not possible for a committee to remove a member of its board that was elected by vote of the members. There is not authorization in our bylaws for that. There is no authorization within Robert's Rules of Order to accomplish that. And perhaps most importantly, the Nonprofit Corporation Act 162 of 1982 specifically authorizes only the members to have the authority to remove a member of the board that was elected by the members. The Act does allow bylaws to specify other methods, but our bylaws do not provide authority to any Committee to remove member-elected board members.

Second, the Libertarian Party of Michigan has never authorized the Judicial Committee or any other committee to overrule the actions of its members as represented by its delegates at convention. The members of this party have the ultimate authority, and that authority is vested in its delegates to all Conventions of the Libertarian Party of Michigan.

Therefore, we are now taking actions to rectify the inappropriate, and unauthorized actions of certain members that took place following the Judicial Committee report.

2. **What was the appropriate action following the Judicial Committee report?**

What should have occurred, following the Judicial Committee report, would have been for the Executive Committee to call a Special Convention, for the purpose of allowing the members to act on the Judicial Committee report. Given the confusion surrounding the Judicial Committee's report, we did not call an Executive Committee meeting to take this action because unfortunately, we didn't properly understand our responsibilities. After seeking legal counsel,

and the advice of many long-standing members in the party to understand further the precedence, we now understand what the appropriate action would have been.

3. **What is the impact of the Judicial Committee report?**

The impact of the Judicial Committee report is to the offer guidance to the Executive Committee and members on how to proceed to better align with the bylaws of the Libertarian Party of Michigan per their interpretation and reporting on specific cases.

Since the Judicial Committee report ruled that the bylaws were violated at the convention in July, it would be incumbent upon the Executive Committee to seek the rectify such violations in a manner that preserves the integrity of the party, allows the members to assert their rights, and maintains the appropriate functioning of the party until any bylaw violations can be appropriately rectified.

However, the Judicial Committee has no authority to overrule the delegates of a convention body. Therefore, should the Executive Committee believe that the Judicial Committee is overstepping its authority, it is incumbent upon the Executive Committee to assert the rights of its members in opposition to the Judicial Committee if necessary.

4. **What proof do you have that this is the legally correct action of the party?**

In addition to being the state affiliate of the Libertarian Party in Michigan, the LPM is also incorporated as a Nonprofit Corporation in the State of Michigan and is bound by the laws governing such organizations. The members of the LPM Executive Committee are legally the directors of the corporation. Only the directors of the corporation can act on behalf of the corporation. Members of the Judicial Committee are not directors of the corporation.

According to the Michigan NONPROFIT CORPORATION ACT 162 of 1982, the Judicial Committee does not have the authority to remove an officer elected by the members of the organization.

450.2535 Removal of officer; suspension of authority to act; contract rights; resignation of officer; notice. Sec. 535. (1) An officer elected or appointed by the board may be removed by the board with or without cause. An officer elected by the shareholders or members may be removed, with or without cause, only by vote of the shareholders or members. The authority of the officer to act as an officer may be suspended by the board for cause.

5. **How do we move forward as a party to a unite and fight for liberty in our lifetime?**

The Executive Committee has, as prescribed in our bylaws, authorized and issued a Call to our Regular Convention for April 1, 2023 at the Hilton Garden Inn at 633 North Canal Road in Lansing, MI for party members to elect all officers and choose the party's direction. A call was sent for volunteers for a bylaws committee that will address issues in our bylaws that have left the LPM open to the conflicts that we have seen over the past several months. The LPM is

committed to fully supporting the efforts underway by several dedicated volunteers targeting opportunities and recruiting Libertarian candidates to win local elections in 2023.

We request that all parties respect the right and authority of the members of the LPM to proceed with the convention on April 1 in Lansing to decide on the leadership and the business of the party.

6. **Who are the members of the Libertarian Party of Michigan Executive Committee?**

Chair – Joe Brungardt

First Vice Chair – Mike Saliba

Second Vice Chair – Mary Buzuma

Secretary – Daniel Ziemba

Treasurer – Vacant

District 1 – Ryan Roberts

District 2 – Vacant

District 3 – Jordan Martin

District 4 – Rick Thelen

District 5 – Dave Canny

District 6 – Rafael Wolf

District 7 – Brian Ellison

District 8 – Jon Elgas

District 9 – Greg Stempfle

District 10 – Kyle McCauley

District 11 – Bruce Jaquays

District 12 – Daniel Muehl-Miller

District 13 – Jami Van Alstine

District 14 – Scotty Boman

7. **If I have concerns, who should I speak with?**

If you have concerns, I encourage you to speak with your District Representative. You are certainly welcome to reach out to any member of the board, but your District Representative is responsible for taking up your concerns and speaking on your behalf to the board at any of its meetings.

Thank you for being a member of the Libertarian Party of Michigan. And look to upcoming announcements and information as it relates to the discoveries outlined here, and the appropriate actions to be taken looking forward.

Sincerely,

**Joe Brungardt**

Chair

Libertarian Party of Michigan

Official communication from the Libertarian Party of Michigan

Good afternoon ,

There are several district seat vacancies on the LEC which need to be filled. The LEC is hosting a [Zoom](#) meeting on April 30th at 1:00 PM for Districts 1, 8, 10, and 12 to caucus and select a nominee to fill the vacancy.  If you reside in any of those districts, please plan on attending. The LEC will appoint the district's nominee at the May 19th regular meeting.

There are several committees and positions that need to be filled.  If you are interested in volunteering for any of the following committees or positions, please email your interest to chair@michiganlp.net and secretary@michiganlp.net.

- Historical Committee
- Newsletter Editor
- Legislative Committee
- Membership Committee
- Campaign Support Committee
- IT Support Committee
- Affiliate Outreach Committee
- IT Director

The Libertarian Party of Michigan had another well attended and succesful special convention on April 1st in Lansing! Even with the divide in the party, we had *over* 75 attendees and two guest speakers.  We had long-time party members and activists, and new members attending their first state convention.. Members elected their officers, updated the bylaws, and the platform. We are all fired up and excited for the months ahead!

Officers elected at convention in Lansing, April, 2023:

    Chair - Mike Saliba
    1st VC - Rafael Wolf
    2nd VC - Greg Stempfle
    Secretary - Jami Van Alstine
    Treasurer - Angela Thornton

District Reps

1. Vacant
2. Jay Gillotte
3. Ari Abraham
4. Andrew Duke
5. Brian Ellison
6. Mark King
7. Lisa Lane Gioia
8. Vacated
9. Kyle McCauley
10. Vacant
11. Joe Brungardt
12. Vacant
13. Gregg Smith

005

Case 5:23-cv-11074-JEL-EAS   ECF No. 16-9, PageID.718   Filed 07/10/23   Page 6 of 12

The video from the Lansing convention has been published and can be viewed here.

The bylaws and platform as amended on April 1st, 2023 have been published and are available on our website under About.

Kind regards,

Jami Van Alstine

Secretary, Libertarian Party of Michigan (pronouns unnecessary)

Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States

006

Official communication from the Libertarian Party of Michigan

**An update from the chair of the Libertarian Party of Michigan, Mike Saliba**

Dear ,

A lot has happened since I last updated you via E-mail and at the convention in Lansing about another group claiming to be the LPM. Here is a status update on the some of the topics related to the dispute to help clear up any confusion created by the other group.

**Did we lose the bank account?**
Last month Andrew Chadderdon, who leads the group which has stolen party assets and claims to be the LPM in collusion with the national party, sent out an email claiming that his group was now in control of the bank accounts which make up the LPM treasury. This is NOT TRUE. The Chadderdon group did attempt to steal the treasury and were issued checks by Comerica Bank, where the money was held. Comerica quickly put a stop payment on those checks when they realized their mistake. We will now be going to court with Comerica and Chadderdon to win back those funds. That case was filed April 28th.

**Are we being sued by National?**
The LNC voted in March to allocate $10,000 to take legal action against us. In April they voted to allocate $2,000 more. That is money you have donated to help the party fight against the state and now being used to fight against you and the votes you have cast at two consecutive conventions. The basis for the lawsuit is our use of the words "Libertarian" and "Party" in our name. This is ridiculous for a few reasons. First, The Libertarian Party of Michigan had been using those words in our name for decades prior to the national trademark filing. Second, the Republicans and Democrats don't even have trademarks on their names because it's so unenforceable to have a trademark that broad. Third, we aren't claiming to be the national party, so the national party has no business suing us for any trademark violation. Here in Metro Detroit, we have a ton of Coney Island restaurants. The original was Lafayette Coney Island. After a dispute between the owners, it got split down the middle to form American Coney Island. The big chains are National Coney Island, Leo's Coney Island, Kerby's Coney Island. There's even a ton of independently own mom & pops like Tina's Coney Island or Jon's Coney Island. All of these places use the same two words, "Coney" and "Island" in their names and none of them get sued by the other. Because those aren't the only two words in their name and it's what they are. They're Coney Island style restaurants and the rest of their name tells you which Coney Island restaurant it is. So I can open Mike's Coney Island and not get sued by National Coney Island because I never said I was National Coney Island and I make that clear with the word "Mike's" in the name. Our name is the Libertarian Party of Michigan. A "Libertarian Party" is what we are and the "Michigan" in our name lets you know which Libertarian Party we are (the one in Michigan). This case against us is one we are sure to win and a complete waste of YOUR MONEY by the LNC.

**Why didn't we appeal to the National Judicial Committee?**

National Secretary Caryn Ann Harlos, being part of the cabal within the national party that supports the Chadderdon group, has made a number of videos and comments on what's happening here in Michigan. One thing she brings up quite a bit was her offer to me to have these matters settled by the National Judicial Committee and my failure to file such a complaint. The reason why we haven't done this is because this isn't an issue with the national party or party matters. The assets of LPM are held by the Libertarian Party of Michigan Executive Committee, Inc which is a non-profit corporation registered in the State of Michigan.

007

Andrew Chadderdon stole and attempted to steal those assets. The national party is not a law enforcement agency equipped to deal with theft of property or corporate law in the State of Michigan. If Andrew Chadderdon stole my car, I wouldn't file with the JC. That's not what the JC is for.

**Did West Michigan and Genesee get disaffiliated?**
No! The Libertarian Party of Michigan has not disaffiliated any local affiliates. The Chadderdon group that is in control of our stolen digital assets (our email, website, and social media accounts) sent out that email. They saw how those particular affiliates were able to mobilize members and funds for our April 1st convention in Lansing. They also saw the failure of their own attempt to mobilize members and funds at their pizza party held in Wixom on April 1st. They realize their cabal will never have the support of the majority of members, so they are attempting to shrink the party down to only the people that do support them. Andrew Chadderdon would burn the LPM to the ground if he could be Chair of the assets. The real LPM isn't engaged in any of this nonsense.

I hope this answers the most common questions members have had for the last month or so as to the status of the party. Please email any other questions you may have to Chair@MichiganLP.net. I will answer them personally and include the most frequent questions in my next monthly update. If you happen to unaware of the events that brought us to this point, I will also attach the last email I sent out.

Please consider donating to our legal defense fund. We have not used any other party funds to fight these court cases and funds are needed.
https://secure.anedot.com/libertarian-party-of-genesee-county/212de0d6-9ea1-4dbc-bc4a-61e946e4a865

In Liberty,
Mike Saliba,
Chair, Libertarian Party of Michigan

Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States

008

Official communication from the Libertarian Party of Michigan

Fellow Michigan Libertarian,

You may have recently received an email with a call to convention for July. You may ignore this. The Libertarian Party of Michigan already had its odd year regular convention on April 1st in Lansing. At that convention we elected a new LEC to a new 2 year term, we voted for bylaws and platform planks, and we heard from presidential hopeful, Jacob Hornberger.

If you missed it, it's available to watch on YouTube at https://youtu.be/VrKwPY1_pog

The call to convention you received is from the rogue group that has stolen our digital assets (our website, our email address, and our social media accounts) and have attempted to steal our treasury. So while this call to convention may be coming from previously legitimate sources, this is not a legitimate convention.

The convention already held on April 1st in Lansing had the support of all previous candidates for Governor, Lt. Governor, and Secretary of State, the support of previous Chairs and other officers, the support of elected officials and past candidates, and the support of several party founders. The event that is to take place in July has no such support at all.

I understand this turmoil and division can be upsetting, confusing, and frustrating to you. As a dues paying member of the LPM you don't deserve to be put though this. Luckily an end is in sight. I am pleased to share some good news regarding the Party's ongoing governance dispute. Our attorney recently agreed to represent the Party on a contingency basis in a lawsuit to determine entitlement to the funds in the Party's bank account with Comerica Bank. This means that we will not be responsible for legal fees unless we are successful in the case, which involves both the bank and the rogue board led by Andrew Chadderdon. This is good news for two reasons.

First, it is a clear indication of our attorney's confidence in our legal position. The firm would not agree to a contingency fee arrangement if it did not believe we had a strong case. This gives us a significant advantage as we move forward with our litigation.

Second, the fact that we will not be responsible for legal fees if we are unsuccessful is a significant relief. This arrangement allows us to pursue our legal rights without worrying about the financial burden of legal fees pertaining to this portion of the dispute. It further allows funds that have been donated to the legal effort to be reserved for other issues, such as the defense of trademark lawsuits or other legal actions that may be filed in the future. Our hope is that this will give us the ability to continue the fight for as long as needed to prevail and restore order to the Party.

I thank you for continuing to stand by us while we work through these issues.

In Liberty,
Mike Saliba,
Chair, Libertarian Party of Michigan

Case 5:23-cv-11074-JEL-EAS   ECF No. 16-9, PageID.722   Filed 07/10/23   Page 10 of 12

[Unsubscribe](Unsubscribe)
PO Box 614
Royal Oak, MI 48068
United States

Official communication from the Libertarian Party of Michigan



Dear ,

"*We prefer to work with [the Republican Party], and not against [them]*" said the Libertarian Party of Colorado (LPCO), in a letter recently published by the Colorado Republican Party. The letter, which can be seen here, was blatantly offering to support Republican candidates. "If the Republican party runs candidates who support individual liberties, we will not run competing candidates in those races," said the statement signed by the Chair and Vice Chair of the LPCO.

**What does this have to do with the Libertarian Party of Michigan (LPM)?** The situation in Colorado is simply the first publicly disclosed agreement to conspire with other political parties in such an overt manner. The idea of capitulating to the GOP, or any political party, is the biggest threat that the takeover interlopers have leveled against the Libertarian Party. If the LPM does not stand up against the minority element of the LPM constituting the *Chadderdon Organization Party (COP)*, we can expect a similar scenario to play out here.

As most of you know, the LNC, acting as a proxy for the COP, has filed a trademark lawsuit against several members of the LPM Executive Committee. A recent motion of theirs was rejected by the court for missing substantive content and lack of form. They were also ordered to comply with the local counsel requirement, meaning they would have to retain a new attorney. In response to the rejection, the attorney for the LNC sent a "settlement offer" to the LPM counsel demanding full capitulation to the LNC.

In a recent email to members, former LNC member and former LPM Communications Director Connor Nepomuceno (who is currently representing the COP and holding original LPM digital assets hostage) told members, "**the LPM Executive Committee has approved treating donations to the National Libertarian Party's Legal Defense Fund as membership dues**," because they are "**[unable] to accept donations, process new memberships, and facilitate renewals**" as the LPM.

*This is an attempt to siphon funds from the members of the LPM* and redirect them to the organization that has filed a federal lawsuit against current and past leaders of the LPM, including 2022 candidate for Governor Mary Buzuma and 2022 candidate for Secretary of State Greg Stempfle. Like Colorado, the COP, in collusion with the LNC, is seeking to

011

Case 5:23-cv-11074-JEL-EAS   ECF No. 16-9, PageID.724   Filed 07/10/23   Page 12 of 12

destroy the LPM as we know it.

We are faced with an unprecedented situation where our party is being threatened with complete irrelevance from within, under the incompetent central management of the LNC and the Mises PAC sponsored COP.

***The LPM is taking a stand against the LNC and their subservient COP. This assertion of our autonomy as an affiliate will have ripples through the entire national party. We have the authoritarians of the LNC on the ropes, but we need YOUR support!***

**Liberate Michigan** by donating to the **LPM Legal Defense fund** today!

In Liberty,
Mike Saliba,
Chair, Libertarian Party of Michigan

and
Brian Ellison,
Chair, LPM Fundraising Committee


Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States

012