

Home    Fighting Now ▼

## Why Michigan's Fight Matters

Independence, autonomy, and liberty!

## How Did We Arrive Here?

Timeline of events

# The Libertarian Party of Michigan is fighting for its very existence. Our elected leaders have been forced to take a stand against the LNC and those in Michigan attempting to replace the organization's elected leadership with their own chosen representatives.

**'This Fight Matters and We Need Your Help.'**

We are a grassroots organization, deeply rooted in the values of liberty and justice for all. Every day, we work hard to protect the rights of individual liberty within Michigan. We have come to this point today because we have a moral obligation to defend our members who voted against the new leadership strategy and national usurpation of delegate rights.

**'This isn't just about us. It's about standing up for what's right.'**

None of us wanted this. But we can't do this alone. We need your help to get the legal assistance we will need to fight this battle for you. We are asking for your financial support to help us in a fight against a hostile takeover of our organization. Your donation would go towards the funding of a legal defense of individual members of the board and any future court challenges, allowing us to obtain legal advice as necessary and for us to best prepare for the possibility of a long court battle ahead of us.

**'It's now or never.'**

This is a critical moment for the LPM, and state affiliates across this county. Every donation toward the Legal Defense Fund matters. Some things are worth fighting for and defending the autonomy of the affiliate in Michigan is defending the autonomy of ALL state affiliates. Please consider donating today and help us keep the door open for freedom and justice in Michigan and across this country.

In Liberty,

*Mike Saliba, Chair*

P.S. Your generous donation to the Legal Defense Fund will help us stand firm and protect the rights of members in Michigan and defend the rights of libertarians across this country from National overreach into the affairs of their affiliates. Thank you for your support!

Donate Now



In the spirit of upholding the values of individual freedom and limited government, it is essential to rally behind the Libertarians in Michigan as they face a trademark lawsuit from the Libertarian National Committee (LNC). This blog post aims to highlight the significance of supporting the state affiliate in Michigan in their legal defense efforts and the broader implications of this lawsuit on the libertarian movement as a whole.

1. Protecting Autonomy and Promoting Diversity: By donating to help the libertarians in Michigan to defend themselves against the trademark lawsuit, you are supporting the autonomy of state-level affiliates within the libertarian movement. Upholding the independence of state parties allows for diversity in policy approaches, tailoring them to address local issues and reflect the unique needs of the Michigan population. Your contribution helps ensure that the affiliate and members can continue to advance libertarian principles within their state.
2. Preserving Libertarian Principles: The lawsuit filed by the LNC against several board members of the affiliate in Michigan not only threatens the autonomy of the state party but also raises concerns about the broader principles of limited government and individual freedom. By donating, you can actively participate in preserving these core tenets of the libertarian movement. Your support enables them to mount a robust defense, sending a strong message that attempts to undermine libertarian principles will not go unchallenged.
3. Ensuring a Fair Legal Process: Legal battles can be financially burdensome, and the party will need substantial resources to mount an effective defense. By donating, you can help level the playing field and ensure that the party has the necessary means to engage competent legal representation. A fair legal process requires that all parties involved have the resources to present their case adequately, and your contribution plays a vital role in achieving that fairness.
4. Strengthening Unity within the Libertarian Movement: In the face of a trademark lawsuit, it is crucial for libertarians to rally together and demonstrate solidarity. By donating to the Legal Defense Fund, you send a powerful message of unity, showing that libertarians across the nation support their cause. Strengthening unity within the libertarian movement is essential for advancing shared goals and ideals, fostering collaboration, and enhancing the

advancing shared goals and ideals, fostering collaboration, and enhancing the overall impact of libertarian principles in society.

Donating to the legal defense fund is an opportunity to actively support the autonomy of state parties, preserve libertarian principles, ensure a fair legal process, and strengthen unity within the libertarian movement. By contributing, you play a crucial role in protecting the principles of limited government and individual freedom, not just in Michigan but also across the broader libertarian community. Your support empowers the Libertarians in Michigan to defend themselves against the trademark lawsuit and sends a resounding message that libertarians stand united in the face of challenges to their ideals. Together, we can make a difference and safeguard the future of libertarianism in Michigan and beyond.



Donate Now