

# Donate to LPM Legal Defense

## Notice of Ongoing Governance Dispute

The Libertarian Party of Michigan (LPM) is the state-level affiliate of the Libertarian Party. Since early 2023, there has been a governance dispute in which two separate groups claim to the be the legitimately elected members of LPM's executive committee, which functions as the party's leadership at the state level. The two groups are operating independently from each other, conducting their own fundraising, and holding party funds in separate accounts.

The funds donated through this webpage will be placed in the management of the executive committee chaired by Mike Saliba. For a detailed explanation of the origins of the governance dispute and the reasons why Mr. Saliba is LPM's legitimately elected chair, please see this letter from LPM's legal counsel.

Notably, the Libertarian National Committee (LNC), which is the governing arm of the Libertarian Party at the national level, has thrown its support behind Mr. Chadderdon. The LNC is currently suing Mr. Saliba and other executive committee members for trademark infringement.  Funds donated to the Legal Defense Fund on this website will be used to defend against the trademark suit and in other pending litigation relating to the governance dispute.

If you would like to donate to the rival board chaired by Mr. Chadderdon, you are on the wrong website.  The Chadderdon faction's website can be accessed via this link.

1



# Over 70 Delegates Elect LEC Patch Bylaws

*by Scotty Boman*

Link to the May 2023 Michigan Libertarian (Special Edition)

Lansing, MI – On April 1st 72* Libertarian Party of Michigan (LPM) Members attended their 2023 Regular Convention. This Convention was called by the Libertarian Party of Michigan Executive Committee (LEC) Chaired by Mike Saliba. The core functions of the convention were to Elect New Party Officers, consider amendments to the Bylaws, and to consider amendments to the Platform. All LEC officer terms end at Conventions that occur on odd-numbered years, and Bylaws may only be amended at Regular Conventions held on odd-numbered years. An additional item was to consider an investigation into alleged NDA violations, as was requested in a petition signed by over 10% of the membership.

## Bylaws Fine-Tuned in Light of Recent Events

The Bylaws debate has become a routine biannual convention activity, however this year the bylaws took on a special significance in light of the on-going leadership conflict. Much of that conflict resulted from disagreements over ambiguities in the document.

One change was to explicitly identify state conventions on both odd and even numbered years to be regular, while continuing to have officer terms end on odd-numbered years. Bylaw amendments would continue to only be on odd numbered years.



Delegates Doing convention Business.

Some other amendments clarified how vacancies were to be filled and by whom. This included having vacancies filled at regular conventions held on even numbered years and having the LEC fill vacancies

3

between conventions. The bylaws also specified that notice of specific vacancies was no longer required. In 2022 the resignation of Chair and Vice Chair, shortly before the July 9th convention precipitated the current leadership crisis because the vacancies occurred too close to the convention to provide 60 days' notice, of the vacancies to members.

The amendments also clarified the process for removing officers. As a non-profit corporation the Board (LEC in our case) can relieve an officer of duties, but not remove that person from office. A convention body may remove officers, however. The new bylaws permit convention delegates to remove any officer by a majority vote of no confidence. Under the new bylaws, officers may remove themselves immediately by resignation, or by missing three consecutive meetings.

Under the new bylaws the LPM has no standing Judicial Committee, instead, the bylaws establish a process by which a judicial committee is established to adjudicate a specific dispute. Delegates also voted to extended the prior-membership requirement, for eligible convention delegates, from 30 to 60 days.

## Delegates Elect New Officers

Delegates elect officers to two-year terms at regular conventions on odd-numbered years. Following the resignation of elected **Chair** Joe Brungardt, elected First Vice Chair **Mike Saliba** had taken on the roll of Chair. Delegates elected him to Chair the Libertarian Party for a full term by acclimation.

**Rafael Wolfe** and Mark King faced off for the **First Vice Chair (Affiliate director)** position. Wolfe won with 47 votes and King 18 delegates voted for King. NOTA received a vote too.

Delegates elected **Greg Stempfle** to be **Second Vice Chair (Political Director)** by acclimation.

Delegates elected **Jami Van Alstine** to be **Secretary**, and **Angela Thornton** to be **Treasurer** by acclimation.

District caucuses elected the following people to be **District Representatives**:



Officers officiating as delegates discuss bylaws.

4

1st: Remains vacant

2nd: Jay Gillotte

3rd: Ari Abraham

4th: Andrew Duke

5th: Brian Ellison

6th: Mark King

7th: Lisa Lane Gioia

8th: Adam Childress

9th: Kyle McCauley

10th: Remains vacant

11th: Joe Brungardt

12th: Remains vacant

13th: Gregg Smith

For the first time in LPM history, delegates elected no Judicial Committee. Since Delegates amended the bylaws to replace the standing Judicial Committee with a process for appointing a temporary Judicial Committee on an as-needed basis

## Lansing Delegates Stand on One new Platform Plank & a Notable "No" Vote

### Delegates Reject Anti-Bigotry Amendment

*Contextual note: Thus far the author has focused on the outcome of the convention, with defeated motions being left out. However this vote was notable given that some people view the untimely resignations of leading officers, like former Chair Chair Tim Yow and former Vice First Chair Ben Borren, as being the spark that ignited the current leadership crisis. The replacement of a clause in the pre-2022 Libertarian National Committee (LNC) platform that read, "We condemn bigotry as irrational and repugnant." Motivated those and other resignations. That change was a key agenda item promoted by the Mises Caucus (MC). The split in leadership is largely along MC and anti-MC lines with Lansing Convention Delegates being primarily from the anti-MC camp.*

Jim Fulner is the only delegate to participate in both the Wixom Special Convention (Chaired by Andrew Chadderdon), and the Lansing Regular Convention (Chaired by Mike Saliba). He moved to amend the platform to add a sentence to Article I Section 6 that would read, "We condemn bigotry as irrational and repugnant." The proposal failed by a voice vote.

That section currently reads,

> We oppose any form of discrimination by government based on race, ethnicity, religion, gender, sexual orientation or any other group or individual identification. Each person has the same inalienable rights that the State has a duty to protect.

The debate was concluded with comments, against the amendment, from two Central figures in LPM history. They briefly came out of retirement for this convention. Tim O'Brien said,

> I agree, personally, that I condemn racism as… , but what this party is concerned about what government does.  If somebody is a bigot, I think they're irrational, but that's not what we're here about. We're here about government, and government discrimination…

Brass Roots founder Jon Coon commented,

> Frankly I would be very surprised if every libertarian in this room couldn't find a view held that wasn't repugnant. This isn't about what we view as repugnant, but what we intend to do (or not do) about political or social activity… Personally I find racism and bigotry to be repugnant (Make no mistake about it), but if you show me a racist who is willing to take the oath and not implementing anything ( regarding that feeling that they have) in the political realm… then your about to strike me down , but I found an ally, and I think if you look inside, you would agree.



Tim and Nancy O'Brien, Scotty Boman, Renae & Jon Coon.

**One Plank Added**

Fulner introduced another plan that won support of the delegates. It read,

> All software purchased or developed by state employees in the performance of their duties, or run on government owned machines, should be published under the GNU Public License, or a similarly freedom respecting Free Software license

## Unity Resolutions Fail, Libertarians United on Guns

Both Scotty Boman and James Fulner introduced resolutions calling for unification of the LPM leadership. Both called on as many Lansing delegates as possible to attend the Regular Convention, which will likely be scheduled for a date in July by the Andrew-Chadderdon-Chaired board. Fulner's resolution made jabs at the other faction, with a bit of tongue-in-cheek commentary. While Boman's resolution may have drawn a majority of support, they both failed to meet the two-third super-majority requirement.

A different resolution, introduced by Max Riekse passed unanimously. It read,

> Resolved that the Libertarian Party of Michigan go on the record condemning in the strongest possible terms the recently passed unconstitutional anti-gun laws by the Michigan State Legislature; these laws do not give Michigan citizens due process and go against the spirit and meaning of the Second Amendment of the United States Constitution.

## Straw No Confidence Vote

Mike Saliba introduced a motion that had the effect of seeing how delegates would have voted had they been at the Special Convention being held in Wixom by the Andrew Chadderdon team. It read,

> Whereas the petition to remove Andrew Chadderdon is no longer necessary, this body affirms they would have voted to remove him if given the opportunity to do so.

The motion passed with 58 delegates voting in favor, and 4 delegates voting against it. While the 58 votes solidly exceeded the attendance of the Wixom event, they would have fallen short of the two-thirds needed to remove him.

## A Historical convention with Historical Personalities

The 2023 LPM convention was exceptionally well attended with 72 people registered, 75 total attendees and 71 total delegates. A few came out of their retirement from politics to participate in this convention at an existential time in LPM history. This included the re-appearance of the media-savvy Tim and Nancy O'Brien, as well as Brass Roots founder Jon Coon and his wife Renee.  Tim and Jon appear in this video:

https://youtu.be/KsVsQReam1Y

at the 13 minute mark Coon calls out his establishment opponents saying, "Leadership is not division, it's unity… that's number one: Quit driving a wedge and do the things we all know will make a difference first."



Gregory Creswell and Jacob Hornberger.

Another special moment was a visit from Future of Freedom Foundation founder Jacob Hornberger. He is currently a candidate for President.  Other candidates were invited, but he was the only candidate available to attend.

Detailed minutes of the convention are available here:

https://michiganlp.net/wp-content/uploads/2023/04/LPM-RegularConventionMinutes040123Lansing-DRAFT.pdf

Videos of the business meeting are here:

https://youtube.com/playlist?list=PLM5V9L4QYkEc_-61TdRnrgm_Rgn_gTt2Y

* 75 Libertarians attended the convention with the highest delegate count being 71.  When votes were counted there were typically 66 voting delegates. The addition of other guests bought the total attendance to 75.

Link to the May 2023 Michigan Libertarian (Special Edition)

# Email to Members from the Chair of the Libertarian Party of Michigan

*by Jami Van Alstine*

Sent: 02/02/2023 8:51 AM EST

Dear Members,

I am sure many of you have become aware of the LPM Executive Committee meeting that took place the evening of January 31, 2023. The reason this meeting took place is because many of the officers elected on July 9, 2022 learned that our party has recently been operating in a manner that is inappropriate given our status as a Michigan Nonprofit Corporation. The resultant actions that took place after the Judicial Committee released its report regarding Mr. Chadderdon's appeal of the July 9 Convention, have been found to be unauthorized, and void.

This obviously lends itself to confusion and difficulty as we navigate through the decisions that must be made to rectify the actions that followed the Judicial Committee's decision.

There are several questions at hand. This letter hopes to address each of those questions.

**Why were the actions taken by certain members of the Libertarian Party of Michigan following the Judicial Committee decision?**

Certainly, many asked the question, "What does the Judicial Committee report mean?" While some took it to mean that the board of the Libertarian Party of Michigan was reverted to its form before the July 9th Convention, there are two main issues with that.

First, the Libertarian Party of Michigan is a membership organization, and it is not possible for a committee to remove a member of its board that was elected by vote of the members. There is not authorization in our bylaws for that. There is no authorization within Robert's Rules of Order to accomplish that. And perhaps most importantly, the Nonprofit Corporation Act 162 of 1982 specifically authorizes only the members to have the authority to remove a member of the board that was elected by the members. The Act does allow bylaws to specify other methods, but our bylaws do not provide authority to any Committee to remove member-elected board members.

Second, the Libertarian Party of Michigan has never authorized the Judicial Committee or any other committee to overrule the actions of its members as represented by its delegates at convention. The members of this party have the ultimate authority, and that authority is vested in its delegates to all Conventions of the Libertarian Party of Michigan.

Therefore, we are now taking actions to rectify the inappropriate, and unauthorized actions of certain members that took place following the Judicial Committee report.

## What was the appropriate action following the Judicial Committee report?

What should have occurred, following the Judicial Committee report, would have been for the Executive Committee to call a Special Convention, for the purpose of allowing the members to act on the Judicial Committee report. Given the confusion surrounding the Judicial Committee's report, we did not call an Executive Committee meeting to take this action because unfortunately, we didn't properly understand our responsibilities. After seeking legal counsel, and the advice of many long-standing members in the party to understand further the precedence, we now understand what the appropriate action would have been.

## What is the impact of the Judicial Committee report?

The impact of the Judicial Committee report is to the offer guidance to the Executive Committee and members on how to proceed to better align with the bylaws of the Libertarian Party of Michigan per their interpretation and reporting on specific cases.

Since the Judicial Committee report ruled that the bylaws were violated at the convention in July, it would be incumbent upon the Executive Committee to seek the rectify such violations in a manner that preserves the integrity of the party, allows the members to assert their rights, and maintains the appropriate functioning of the party until any bylaw violations can be appropriately rectified.

However, the Judicial Committee has no authority to overrule the delegates of a convention body. Therefore, should the Executive Committee believe that the Judicial Committee is overstepping its authority, it is incumbent upon the Executive Committee to assert the rights of its members in opposition to the Judicial Committee if necessary.

## What proof do you have that this is the legally correct action of the party?

In addition to being the state affiliate of the Libertarian Party in Michigan, the LPM is also incorporated as a Nonprofit Corporation in the State of Michigan and is bound by the laws governing such organizations. The members of the LPM Executive Committee are legally the directors of the corporation. Only the directors of the corporation can act on behalf of the corporation. Members of the Judicial Committee are not directors of the corporation.

According to the Michigan NONPROFIT CORPORATION ACT 162 of 1982, the Judicial Committee does not have the authority to remove an officer elected by the members of the organization.

450.2535 Removal of officer; suspension of authority to act; contract rights; resignation of officer; notice. Sec. 535. (1) An officer elected or appointed by the board may be removed by the board with or without cause. An officer elected by the shareholders or members may be removed, with or without

cause, only by vote of the shareholders or members. The authority of the officer to act as an officer may be suspended by the board for cause.

## How do we move forward as a party to a unite and fight for liberty in our lifetime?

The Executive Committee has, as prescribed in our bylaws, authorized and issued a Call to our Regular Convention for April 1, 2023 at the Hilton Garden Inn at 633 North Canal Road in Lansing, MI for party members to elect all officers and choose the party's direction. A call was sent for volunteers for a bylaws committee that will address issues in our bylaws that have left the LPM open to the conflicts that we have seen over the past several months. The LPM is committed to fully supporting the efforts underway by several dedicated volunteers targeting opportunities and recruiting Libertarian candidates to win local elections in 2023.

We request that all parties respect the right and authority of the members of the LPM to proceed with the convention on April 1 in Lansing to decide on the leadership and the business of the party.

## Who are the members of the Libertarian Party of Michigan Executive Committee?

Chair – Joe Brungardt

First Vice Chair – Mike Saliba

Second Vice Chair – Mary Buzuma

Secretary – Daniel Ziemba

Treasurer – Vacant

District 1 – Ryan Roberts

District 2 – Vacant

District 3 – Jordan Martin

District 4 – Rick Thelen

District 5 – Dave Canny

District 6 – Rafael Wolf

District 7 – Brian Ellison

District 8 – Jon Elgas

District 9 – Greg Stempfle

District 10 – Kyle McCauley

District 11 – Bruce Jaquays

District 12 – Daniel Muehl-Miller

District 13 – Jami Van Alstine

District 14 – Scotty Boman

**If I have concerns, who should I speak with?**

If you have concerns, I encourage you to speak with your District Representative. You are certainly welcome to reach out to any member of the board, but your District Representative is responsible for taking up your concerns and speaking on your behalf to the board at any of its meetings.

Thank you for being a member of the Libertarian Party of Michigan. And look to upcoming announcements and information as it relates to the discoveries outlined here, and the appropriate actions to be taken looking forward.

Sincerely,

**Joe Brungardt**

Chair

Libertarian Party of Michigan