Libertarian Party of Michigan
Minutes of the State Convention
Haworth Hotel
Holland, Michigan
July 9, 2022

- Call to Order
    - The convention was called to order at 09:01 by Acting Chair Andrew Chadderdon
- Opening Remarks
    - Acting Chair Andrew C recounted the resignations of former Chair Tim Yow and 1st Vice Chair Ben Boren, among others. He also notes the incorporation and associated "corporate bylaws" of the LEC created in 2005, and subsequent inquiries made with parliamentarians and an attorney in an effort to determine available courses of action to fill board vacancies.
- Credentials Report
    - Credentials Chair Jeff Pittel reported a total of 60 delegates present
        - 31=50%, 41=2/3, 53 =7/8
    - Brian Ellison moves to approve the Credentials Report
        - 2nded
        - Approved by voice vote
- Approval of Agenda
    - Joe Brungardt motions to amend the agenda by substitution the one in the provided packet with that provided to the Secretary this morning
        - 2nded
        - Acting Chair Andrew C rules the motion out of order pursuant to RONR 47:58 & 56:32
        - Bill Gellineau Appeals the ruling of the Chair
            - Andrew C rules this appeal out of order per the rationale above, but offers to the body to replace him as Convention Chair (a majority threshold vote vs. a 2/3 owing to his consent)
        - Brian Ellison appeals the ruling of the chair (again)
            - Andrew C rules this appeal out of order
        - Dave Canny motions to replace Andrew C with Joe Brungardt as Convention Chair
            - 2nded
            - Ryan Brennan calls the question
            - Approved by standing vote; Joe Brungardt takes over as Convention Chair
        - Brian E motions to adopt by substitution the Brugardt agenda submitted this morning
            - 2nded
            - Joe LeBlanc motions to swap the positions of the candidate nominations and officer elections (roughly swapping the morning and afternoon business)
                - 2nded
                - Question called
                    - Question called by rising vote
                - Amendment fails by rising vote
            - Question called on motion to substitute agenda as submitted
                - Motion passes

1

- Adoption of Convention Rules
    - Jon Elgas moves to adopt rules as proposed
        - 2nded
        - Approved without objection
- Approval of Previous Convention Minutes (Mt. Pleasant June 26, 2021)
    - Brian E moves to approve as submitted
        - 2nded
        - Question called
        - Approved without objection
- Approval of Previous Convention Minutes (Ann Arbor March 13, 2022)
    - 2nded
    - Question called
    - Approved
- Election of 1st Vice Chair (Affiliates Director)
    - Brian E nominates Joe Brungardt for 1st Vice Chair
        - Nomination accepted
        - Kyle McCauley notes the likelihood that Joe B will become Chair pending business during the rest of the day
        - Brian E moves to close nominations
            - 2nded
            - Nominations closed
        - Brian E moves to approve this election by acclimation
            - 2nded
            - Approved without objection

**Updated Credentials Committee Report**
- Credentials Chair Jeff Pittel reported a total of 67 delegates present
    - 34=50%, 45=2/3, 59 =7/8
    - Angela Thornton moves to accept the report
        - 2nded

**Return to 1st Vice Chair Election**
- Joe Brungardt elected
- Motion of No Confidence in Andrew Chadderdon (by Dave Canny)
    - 2nded

    WHEREAS, Libertarian Party of Michigan Chair Mr. Andrew Chadderdon while serving as Political Director failed to fulfill his fiduciary duty defined in the LPM bylaws as "recruiting candidates for public office and helping them organize their campaigns.";

    WHEREAS, Mr. Chadderdon delayed properly notifying the Secretary of State and the Bureau of Elections of the July 9th convention which would have invalidated the slate of candidates requiring a former Executive Committee member to ensure the task was performed;

    WHEREAS, Mr. Chadderdon has knowingly failed to provide notice to members and delegates of elections to fill Executive Committee vacancies at the July 9th Convention;

    WHEREAS, Mr. Chadderdon delayed providing a business agenda for the July 9th Convention in a timely manner to be distributed to membership and delegates;

    WHEREAS, Mr. Chadderdon has failed to foster a cooperative environment within the Executive Committee and has added tension to its operations by the introduction of a Sergeant at Arms and threats of dismissal from meetings to members of the Board;

2

WHEREAS, Mr. Chadderdon has consistently used the Bylaws and Robert's Rules as a weapon against those who oppose him rather than using them as a tool to facilitate cooperation;

WHEREAS, Mr. Chadderdon has sought to retain Legal Counsel on behalf of the Party, in a manner that would give him unilateral control of the arrangement despite his direct conflict of interest;

WHEREAS, in accordance with our bylaws, a motion of no confidence is the appropriate and most effective option to put the choice of party leadership in the hands of its members;

WE HEREBY SUBMIT, a Motion of No Confidence to remove Mr. Andrew Chadderdon from the Libertarian Party of Michigan Executive Committee and the office of Chair of the LPM immediately upon passage of this motion requiring as detailed in the bylaws the elevation of First Vice Chair to Chair.

- o Ryan Brennan inquires whether this motion would elevate Joe Brungardt to Chair should it pass
    - Joe B notes that it would, as Andrew C is currently assessed to be Chair
- o Kyle McCauley notes the implication of "breach of fiduciary duty" not denoting any harm caused to the party nor ill intent, but rather poor choices made in execution of his duty as Chair
- o Standing vote called by Convention Chair
    - 38 counted in favor
    - 18 counted against
    - Motion passes; Andrew C removed as Chair and Joe Brungardt becomes Chair of LPM

- Election of 1st Vice Chair (newly vacated)
    - o Greg Stempfle nominates Mike Saliba
        - 2nded
    - o Mary Buzuma nominates Kyle McCauley
        - 2nded
    - o Ryan Brennan nominates NOTA
        - Chair Joe B notes that NOTA will be present on every ballot regardless
    - o Bill Gelineau requests a brief speech from each candidate
    - o Motion to close nominations passes without objection
    - o Chair Joe B calls candidates to speak for 2 minutes each
        - Mike Saliba speaks first, noting his participation since the 2000s, including briefly leaving following the Portland Massacre, and re-founding the Macomb affiliate in 2016. He notes his status as longest tenured current LEC member and successful past candidate.
        - Kyle McCauley speaks second, noting his professional experience running businesses and organizations, and relevant legal contacts to assist in correcting bylaws deficiencies. He also notes that since this is a 9 month commitment he is confident in his ability to successfully serve his tenure.
        - Vote tally:
            - Mike Saliba - 29
            - Kyle McCauley – 22
            - NOTA – 9
            - This election is illegitimate - 1
        - Greg Stemplfle moves to accept Mike Saliba by acclimation

3

- - 2nded
    - Vote held and Mike Saliba elected
  - Election of 2nd Vice Chair (due to Andrew's elevation/removal)
    - Scotty B nominates Andrew Chadderdon
      - 2nded
      - Andrew C declines the nomination
    - Kyle McCauley nominates Mary Buzuma
      - 2nded
      - Mary B accepts nomination
    - Claranna Gelineau nominates Kyle McCauley
      - 2nded
      - Kyle M declines the nomination
    - Steve Fox moves to close nominations
      - 2nded
      - Nominations closed without objection
    - Jon Elgas moves to accept Mary Buzuma's nomination by acclimation
      - 2nded
      - Approved without objection
      - Mary Buzuma elected 2nd Vice Chair
  - Caucus by 2018 MI Congressional Districts (for LEC seat elections, where applicable)
    - District 1
      - No change
    - District 2
      - No change
    - District 3
      - No change
    - District 4
      - No change
    - District 5
      - No change
    - District 6
      - Rafael Wolf elected to LEC
    - District 7
      - No change
    - District 8
      - Jon Elgas elected to LEC
    - District 9
      - Greg Stempfle elected to LEC
    - District 10
      - Kyle McCauley elected to LEC
    - District 11
      - No change
    - District 12
      - No change
    - District 13
      - Remains vacant for lack of a candidate
    - District 14
      - Scotty Boman elected to LEC

4

- o Larry Johnson motions to suspend the rules to nominate Rhett Hamel to the Wayne County delegation
  - 2nded
  - Question called
  - Approved by voice vote
- o Statewide candidate nominations
  - Gubernatorial nominations opened
    - Bruce Jaquays self-nominates for Governor
      - o 2nded
    - Bill Gelineau nominates Mary Buzuma
      - o 2nded
    - Greg Stempfle nominates Joe McHugh
      - o 2nded
    - Carl Mintz Nominates Evan Space
      - o 2nded
    - Candidate Speeches
      - o Bruce J notes his family's history in MI, and his current residence in Walled Lake. He plans to change MI government primarily by using the budget to compel the other parties to work within its constraints. He wishes to model the attitude of working for change for his daughters.
      - o Mary B notes her home affiliate of West Michigan, and past candidacy for Governor. "It's time to bring liberty to Michigan, finally." She hopes to poll high enough to enter the debates, and to change Michigan's culture through liberty. This is intended as her last time running for the office. She is flabbergasted by Whitmer's expenditure of $76Bn. Bill G speaks also in favor of Mary's nomination, noting her experience as a command officer in the Navy.
      - o Joe M notes what constitutes liberty, and that today's government exhibits the opposite thereof. Gasoline prices have more than doubled, the money supply increases have inflated all other goods as well. End the fed and go green instead, at a state level. He would replace the central bank with a credit union to place profits with the people, rather than the bank. Keep favoritism out of the law. Legalize all non-violent, consensual activities in which adults wish to engage.
      - o Evan S introduces himself as a newborn porcupine. He is an MI National Guard veteran. He aims to eliminate MI's income tax, and introduce full transparency in MI government spending. The FOC and DOC should be restructured. He is pro-marijuana, pro-gun, and in favor of all Libertarian policies.
      - o <u>Vote tally:</u>
        - Bruce Jaquays – 5
        - **Mary Buzuma – 50**
        - Joe McHugh – 6
        - Evan Space – 7
        - NOTA – 0

- Lieutenant Governor Nominations
    - Mary Buzuma nominates Brian Ellison
        - 2nded
        - Andrew Hall moves to vote by acclimation
            - 2nded
            - Approved
        - Mary B speaks to Brian's speaking ability, and her common agreement and trust in him to support her as governor. Brian E notes his gratitude for Mary's nomination and asks for the body's support.
            - Approved by acclimation
- Secretary of State Nominations
    - Scotty Boman nominates Greg Stempfle
        - 2nded
    - Andrew Hall moves to vote by acclimation
        - 2nded
            - Approved without objection
        - Scotty B speaks to Greg S's exceptional competence and knowledge of electoral law. He has previously noted mistakes made by sitting Secretaries of State due to his knowledge. Greg S states his objective to place one of the "major" parties below him on the SoS results this year. He plans to simplify MI electoral laws as SoS, and requests any volunteers for his campaign to gain valuable experience.
            - Approved by acclimation
- Attorney General Nominations
    - Jon Elgas moves to open nominations
        - 2nded
    - Greg Stempfle and Scotty Boman note that one need not be an attorney to become Attorney General
    - Brian Ellison nominates Kyle McCauley
        - 2nded
        - Kyle requests time to consider acceptance
    - Bruce Jaquays self-nominates
        - 2nded
    - Brian E moves to table this nomination until after lunch
        - 2nded
        - Question called
            - Approved without objection
- Supreme Court of MI Nominations (2 seats open)
    - Dakota Keeler motions to open nominations
        - 2nded
    - Bill Gelineau nominates Kerry Morgan
        - 2nded
    - Scotty Boman nominates Robert Roddis
        - Retracted due to input from the floor that Robert is ineligible
    - Greg Stempfle moves to close nominations
        - 2nded
            - Approved without objection
    - Vote by acclimation accepted without objection

6

- - - Kerry M speaks to his desire to use the Court's power to properly check the other branches of MI government, as the current Court has been largely derelict in that duty. He wishes specifically to check the Governor's power in light of the recent lockdowns imposed in MI.
        - Approved without objection
    - State Board of Education Nominations (2 open seats)
        - Jon Elgas moves to open nominations
            - 2nded
        - Bill Hall self-nominates
            - 2nded
        - Donna Gundle-Krieg self-nominates
            - 2nded
        - Vote by acclamation approved without objection
        - Bill H notes his history of running for this office. He encourages more members to run for positions in statewide elections for ballot access reasons. He states his intent to oppose the current administration for its shuttering of the MI public school system and
        - Donna G notes her previous victory against a Democrat in a local race. She supports school choice, and notes her children's success in school, and her sisters' disdain for their teachers' unions. She has confirmed her current office does not preclude her running for this one.
            - Approved by acclamation without objection
    - Michigan State Board of Trustees (2 open seats)
        - Daniel Ziemba moves to open nominations
            - 2nded
        - Jon Elgas moves to table nominations until after lunch
            - 2nded
            - Jon E moves to amend to place below nominations until after Attorney General
                - 2nded
                - Approved without objection
            - Tabling approved without objection
    - Jessica Fox announcements:
        - Professional headshots to be offered to all candidates starting at ~12:20
        - A silent auction will occur during the banquet
        - A 50/50 raffle will occur, with Larry Johnson offering tickets during lunch
    - Chair Joe B notes that Mike Saliba will begin the panel discussion at 12:45, and business will resume promptly at 13:30
- Break for Lunch @ 12:00
- Call to Order @ 13:33
- Jessica Fox notes that educational opportunities will be discussed at 17:00 in room 133
- Credentials Report
    - Credentials Committee Chair Jeff Pittel reported a total of 68 delegates present
        - 35=50%, 46=2/3, 60 =7/8
        - Report approved by voice vote
- Attorney General Nominations
    - Larry Johnson moves to remove from table
        - 2nded
        - Approved without objection
    - Andrew Chadderdon nominates Greg Black

7

- - - ▪ 2nded
  - o Bill Gelineau nominates Joe McHugh
    - ▪ 2nded
  - o Bruce J requests withdrawal from the race
    - ▪ Withdrawn without objection
  - o Brian E moves to close nominations
    - ▪ 2nded
    - ▪ Nominations closed without objection
  - o Greg B notes his residence in central MI, and his desire to bring transparency and accountability to government in MI.
  - o Joe M congratulates Mary B on her nomination for Governor. Joe notes he is a former Marine Corps officer, and wishes to bring about governance based upon a Constitutional interpretation reflecting: freedom of speech, though, and association; defense of self by any means chosen; privacy; etc. He plans to knock down every law that violates individual rights. Bill Gelineau notes that he nominated Joe M in light of his earlier presentation and experience.
  - o <u>Vote Tally:</u>
    - ▪ Greg Black - 21
    - ▪ **Joe McHugh - 37**
    - ▪ NOTA - 1
    - ▪ Abort the Government - 1
    - ▪ Clint Black - 1
    - ▪ It's Okay Andrew - 1
    - ▪ Kerry Morgan – 1
- MSU Board of Trustees Nominations (2 open seats)
  - o Nominations reopened without objection
  - o Max Riekse self-nominates
    - ▪ 2nded
  - o Bill Gelineau nominates Claranna Gelineau
    - ▪ 2nded
  - o Jon Elgas moves to close nominations
    - ▪ 2nded
    - ▪ Nominations closed without objection
  - o Jon Elgas moves to accept nominees by acclamation
    - ▪ 2nded
    - ▪ Approved by voice vote
  - o Claranna G notes her desire to support ballot access by running, and wishes to step up in light of Donna G's charge to do so
  - o Max R notes his opposition to government mandates, particularly vaccination mandates for those attending MSU. He notes that his son is subject to said mandate in his pursuit of a physics degree from MSU (w/minor in Russian). Also: stop the wars.
    - ▪ Approved by acclamation by voice vote
- U of M Board of Regents (2 open seats)
  - o Nominations opened without objection
  - o Eric Larson self-nominates
    - ▪ 2nded
  - o Greg Creswell nominates James Hudler
    - ▪ 2nded
  - o Bruce Jaquays self-nominates
    - ▪ 2nded

8

- o  Eric L notes having run for this position several times. He fought the speech code while a student in the 90s. He has a daughter at UofM and a younger son aspiring to do so. Eric L notes that he is a physician and disagrees with the path taken vis a vis mandates within the University, and wishes to oppose that.
- o  James H notes his participation in founding LPM. He notes UofM's buy-up of the last independent lumber yard in Ann Arbor, further shrinking the tax base and raising taxes on others. He supports cutting the funding of the University to curtail this. He also wishes to permit cigarette smoking in addition to cannabis smoking during Hash Bash.
- o  Bruce J notes that he graduated UofM in 1983 with a Bachelor in Film and Video. He has witnessed the University decline since. He wishes to cut the budget to induce a change in attitude by University leadership. He opposes mandates and wishes to see them reversed.
- o  Chair Joe B notes that NOTA must not be combined with any candidate lest that ballot be invalidated.
- o  Brian E moves to allow approval voting.
    - 2nded
    - Scotty Boman moves to amend the motion to allow voting for up to two candidates, with the first two receiving a majority first will be approved
    - Andrew Chadderdon notes a point of order that Convention Rule 10.g prohibits Brian E's motion; only two (2) candidates may be placed on each ballot
    - Chair Joe B rules this amendment out of order per Convention Rules
- o  <u>Vote Tally:</u>
    - **Eric Larson - 54**
    - **James Hudler - 40**
    - Bruce Jaquays - 25
    - NOTA - 1
    - Max Riekse – 1

- Wayne State University Board of Governors (2 open seats)
    - o  Greg Stempfle nominates Bruce Jaquays
        - 2nded & accepted
    - o  Vote by acclamation accepted without objection
    - o  Bruce J notes that his daughter graduated WSU, and had a possible COVID encounter during that graduation pre-lockdown. He would keep freedom of speech alive on campus, and appropriately disburse funds.
        - Approved by acclamation by voice vote
- US House of Representatives Caucus (per 2021 redistricting) "Representative in Congress" on paperwork
    - o  District 1
        - Andrew Gale
    - o  District 2
        - Nathan Hewer
    - o  District 3
        - Jamie Lewis
    - o  District 4
        - Lorence Wenke
    - o  District 5
        - Norm Peterson
    - o  District 6
        - No nominee

- o District 7
  - Leah Dailey
- o District 8
  - Dave Canny
- o District 9
  - Jacob Kelts
- o District 10
  - Mike Saliba
- o District 11
  - Evan Space
- o District 12
  - No nominee
- o District 13
  - Scotty Boman moves to table nomination for District 13 until immediately prior to adjournment in hopes of locating a candidate
    - 2nded
    - Approved without objection
- o Jon Elgas moves to table District 6 and 12 nominations in the same manner as 13
  - 2nded
  - Approved without objection
- Affiliate Caucuses
  - o Southwest Michigan
    - State House Rep, 41st District – Rafael Wolf
  - o Wayne County
    - Sheriff – Joseph LeBlanc
    - Wayne Co. Commissioner, 9th District – Daniel Woike
    - County Commissioner, 4th District – Loel Gnadt
    - State Rep, 1st District – Donald Robert Love II
    - State Rep, 12th District – Greg Creswell (self-nominated)
  - o West Michigan
    - State Senate, 30th District – Theo Petzold
    - State Senate, 31st District – Jessica Fox
    - State Senate, 33rd District – Jay Gillotte
    - State Rep, 83rd District – Alexander Avery
    - State Rep, 85th District – Greg Parlmer II
    - State Rep, 88th District – Marv Bolthouse
  - o Northern Michigan/Straits Area/UPLP
    - State Rep, 103rd District – Courtney Evans
    - State Senate, 37th District – Zachary Dean
  - o Huron-Raisin
    - Mayor of Ypsilanti – Mark King
  - o Oakland
    - County Commissioner, 8th District – Connor Nepomuceno
    - State Rep, 21st District – James Young
  - o Unaffiliated Regions
    - Alpena County Commissioner, 1st District – Scott Parkham
    - MI House 92nd District – Greg Black (self-nominated)
  - o Nominations closed without objection
  - o Greg Creswell self-nomination for State Rep 12th District approved by acclamation by voice vote

10

- - - Jon Elgas self-nominates for State Senate 22nd District
      - 2nded
      - Vote by acclamation approved without objection
      - Jon E approved by acclamation by voice vote
  - Non-Partisan and Other Nominations
    - Greg Stempfle nominates Scotty Boman for Community Advisory Council of Detroit
      - 2nded
      - Scotty notes his active LP involvement since 1988, organizational experience in numerous liberty and peace causes, and many past candidacies, including a successful run for Community Advisory Council 4th District 2 years ago, which he left to run in another race last year. He has spoken out against police brutality and corruption. Scotty will be the only name on the ballot for this position.
      - Vote by acclamation approved without objection
        - Approved by acclamation by voice vote
    - Carl Mintz requests endorsement for Farmington Public School Board
      - 2nded
      - Carl has had enough of mandates in the school system, opposes the teaching of Critical Race Theory, and wishes to join parents protesting within the City. He supports a return to teaching math, reading, etc. only.
      - Vote by acclamation approved without objection
        - Approved by acclamation by voice vote
    - Nominations closed by voice vote
- Resolutions
  - Kyle McCauley motions to release the Executive Session Recording with Attorney Eric Doster on July 5th, 2022:

    **WHEREAS, the Executive Committee engaged in an Executive Session with Attorney Eric Doster,**

    **WHEREAS, the session with Eric Doster was recorded,**

    **WHEREAS, the results of the conversation resulted in no further business, despite the agenda contained items of business designed to retain Mr. Doster for further services and the services of a Parliamentarian, be it**

    **RESOLVED, that the Libertarian Party of Michigan Delegates to the July 9th Convention seek to have the recording of that meeting released for review by the members of the party.**

  - Resolution recalled from the floor without objection in favor of introduction as a motion during Open Floor
  - Mike Saliba motions to adopt the following resolution previously stated by Ron Paul:

    **We the Libertarian Party of Michigan voice our agreement with Dr. Ron Paul when he says that "Racism is simply an ugly form of collectivism" and second his statement that "to the contrary, [our] philosophy of individualism is the most radical challenge to racism ever posed."**

11

- - - 2nded
    - Passed by voice vote
  - Open Floor
    - Kyle McCauley moves to release the executive session recording with Attorney Eric Doster on July 5th, 2022
      - 2nded
      - Brian Ellison speaks in favor, having been the one to originally call for the meeting to occur in executive session
        - Approved without objection
    - Andrew C motions that earmarked donations to cover time spent by the retained Parliamentarian in recent weeks in excess of the chair discretionary fund be utilized for the purpose of payment of the remaining $275 owed thereto, with the understanding that Andrew C plans to solicit such donations to cover this expense.
      - 2nded
      - Question called by voice vote
        - Approved by rising vote 32-13
- Daniel Ziemba moves to adjourn at 16:07
  - 2nded
  - Approved by voice vote


- LEC Meeting
- Call to order @ 16:16
- Roll Call:
  - Joe Brungardt, Chair
  - Mike Saliba, 1st Vice Chair
  - Mary Buzuma, 2nd Vice Chair
  - Daniel Ziemba, Secretary
  - Norman Peterson, Treasurer
  - Ryan Roberts, District 1
  - Steve Fox, District 2
  - Jordan Martin, District 3
  - Rick Thelen, District 4
  - Dave Canny, District 5
  - Rafael Wolf, District 6
  - Brian Ellison, District 7
  - Jon Elgas, District 8
  - Greg Stempfle, District 9
  - Kyle McCauley, District 10
  - Bruce Jaquays, District 11
  - Daniel Muehl-Miller, District 12
  - Vacant, District 13
  - Scotty Boman, District 14
- Next LEC meeting date
  - Greg S moves to meet on July 18 at 19:30
    - 2nded
    - Approved

- LEC meeting adjourned at 16:21


Daniel Ziemba, PE
Secretary, LPM