# EXECUTIVE COMMITTEE MINUTES
# LIBERTARIAN NATIONAL COMMITTEE
# FEBRUARY 5, 2023
# VIA ZOOM



CURRENT STATUS: **FINAL**

PREPARED BY **CARYN ANN HARLOS**, LNC SECRETARY

# TABLE OF CONTENTS

**OPENING CEREMONY** — 4

**CALL TO ORDER** — 4

**HOUSEKEEPING** — 4

**EXECUTIVE COMMITTEE MEMBER ATTENDANCE** — 4
**REMAINING LNC MEMBER ATTENDANCE** — 4

**PURPOSE OF EXECUTIVE COMMITTEE MEETING** — 4

**EXECUTIVE SESSION** — 5

**ADJOURNMENT** — 5

APPENDIX A – LOG OF REGISTRANTS — 6

> **LEGEND:** text to be inserted, ~~text to be deleted~~, unchanged existing text, *substantive final main motions.*
>
> All main substantive motions will be set off by ***bold and italics in green font*** (with related subsidiary and incidental motions *set off by highlighted italics*) and will be assigned a motion number comprising the date and a sequential number to be recorded in the Secretary's Main Motion/Ballot Tally record located at https://tinyurl.com/LNCVotes2023
>
> Points of Order and substantive objections will be indicated in **BOLD RED TEXT**.
>
> All vote results, challenges, and rulings will be set off by ***BOLD ITALICS***.
>
> The Secretary produces an electronic One Note notebook for each meeting that contains all reports submitted as well as supplementary information.  The notebook for this meeting can be found at: https://tinyurl.com/Feb2023LNCMeeting
>
> The LPedia article for this meeting can be found at:
> https://lpedia.org/wiki/LNC_Executive_Committee_Meeting_5_February_2023
>
> Recordings for this meeting can be found at the LPedia link.
>
> The QR codes lead to the video portion of the video being discussed.

.

## *OPENING CEREMONY*

### CALL TO ORDER

Chair Angela McArdle called the meeting to order at 8:12 p.m. (all times Eastern).

## *HOUSEKEEPING*

### EXECUTIVE COMMITTEE MEMBER ATTENDANCE

The following were in attendance:[1]

**Officers:** Angela McArdle (Chair), Caryn Ann Harlos (Secretary), Todd Hagopian (Treasurer)

**Non-Officers:** Rich Bowen (At-Large), Bryan Elliott (At-Large), Steven Nekhaila (At-Large)

### REMAINING LNC MEMBER ATTENDANCE

**At-Large Representatives:** Dustin Blankenship, Mike Rufo

**Regional Representatives:** Miguel Duque (Region 1), Dave Benner (Region 2), Dustin Nanna (Region 3), Carrie Eiler (Region 4), Andrew Watkins (Region 5), Linnea Gabbard (Region 7), Pat Ford (Region 8)

**Regional Alternates:** Kathy Yeniscavich (Region 1), Martin Cowen (Region 2), Randall Daniel (Region 3), Otto Dassing (Region 5), Mark Tuniewicz (Region 6), Donavan Pantke (Region 7)

**Absent:** Joshua Clark (Region 4 Alternate), Joseph Ecklund (Region 6 Representative), Robley Hall (Region 8 Alternate), Joshua Smith (Vice-Chair)

**Additional Attendees:** None

The gallery contained many attendees as noted in the Registration Roster attached hereto as **Appendix A** comprising person who registered in advance, though not all of the registrants attended.

## *PURPOSE OF EXECUTIVE COMMITTEE MEETING*

---

[1] Mr. Tuniewicz arrived after the initial attendance roll call.

The purpose of this meeting was to discuss updates on legal issues in some of our affiliates (Colorado, Massachusetts, Michigan, New Mexico, and Virginia) as well as staff updates.

## *EXECUTIVE SESSION*

**WITHOUT OBJECTION**, the Executive Committee went into Executive Session at 6:21 p.m. p.m. with the rest of the LNC present for purposes of legal and staff updates.  The LNC arose out of Executive Session at 10:09 p.m.

## *ADJOURNMENT*

The Executive Committee adjourned for the day **WITHOUT OBJECTION** at 10:10 p.m.

Respectfully submitted,

*[signature: Caryn Ann Harlos]*

**LNC Secretary ~  Secretary@LP.org ~ 561.523.2250**

*APPENDIX A*
*LOG OF REGISTRANTS*

APPENDIX A – LOG OF REGISTRANTS

*REGISTRATION SHEET[2]*

| **NAME** |
| --- |
| Sylvia Arrowwood |
| Tyler Bakken |
| Travis Bost |
| Time Buchanan |
| Andrew Chadderdon |
| Nickolas Ciesielski |
| Dean Davison |
| Christopher Deist |
| Stephen Ecker |
| Bryan Elliott |
| Brodi Elwood |
| Tim Hagan |
| Todd Hagopian |
| Wayne Harlos |
| Rick Heffelfinger |
| Michael Heise |
| Susan Hogarth |
| Sara Isenhour |
| Andrew Jacobs |
| Jonathan Jacobs |
| TJ Kosin |
| Jennifer Leatherbury |
| Travis Lerol |
| Matthew Lorence |
| Nathan Madden |
| Olga Maria |
| Ken Mattes |
| Irene Mavrakakis |
| Matt Murphy |
| Connor Nepomuceno |
| Michael Pakko |

---

[2] The Zoom link required registration.  This list comprises all persons who registered (with the exception of LNC members, staff, and other national Party representatives) but not everyone necessarily attended.

*APPENDIX A*
*LOG OF REGISTRANTS*

| |
|---|
| George Phillies |
| Aloysius Smart |
| Eric Thraen |
| Scott Ullery |
| Beth Vest |
| Daniel Ziemba |