# EXECUTIVE COMMITTEE MINUTES
# LIBERTARIAN NATIONAL COMMITTEE
# MARCH 8, 2023
# VIA ZOOM



CURRENT STATUS:    FINAL

PREPARED BY **CARYN ANN HARLOS**, LNC SECRETARY

# TABLE OF CONTENTS

**OPENING CEREMONY** 4

**CALL TO ORDER** 4

**HOUSEKEEPING** 4

**EXECUTIVE COMMITTEE MEMBER ATTENDANCE** 4
**REMAINING LNC MEMBER ATTENDANCE** 4
**OPPORTUNITY FOR PUBLIC COMMENT** 4

**PURPOSE OF EXECUTIVE COMMITTEE MEETING** 5

**EXECUTIVE SESSION** 5

**ADJOURNMENT** 5

**TABLE OF APPENDICES** 5

APPENDIX A – LOG OF REGISTRANTS 6

> **LEGEND:** <u>text to be inserted</u>, ~~text to be deleted~~, unchanged existing text, ***substantive final main motions.***
>
> All main substantive motions will be set off by ***bold and italics in green font*** (with related subsidiary and incidental motions <mark>*set off by highlighted italics*</mark>) and will be assigned a motion number comprising the date and a sequential number to be recorded in the Secretary's Main Motion/Ballot Tally record located at
> https://tinyurl.com/LNCVotes2023
>
> Points of Order and substantive objections will be indicated in **BOLD RED TEXT**.
>
> All vote results, challenges, and rulings will be set off by ***BOLD ITALICS***.
>
> The LPedia article for this meeting can be found at:
> https://lpedia.org/wiki/LNC_Executive_Committee_Meeting_8_March_2023
>
> Recordings for this meeting can be found at the LPedia link.
>
> The QR codes lead to the video portion of the video being discussed.

.

## OPENING CEREMONY

### CALL TO ORDER

Chair Angela McArdle called the meeting to order at 9:08 p.m. (all times Eastern).

## HOUSEKEEPING

### EXECUTIVE COMMITTEE MEMBER ATTENDANCE

The following were in attendance:[1]

**Officers:** Angela McArdle (Chair), Caryn Ann Harlos (Secretary), Todd Hagopian (Treasurer)

**Non-Officers:** Rich Bowen (At-Large), Bryan Elliott (At-Large)

### REMAINING LNC MEMBER ATTENDANCE

**At-Large Representatives:** Dustin Blankenship, Mike Rufo

**Regional Representatives:** Dustin Nanna (Region 3), Carrie Eiler (Region 4), Mark Tuniewicz (Region 6), Linnea Gabbard (Region 7), Pat Ford (Region 8)

**Regional Alternates:** Kathy Yeniscavich (Region 1), Martin Cowen (Region 2), Otto Dassing (Region 5)

**Absent:** Dave Benner (Region 2 Representative), Joshua Clark (Region 4), Randall Daniel (Region 3 Alternate), Miguel Duque (Region 1 Representative), Robley Hall (Region 8 Alternate), Steven Nekhaila (At-Large), Donavan Pantke (Region 7), Andrew Watkins (Vice-Chair)

**Staff:** Lainie Huston (Executive Director)

The gallery contained many attendees as noted in the Registration Roster attached hereto as **Appendix A** comprising person who registered in advance, though not all of the registrants attended.

### OPPORTUNITY FOR PUBLIC COMMENT

The following persons spoke during public comment:

---

[1] Mr. Hagopian and Mr. Ford arrived after the initial roll call.

- Bryan Elliott (AZ)

Secretary Harlos rose the issue of members of the LNC present that have not signed the NDA as required by the Policy Manual. Mr. Cowen indicated that he is not willing to sign the current NDA. The members of the Executive Committee moved to suspend the rules for this meeting with Secretary Harlos abstaining.

## *PURPOSE OF EXECUTIVE COMMITTEE MEETING*

To discuss the following potential motions:

- To spend up to 10,000 to retain an attorney to assist in legal matters in Michigan, New Mexico and/or Massachusetts.

- Authorize the chair to file a trademark claim complaint regarding Michigan with an entity to be specified in executive session.

## *EXECUTIVE SESSION*

**WITHOUT OBJECTION**, the Executive Committee went into Executive Session at 7:33 p.m. with the rest of the LNC and staff present for purposes of discussing the preceding motions and related issues.

## *ADJOURNMENT*

The Executive Committee rose out of Executive Session adjourned for the day **WITHOUT OBJECTION** at 10:55 p.m.

| Appendix | Title | Author |
|---|---|---|
| | *TABLE OF APPENDICES* | |
| A | Log of Registrants | Zoom |

Respectfully submitted,

*[signature: Caryn Ann Harlos]*

**LNC Secretary ~  Secretary@LP.org ~ 561.523.2250**

*APPENDIX A*
*LOG OF REGISTRANTS*

APPENDIX A – LOG OF REGISTRANTS

*REGISTRATION SHEET[2]*

| **NAME** |
| --- |
| Sylvia Arrowwood |
| Karen Bedonie |
| Phillip Bertin |
| Tyler Braaten |
| Andrew Chadderdon |
| Ben DeJong |
| Dave Franklin |
| Tim Hagan |
| Jonathan J. Jacobs |
| Nathan Madden |
| Trevor Step |
| Angela Thornton |

---

[2] The Zoom link required registration.  This list comprises all persons who registered (with the exception of LNC members, staff, and other national Party representatives) but not everyone necessarily attended.