# EXECUTIVE COMMITTEE MINUTES
# LIBERTARIAN NATIONAL COMMITTEE
# APRIL 8, 2023
# VIA ZOOM



PREPARED BY **CARYN ANN HARLOS**, LNC SECRETARY

# TABLE OF CONTENTS

[**OPENING CEREMONY**](#) **4**

[**CALL TO ORDER**](#) **4**

[**HOUSEKEEPING**](#) **4**

[EXECUTIVE COMMITTEE MEMBER ATTENDANCE](#) 4
[REMAINING LNC MEMBER ATTENDANCE](#) 4
[OPPORTUNITY FOR PUBLIC COMMENT](#) 4

[**PURPOSE OF EXECUTIVE COMMITTEE MEETING**](#) **5**

[**EXECUTIVE SESSION**](#) **5**

[**NEW BUSINESS WITH PREVIOUS NOTICE**](#) **5**

[MICHIGAN LITIGATION](#) 5

[**ADJOURNMENT**](#) **5**

[**TABLE OF NUMBERED MOTIONS/BALLOTS**](#) **6**

[**TABLE OF APPENDICES**](#) **6**

[APPENDIX A – LOG OF REGISTRANTS](#) 7

> **LEGEND:** <u>text to be inserted</u>, ~~text to be deleted~~, unchanged existing text, ***substantive final main motions.***
>
> All main substantive motions will be set off by ***bold and italics in green font*** (with related subsidiary and incidental motions *set off by highlighted italics*) and will be assigned a motion number comprising the date and a sequential number to be recorded in the Secretary's Main Motion/Ballot Tally record located at https://tinyurl.com/LNCVotes2023
>
> Points of Order and substantive objections will be indicated in **BOLD RED TEXT**.
>
> All vote results, challenges, and rulings will be set off by ***BOLD ITALICS***.
>
> The LPedia article for this meeting can be found at: https://lpedia.org/wiki/LNC_Executive_Committee_Meeting_8_April_2023
>
> Recordings for this meeting can be found at the LPedia link.
>
> The QR codes lead to the video portion of the video being discussed.

.

## OPENING CEREMONY

### CALL TO ORDER

Chair Angela McArdle called the meeting to order at 4:05 p.m. (all times Eastern).

## HOUSEKEEPING

### EXECUTIVE COMMITTEE MEMBER ATTENDANCE

The following were in attendance:

**Officers:** Angela McArdle (Chair), Andrew Watkins (Vice-Chair), Caryn Ann Harlos (Secretary), Todd Hagopian (Treasurer)

**Non-Officers:** Rich Bowen (At-Large), Steven Nekhaila (At-Large)

**There was one vacancy on the Executive Committee.**

### REMAINING LNC MEMBER ATTENDANCE

**At-Large Representatives:** Dustin Blankenship

**Regional Representatives:** Dustin Nanna (Region 3), Mark Tuniewicz (Region 6), Pat Ford (Region 8)

**Regional Alternates:** Kathy Yeniscavich (Region 1), Martin Cowen (Region 2), Bill Hyman (Region 5), Bill Redpath (Region 6), Donavan Pantke (Region 7)

**Absent:** Dave Benner (Region 2 Representative), Joshua Clark (Region 4 Alternate), Randall Daniel (Region 3 Alternate), Otto Dassing (Region 5 Representative), Miguel Duque (Region 1 Representative), Carrie Eiler (Region 4 Representative), Linnea Gabbard (Region 7 Representative), Robley Hall (Region 8 Alternate), Mike Rufo (At-Large Representatives)

**Staff:** Lainie Huston (Executive Director)

**Additional Attendees:** Andrew Chadderdon, Chair of the Libertarian Party of Michigan

The gallery contained many attendees as noted in the Registration Roster attached hereto as **Appendix A** comprising person who registered in advance, though not all of the registrants attended.

### OPPORTUNITY FOR PUBLIC COMMENT

There were no comments offered by the public.

## PURPOSE OF EXECUTIVE COMMITTEE MEETING

The meeting was called to consider authorizing litigation in Michigan.

## EXECUTIVE SESSION

**WITHOUT OBJECTION**, the Executive Committee went into Executive Session at 4:12 p.m. with the rest of the LNC, staff, and Mr. Chadderdon present to discuss legal strategy.  Mr. Chadderdon was only present for a period of question and answers and departed the meeting afterwards.

The LNC arose out of Executive Session at 5:47 p.m.

## NEW BUSINESS WITH PREVIOUS NOTICE

**Michigan Litigation**

*Secretary Harlos moved to authorize filing of a trademark action in Michigan using the remaining allocated funds for the legal opinion plus an additional $5,000 from budget line 8210-10.*

A roll call vote was conducted with the following results:

| Member | Yes | No | Abstain |
|---|---|---|---|
| Bowen | X | | |
| Hagopian | | X | |
| Harlos | X | | |
| Nekhaila | X | | |
| Smith | X | | |
| McArdle | X | | |
| **TOTALS** | 5 | 1 | 0 |

*This motion PASSED with a roll call vote of 5-1-0.*  **[20230412-01]**

## ADJOURNMENT

The Executive Committee adjourned for the day **WITHOUT OBJECTION** at 5:52 p.m.

## TABLE OF NUMBERED MOTIONS/BALLOTS

*Note that the master log of motions in 2023 can be found here: https://tinyurl.com/LNCVotes2023*

| ID# | Motion/Ballot | Result |
|---|---|---|
| 20230408-01 | Authorize Michigan trademark litigation. | **PASSED** |

## TABLE OF APPENDICES

| Appendix | Title | Author |
|---|---|---|
| A | Log of Registrants | Zoom |

Respectfully submitted,

*[signature: Caryn Ann Harlos]*

**LNC Secretary ~  Secretary@LP.org ~ 561.523.2250**

*APPENDIX XX*
*XXXXX*

APPENDIX A – LOG OF REGISTRANTS

*REGISTRATION SHEET[1]*

| **NAME** |
|---|
| Dana Carver |
| Josh Hlavka |
| Susan Hogarth |
| Jonathan R. Jacobs |
| Tommie Lee |
| George Phillies |
| Hector Roos |
| Gregg Smith |

---

[1] The Zoom link required registration. This list comprises all persons who registered (with the exception of LNC members, staff, and other national Party representatives) but not everyone necessarily attended.