## <u>Mises Caucus LNC Election Endorsements</u>

LNC and Judicial Committee nominations and speeches can be made during the time that the previous vote is being counted.

### <u>Chair: Angela McArdle</u>



### <u>Secretary: Caryn Ann Harlos</u>



**<u>Treasurer: Todd Hagopian</u>**



**At-Large: Steven Nekhaila**



**At-Large: Rich Bowen**



**At-Large: Michael Rufo**



**At-Large: Dustin Blankenship**



**At-Large: Bryan Elliott**



**Regional 1 Representative:**



**Regional 1 Alternate Representative:**



**Regional 2 Representative:**



**Regional 2 Alternate Representative:**



**Regional 3 Representative:**



**Regional 3 Alternate Representative:**



**Regional 5 Representative:**



**Regional 5 Alternate Representative:**



**Regional 6 Representative:**



**<u>Regional 6 Alternate Representative:</u>**



**<u>Regional 7 Representative:</u>**



**Regional 8 Representative:**



**Regional 8 Alternate Representative:**

