To the Libertarian Party of Michigan,

It is with great sadness that I write you today. I had every intention of finishing out my term as chair regardless of what was predicted to happen at our national convention. Unfortunately, now that the event has come and gone, what I saw that weekend made it very clear that my party has left me. It was my commitment and desire to serve my full term, giving it 100% of my available energies that caused me to ignore the signs right in front of me and hold out longer than I feel I should have.

I condemn bigotry as irrational and repugnant. I have walked away from friends and even family members when I saw such vile behavior from them and will continue to do so for the rest of my days. It is a cancer and I want no part of it. Up until Memorial weekend, the political party I dedicated dollars and countless hours of volunteer effort was there standing against it with me. It was important to me that the organization not only stood for freedom, but also against bigotry. Since 2008, the national platform stated that it was irrational and repugnant and we had a party that stood by that statement. However, in May, the national delegation decided to soften the language and make it kinder. I am not okay with that. And as of Monday night, my state leadership decided to reinforce the stance made in Reno on the matter. I am not okay with that.

Let me also say, the act of changing the language and removing the term 'bigotry' from our platform was not nearly as troubling as the celebration in the room the moment the change was officially adopted. Yes, somewhere around 600 to 700 delegates vigorously celebrated having harsh language against bigots removed from our official platform! This is the moment I realized my party had left me.

Since that time, I have seen tweets from my own state members about how they wish they could move to New Hampshire to help a blatantly bigoted candidate there win his election. I've listened as other members defend this particular candidate by saying "he also has a lot of good things to say!" All the while, no one in the newly installed national leadership seems to want to speak out against this candidate or distance themselves from his rhetoric. His messaging is irrational and repugnant. And he is being allowed to continue spewing his bigotry under the Libertarian banner and even be propped up by people from whom I expected better.  Unfortunately, he is not the only one being allowed to do this. It is also unfortunate that our newly elected national chair has been silent regarding this type of bigotry, but has droned on and on about "wokeness" and how woke people are not wanted in our organization. Quite honestly, I would take the woke over the bigoted, all day, every day.

The national party is heading off a cliff and I no longer have state leadership who are willing to help me unhitch our affiliate before it pulls us down with it. They all resigned yesterday. All but me and my 1st vice chair and dear friend, Ben Boren. I avoided making this public until I had spoken with him about my intent. Turns out we are both on the same page. With that, we turn the gavel, figuratively, over to your 2nd vice chair.

Before I bid farewell, I feel compelled to say a little about the one now in charge of the LPM. I strongly advise those who remain in the state party to make his time as interim chair as brief as possible. Out of necessity he will likely have to chair the upcoming convention. But at that point, he should be done serving as my replacement. I also encourage you to avoid electing him to anything in the future. Andrew Chadderdon is divisive and hateful towards anyone who would challenge or criticize him or his precious caucus. He also has proven, time and again, that he is incapable of putting party priorities ahead of those of his faction. I supported his run for his current seat and I now regret that decision. He has already alienated, attacked, and run off several of our best volunteers. The delegation in the upcoming convention would do well to elect a chair and 1st vice chair who will continue our trend of standing up to his bullying and reprehensible conduct. I did not want to muddy the waters by speaking ill of anyone here and especially by calling them out by name, but I feel it necessary to make this exception because of the venom he has spewed on a regular basis. Consider yourself warned!

I have come to love, appreciate, and respect so many in this party. To practically all of you, I hope that my departure will not mean the end of our cooperation and our friendship. I trust my path will cross with your paths many times in the coming years. I commend each one of you for standing with me in this battle against the ever-expanding state. Much love! Tim Yow