# Independent Political Report



June 29, 2023

---

## Author: George Phillies



### LNC Sues Michigan Libertarians; Michigan Libertarians Respond

by George Phillies | May 8, 2023

The Libertarian National Committee has filed a trademark suit against the Libertarian Party of Michigan.  Their full filing may be found here.  This is the sec... Read more.

---



### LNC Meeting May 7, 2023

by George Phillies | May 7, 2023

Now with the late-evening segment. They are calling the meeting to order and taking roll.  LPCA Chair says that LPCA examined civicrm, concluded it would not w... Read more.

---



### Robert Kraus Resigns from LNC Staff

by George Phillies | May 6, 2023

In a letter to LNC Chair Angela McArdle, Robert Kraus announced that he will be leaving the LNC on June 15, 2023. In January, he had proposed a new contract.&nb... Read more.



McArdle's Complaint Against Michigan

by George Phillies    April 29, 2023

Independent Political Report has been supplied by a public source with a copy of the Libertarian National Committee complaint against a Michigan Libertarian Par… Read more.



Editorial: What Should We Do?

by George Phillies    April 28, 2023

"What should we do" is the new op-ed column of our sister site ThirdPartyWatch. "What Should We Do" is open to writers of all third parties and independ… Read more.



LNC Chair McArdle Files FEC Complaint

by George Phillies    April 26, 2023

Breaking News!: We have a report from a recent candidate of the Libertarian Party in Michigan that the McArdle complaint was directed against one of the Michiga… Read more.



LP Classical Liberal Caucus to Meet

by George Phillies    April 21, 2023

Statement from the LP Classical Liberal Caucus (LP-CLC) Discord site: In June we will be releasing a report on the health of the LP, which is one full year f… Read more.



LNC Income Continues Low

by George Phillies    April 20, 2023

The income of the Libertarian National Committee continues to be at a very low level. The total income was $78,205 for March. That includes $55,430 in unitemize… Read more.



Interview with Reform Party Chairman Nicholas Hensley

by George Phillies    April 18, 2023

Ten Questions with Reform Party Chairman Nicholas HensleyMarch 2023 Nicholas Hensley is the current chairman of the Reform Party of the United States. His te... Read more.



Editorial: Organizing for the Future

by George Phillies    April 15, 2023

I call the attention of readers to Richard Viguerrie's new book "Go Big" on marketing political propositions (A paperback copy of the book can... Read more.