| Source | Date | First Name | Last Name | City | State | Amount |
|---|---|---|---|---|---|---|
| CC / Webpage LNCFIGHT.ORG | 6/26/23 | Derek | Strelow | Toledo | OH | $50.00 |
| CC / Webpage LNCFIGHT.ORG | 6/22/23 | Keith | Thompson | Pineville | LA | $25.00 |
| CC / Webpage LNCFIGHT.ORG | 6/22/23 | Dean | Peterson | Pensecola | FL | $25.00 |
| CC / Webpage LNCFIGHT.ORG | 6/21/23 | Kerri | Pocock | Tampa | FL | $10.00 |
| CC / Webpage LNCFIGHT.ORG | 6/21/23 | Eric | Finkenbiner | Seattle | WA | $100.00 |
| CC / Webpage LNCFIGHT.ORG | 6/21/23 | David_E | Blau | Walpole | MA | $50.00 |
| LawPay / Direct to Attorney Curcio | 6/21/23 | Lisa | Gioia | Milford | MI | $200.00 |
| CC / Webpage LNCFIGHT.ORG | 6/20/23 | Susan | Hogarth | Raleigh | NC | $25.00 |
| CC / Webpage LNCFIGHT.ORG | 6/19/23 | Jodi | Cole | Cypress | TX | $25.00 |
| CC / Webpage LNCFIGHT.ORG | 6/18/23 | Steven_L | Gallant | Arvada | CO | $50.00 |
| CC / Webpage LNCFIGHT.ORG | 6/18/23 | Donna | Gundle-Krieg | Mancelona | MI | $300.00 |
| CC / Webpage LNCFIGHT.ORG | 6/17/23 | Lee | Schultheiss | Battle Creek | MI | $25.00 |
| CC / Webpage LNCFIGHT.ORG | 6/17/23 | Eric_M | Thraen | Hastings | MN | $50.00 |
| CC / Webpage LNCFIGHT.ORG | 6/4/23 | Aaron | Miranov | Clinton Twp | MI | $37.00 |
| CC / Webpage LNCFIGHT.ORG | 5/18/23 | Joe | Puleo | Sterling Heights | MI | $10.00 |
| CC / Webpage LNCFIGHT.ORG | 5/18/23 | Valerie | Sarwark | Manchester | NH | $50.00 |
| CC / Webpage LNCFIGHT.ORG | 5/17/23 | Stephanie | Dunn | Mt Pleasant | MI | $50.00 |
| CC / Webpage LNCFIGHT.ORG | 5/15/23 | Jami | VanAlstine | Romulus | MI | $25.00 |
| Anedot / Legal Fund Page | 5/11/23 | Patricia | Barnum | Saint Paul | MN | $25.00 |
| Anedot / Legal Fund Page | 5/10/23 | Brian | Leach | Fort Smith | AR | $50.00 |
| Anedot / Legal Fund Page | 5/10/23 | Douglas | Reissner | Township | MI | $25.00 |
| Anedot / Legal Fund Page | 5/10/23 | Rebecca | Stempfle | Southfield | MI | $50.00 |
| Anedot / Legal Fund Page | 5/10/23 | Carol | Unsicker | HOUSTON | TX | $25.00 |
| Anedot / Legal Fund Page | 5/9/23 | Daniel | Krause | Matawan | NJ | $100.00 |
| Anedot / Legal Fund Page | 5/9/23 | Richard | Longstreth | Corryton | TN | $100.00 |
| Anedot / Legal Fund Page | 5/9/23 | Derek | Maddox | Hurt | VA | $10.00 |
| Anedot / Legal Fund Page | 5/9/23 | Jennifer | Moore | Mont Clare | PA | $25.00 |
| Anedot / Legal Fund Page | 5/9/23 | John | Shuey | Watkinsville | GA | $25.00 |
| Anedot / Legal Fund Page | 5/9/23 | Danielle | Siler | Seattle | WA | $100.00 |
| Anedot / Legal Fund Page | 5/8/23 | Andy | Craig | MILWAUKEE | WI | $25.00 |
| Anedot / Legal Fund Page | 5/8/23 | Kelley | Curran | Jeffersonville | IN | $25.00 |
| Anedot / Legal Fund Page | 5/8/23 | Brian | Doss | Montpelier | VA | $25.00 |
| Anedot / Legal Fund Page | 5/8/23 | Andrew | Duke | Battle Creek | MI | $50.00 |
| Anedot / Legal Fund Page | 5/8/23 | Steven | Gallant | Arvada | CO | $50.00 |
| Anedot / Legal Fund Page | 5/8/23 | Stephen | Hern | Cleveland | OH | $50.00 |
| Anedot / Legal Fund Page | 5/8/23 | Andrew | Jernigan | Richmond | VA | $20.00 |
| Anedot / Legal Fund Page | 5/8/23 | Andrew | Johns | North Ogden | UT | $25.00 |
| Anedot / Legal Fund Page | 5/8/23 | Derek | Newhall | South Yarmouth | MA | $100.00 |
| Anedot / Legal Fund Page | 5/8/23 | Joseph | Sabin | Herkimer | NY | $10.00 |
| Anedot / Legal Fund Page | 5/8/23 | Emily | Salvette | Ann Arbor | MI | $500.00 |
| Anedot / Legal Fund Page | 5/8/23 | Cory | Sanin | Sun Prairie | WI | $10.00 |
| LawPay / Direct to Attorney Curcio | 5/8/23 | Lisa | Gioia | Milford | MI | $250.00 |
| Anedot / Legal Fund Page | 5/1/23 | Brooks | Lester | Dinwiddie | VA | $26.00 |
| Anedot / Legal Fund Page | 5/1/23 | Kerri | Pocock | Tampa | FL | $25.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Anedot / Legal Fund Page | 5/1/23 | Jami | Van Alstine | Romulus | MI | $50.00 |
| Anedot / Legal Fund Page | 4/30/23 | Eric | Thraen | Hastings | MN | $50.00 |
| Anedot / Legal Fund Page | 4/29/23 | John | Barfield | Orange City | FL | $25.00 |
| Anedot / Legal Fund Page | 4/14/23 | Richard | Edgar | Cream Ridge | NJ | $20.00 |
| Anedot / Legal Fund Page | 4/12/23 | Catherine | Filus | Clinton Twp | MI | $100.00 |
| Anedot / Legal Fund Page | 4/12/23 | Chris | Luchini | White Rock | NM | $500.00 |
| Anedot / Legal Fund Page | 4/11/23 | Jodi | Cole | Cypress | TX | $25.00 |
| Anedot / Legal Fund Page | 4/11/23 | Stephen | Meier | Federal Way | WA | $100.00 |
| Anedot / Legal Fund Page | 4/10/23 | Cassaundra | Fryman | Plymouth | OH | $20.00 |
| Anedot / Legal Fund Page | 4/10/23 | Joseph | Henchman | Washington | DC | $50.00 |
| Anedot / Legal Fund Page | 4/10/23 | Nate | Herdt | Milan | MI | $50.00 |
| Anedot / Legal Fund Page | 4/10/23 | James | Jones | Waverly | OH | $200.00 |
| Anedot / Legal Fund Page | 4/10/23 | Thomas | Knapp | Gainesville | FL | $10.00 |
| Anedot / Legal Fund Page | 4/10/23 | Victor | Kocher | Columbia | SC | $25.00 |
| Anedot / Legal Fund Page | 4/10/23 | Laura | Lane | Bay Minette | AL | $50.00 |
| Anedot / Legal Fund Page | 4/10/23 | Michael | Lopez | Dayton | OH | $100.00 |
| Anedot / Legal Fund Page | 4/10/23 | Patricia | McMahon | littleton | CO | $100.00 |
| Anedot / Legal Fund Page | 4/10/23 | Timothy | McMaster | York | PA | $25.00 |
| Anedot / Legal Fund Page | 4/10/23 | Jonathan | Read | Falmouth | ME | $25.00 |
| Anedot / Legal Fund Page | 4/10/23 | Roderick | Riensche | Silverlake | WA | $25.00 |
| Anedot / Legal Fund Page | 4/10/23 | Joe | White | Houston | TX | $100.00 |
| Anedot / Legal Fund Page | 4/9/23 | Stephanie | Berlin | San Antonio | TX | $100.00 |
| Anedot / Legal Fund Page | 4/9/23 | Michael | Bishop | Brownsburg | IN | $25.00 |
| Anedot / Legal Fund Page | 4/9/23 | Craig | Bowden | HYRUM | UT | $10.00 |
| Anedot / Legal Fund Page | 4/9/23 | Matthew | Clark | Overland Park | KS | $25.00 |
| Anedot / Legal Fund Page | 4/9/23 | Jessi | Cowart | Conroe | TX | $25.00 |
| Anedot / Legal Fund Page | 4/9/23 | Shawn | Curtis | Salt Lake City | UT | $25.00 |
| Anedot / Legal Fund Page | 4/9/23 | Brian | DeYoung | Manton | MI | $25.00 |
| Anedot / Legal Fund Page | 4/9/23 | Kevin | Gaughen | Mechanicsburg | PA | $250.00 |
| Anedot / Legal Fund Page | 4/9/23 | Aaron | Goss | Canyon Lake | TX | $10.00 |
| Anedot / Legal Fund Page | 4/9/23 | Susan | Hogarth | Raleigh | NC | $60.00 |
| Anedot / Legal Fund Page | 4/9/23 | David | Holman | Hesperia | CA | $25.00 |
| Anedot / Legal Fund Page | 4/9/23 | Kevin | Kahn | Exeter | NH | $50.00 |
| Anedot / Legal Fund Page | 4/9/23 | Whitney | Masterson-Moyes | Kingsbury | TX | $10.00 |
| Anedot / Legal Fund Page | 4/9/23 | Jennifer | Moore | Mont Clare | PA | $50.00 |
| Anedot / Legal Fund Page | 4/9/23 | Steven | Perkins | Etna | OH | $250.00 |
| Anedot / Legal Fund Page | 4/9/23 | Joseph | Sabin | Herkimer | NY | $10.00 |
| Anedot / Legal Fund Page | 4/9/23 | Steve | Scheetz | Langhorne | PA | $200.00 |
| Anedot / Legal Fund Page | 4/9/23 | Cara | Schulz | Burnsville | MN | $50.00 |
| Anedot / Legal Fund Page | 4/9/23 | Amber | Sczuroski | Las Vegas | NV | $50.00 |
| LawPay / Direct to Attorney Curcio | 4/8/23 | Jay | Gillotte | Lyons | MI | $1,000.00 |
| Paypal /Membership Link | 4/2/23 | Frederick | Horndt | Warren | MI | $250.00 |
| Check / Convention Fundraiser | 4/1/23 | David | Canny | Linden | MI | $145.00 |
| Credit Card / Convention On Site | 4/1/23 | Renae | Coon | Carsonville | MI | $70.00 |
| Check / Convention Fundraiser | 4/1/23 | Bill | Gelineau | Lowell | MI | $250.00 |

2

| Source | Date | First | Last | City | State | Amount |
|---|---|---|---|---|---|---|
| Check / Convention Fundraiser | 4/1/23 | Jay | Gillotte | Lyons | MI | $300.00 |
| Credit Card / Convention On Site | 4/1/23 | Arthur | Gulick | Chelsea | MI | $35.00 |
| Credit Card / Convention On Site | 4/1/23 | Andrew | Hall | Rockford | MI | $80.00 |
| Credit Card / Convention On Site | 4/1/23 | Tim | O'Brien | Imlay City | MI | $70.00 |
| Credit Card / Convention On Site | 4/1/23 | Rafael | Wolf | Kalamazoo | MI | $25.00 |
| Paypal / Convention Regis | 3/30/23 | Justin | Thompson | Brighton | MI | $25.00 |
| Paypal / Convention Regis | 3/28/23 | rafael | wolf | Kalamazoo | MI | $25.00 |
| Paypal / Convention Regis | 3/27/23 | John | Hargenrader | Livonia | MI | $105.00 |
| Paypal / Convention Regis | 3/27/23 | Kenneth | Proctor | Charlotte | MI | $180.00 |
| Paypal / Convention Regis | 3/27/23 | David | Westerhof | Grand Rapids | MI | $85.00 |
| Paypal / Convention Regis | 3/27/23 | Michael | Yanok | Clinton Twp | MI | $85.00 |
| Paypal / Convention Regis | 3/24/23 | Andrew | Duke | Battle Creek | MI | $85.00 |
| Paypal / Convention Regis | 3/21/23 | Ronald | Muszynski | Grass Lake | MI | $85.00 |
| Paypal / Convention Regis | 3/20/23 | adam | childress | Flushing | MI | $25.00 |
| Paypal / Convention Regis | 3/19/23 | Mary | Buzuma | Grand Haven | MI | $250.00 |
| Paypal / Convention Regis | 3/18/23 | Jerry | Bloom | Troy | MI | $10.00 |
| Paypal / Convention Regis | 3/18/23 | Jami | VanAlstine | Romulus | MI | $155.00 |
| Anedot / Legal Fund Page | 3/16/23 | Stephanie | A Dunn | Mount Pleasant | MI | $25.00 |
| Paypal / Convention Regis | 3/16/23 | Leonard | Schwartz | Oak Park | MI | $45.00 |
| Paypal / Convention Regis | 3/16/23 | Angela | Thornton | Linden | MI | $170.00 |
| Paypal / Convention Regis | 3/15/23 | Kyle | McCauley | Lapeer | MI | $180.00 |
| Paypal / Convention Regis | 3/15/23 | Jeffery | Yeasley | Lawton | MI | $50.00 |
| Paypal / Convention Regis | 3/13/23 | Claranna | Gelineau | Trenton | MI | $180.00 |
| Paypal / Convention Regis | 3/13/23 | Brandon | Warzybock | Lawrence | MI | $60.00 |
| Paypal / Convention Regis | 3/13/23 | Lorence | Wenke | Galesburg | MI | $180.00 |
| Paypal / Convention Regis | 3/12/23 | Ari | Abraham | Grand Haven | MI | $25.00 |
| Paypal / Convention Regis | 3/12/23 | Scott | Boman | Detroit | MI | $85.00 |
| Paypal / Convention Regis | 3/12/23 | Kosciuszko | Gilbert | Ann Arbor | MI | $85.00 |
| Paypal / Convention Regis | 3/12/23 | Lawrence | Johnson | Ypsilanti | MI | $85.00 |
| Paypal / Convention Regis | 3/12/23 | Eric | Kener | Galien | MI | $10.00 |
| Paypal / Convention Regis | 3/11/23 | Brian | Ellison | Monroe | MI | $120.00 |
| Paypal / Convention Regis | 3/10/23 | Jacob | Andrews | Holland | MI | $85.00 |
| Anedot / Legal Fund Page | 3/10/23 | Donna | Gundle-Krieg | MANCELONA | MI | $200.00 |
| Paypal / Convention Regis | 3/10/23 | Gregg | Smith | Lincoln Park | MI | $85.00 |
| Paypal / Convention Regis | 3/9/23 | William | Gelineau | Lowell | MI | $255.00 |
| Paypal / Convention Regis | 3/9/23 | William | Hall | Rockford | MI | $150.00 |
| Paypal / Convention Regis | 3/9/23 | Ronald | Hawkins | Battle Creek | MI | $180.00 |
| Paypal / Convention Regis | 3/9/23 | Joseph | LeBlanc | Plymouth | MI | $85.00 |
| Anedot / Legal Fund Page | 3/9/23 | Valerie | Sarwark | Manchester | NH | $100.00 |
| Paypal / Convention Regis | 3/9/23 | James | Schell | Howell | MI | $180.00 |
| Paypal / Convention Regis | 3/8/23 | Gregory | Creswell | Detroit | MI | $180.00 |
| Paypal / Convention Regis | 3/8/23 | Joseph | Gillotte | Lyons | MI | $180.00 |
| Paypal / Convention Regis | 3/8/23 | Dianne | Szabla | Farmington Hills | MI | $360.00 |
| Anedot / Legal Fund Page | 3/7/23 | Richard | Edgar | Cream Ridge | NJ | $25.00 |
| Paypal / Convention Regis | 3/6/23 | Lisa | Gioia | Milford | MI | $180.00 |
| Paypal / Convention Regis | 3/6/23 | Tullio | Proni | Kalamazoo | MI | $100.00 |
| Paypal / Convention Regis | 3/5/23 | Jason | Brandenburg | Portgage | MI | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Paypal / Convention Regis | 3/5/23 | rafael | wolf | Kalamazoo | MI | $35.00 |
| Paypal / Convention Regis | 3/4/23 | Gregg | Smith | Lincoln Park | MI | $85.00 |
| Paypal / Convention Regis | 3/4/23 | Shelly | Stempfle | Ferndale | MI | $85.00 |
| Paypal / Convention Regis | 3/4/23 | Ginger | Walto | Holland | MI | $85.00 |
| Paypal / Convention Regis | 2/26/23 | Jonathan | Elgas | Brighton | MI | $85.00 |
| Anedot / Legal Fund Page | 2/25/23 | Lisa | Gioia | Milford | MI | $100.00 |
| Paypal / Convention Regis | 2/24/23 | William | Gelineau | Lowell | MI | $360.00 |
| LawPay / Direct to Attorney Curcio | 2/24/23 | Bill | Hall | Rockford | MI | $5,000.00 |
| LawPay / Direct to Attorney Curcio | 2/22/23 | Rafael | Wolf | Kalamazoo | MI | $1,000.00 |
| LawPay / Direct to Attorney Curcio | 2/21/23 | Kyle | McCauley | Lapeer | MI | $1,000.00 |
| Paypal / Email Response | 2/18/23 | Jason | Brandenburg | Portage | MI | $199.00 |
| Paypal / Email Response | 2/13/23 | Greg | Stempfle | Ferndale | MI | $99.00 |
| Paypal / Email Response | 2/11/23 | Angela | Thornton | Linden | MI | $124.15 |
| Paypal / Email Response | 2/10/23 | Brian | Ellison | Monroe | MI | $250.00 |
| Paypal / Email Response | 2/10/23 | Gregg | Smith | Lincoln Park | MI | $50.00 |
| Paypal / Email Response | 2/10/23 | rafael | wolf | Kalamazoo | MI | $5.00 |
| Paypal / Email Response | 2/9/23 | Jami | VanAlstine | Romulus | MI | $5.00 |