UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INDEX OF EXHIBITS TO REPLY OF PLAINTIFF TO
DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

| Exhibit | Description |
| --- | --- |
| 41 | Second Declaration of Andrew Chadderdon |
| 42 | Declaration of Angela McArdle |
| 43 | Second Declaration of Caryn Ann Harlos |
| 44 | Decision of the Judicial Committee of the National Libertarian Party in the case of McVay v. LNC and Hinds v. LNC dated February 13, 2022 |
| 45 | Answer and Affirmative Defenses of Andrew Chadderdon in Case No. 23-557-CB Washtenaw County Circuit Court, State of Michigan |
| 46 | Initial Disclosures of Andrew Chadderdon in Case No. 23-557-CB Washtenaw County Circuit Court, State of Michigan |
| 47 | Parliamentary opinion of Jonathan M. Jacobs dated November 29, 2022, with supplement dated December 23, 2022 |
| 48 | LARA print-out from April 28, 2023 |
| 49 | LARA print-out from June 22, 2023 |

| Exhibit | Description |
|---|---|
| 50 | Parliamentary opinion of Jonathan M. Jacobs dated July 17, 2023, with attached referenced articles from the *National Parliamentarian* |
| 51 | Meeting minutes of the LPMEC meeting via Zoom January 6, 2023 |
| 52 | Emails regarding petition for special convention dated January 3-4, 2023 |
| 53 | Email from Josh Martin dated December 21, 2022 |
| 54 | LPM Communications Policy |
| 55 | Email from the illegitimate board dated June 7, 2023 |
| 56 | Email from Defendant Saliba dated June 15, 2023 |
| 57 | Facebook post evidencing member confusion |
| 58 | Email from Defendant Saliba dated June 16, 2023 |
| 59 | Bylaws of illegitimate group amended April 1, 2023 |
| 60 | LNC Email Ballot 20230601-02 |
| 61 | Minutes of the LNC Executive Committee dated February 5, 2023 |
| 62 | Emails between LNC Secretary Harlos and Defendant Saliba dated March 6, 2023 |
| 63 | Exhibit 63, Email from national Judicial Committee Chair confirming no appeals received for state-level affiliate |

2

| **Exhibit** | **Description** |
|---|---|
| 64 | Page from LNC Policy Manual on acceptable use of trademarks |
| 65 | Selection from NLP Membership Report dated February 2023 |
| 66 | Screenshot of Google search results for "Libertarian Party of Michigan" |
| 67 | Submission of Andrew Chadderdon to the Michigan Judicial Committee |
| 68 | Draft meeting minutes of the LPMEC meeting via Zoom February 26, 2023 |