IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: |
| MIKE SALIBA, et. al. | 23-cv-11074 |
| Defendants | JURY TRIAL DEMANDED |

**DECLARATION OF ANGELA MCARDLE**

Under 28 U.S.C. §1746, I, Angela McArdle, declare as follows, under penalty of perjury:

1. I am over the age of 18, of sound mind, and otherwise competent to provide this declaration under penalty of perjury.

2. I am the National Chair for the Libertarian National Committee (LNC) and the national Libertarian Party (NLP).

3. On February 16, 2023, at the direction of the LNC via email ballot 20230206-02 [*see* Exhibit 60, LNC email ballot 202306901-02], I sent a cease and desist to Defendant Brungardt who was then claiming to be chair of our Michigan affiliate. [*see* Exhibit 8, PageID.474-476]

1
**EXHIBIT 42**

4. In this letter, I never mentioned disaffiliation, certainly not constructive disaffiliation, as the Michigan affiliate was in good standing as it has been since it was formed in 1972. I simply informed Defendant Brungardt of the LNC's recognition of Andrew Chadderon as the legitimate chair of our sole recognized Michigan affiliate and demanded that he cease and desist all use of the Party's Trademarks. [Id.]

5. The email from Joseph Zito, Esq. referred to by Defendants was sent with my permission and also does not claim that we disaffiliated the Defendants or their group, but rather strongly asserted our constant position that they do not legitimately represent our recognized affiliate. [PageID.628 and Defendants' Exhibit 10, PageID.725-726] The only mention of "constructive disaffiliation" was in the context of what any speculative future recognition of their legitimacy would amount to with regard to the Chadderdon-led affiliate since we have previously determined that their claims are without merit. It was a procedural question about an imaginary future, not a statement on anything that has happened as is obvious in context of Mr. Zito's email, my letter to Defendant Brungardt, and Secretary Harlos' communications with Defendant Saliba. [*see* Exhibit 62, Emails between LNC Secretary Harlos and Defendant Saliba dated March 6, 2023]

Executed on Jul 21, 2023.

_____
Angela McArdle (Jul 21, 2023 12:15 CDT)

Angela McArdle, LNC and NLP Chair

# DECLARATION OF ANGELA MCARDLE- V2

Final Audit Report                                                                                           2023-07-21

| | |
|---|---|
| Created: | 2023-07-21 |
| By: | Caryn Dossantos (idrankthekoolaid@mac.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAn4QLHiRi5XKgtg6nsWVnjc6lu4s8Z-bh |

## "DECLARATION OF ANGELA MCARDLE- V2" History

- Document created by Caryn Dossantos (idrankthekoolaid@mac.com)
  2023-07-21 - 5:00:52 PM GMT- IP address: 73.14.251.148

- Document emailed to chair@lp.org for signature
  2023-07-21 - 5:01:44 PM GMT

- Email viewed by chair@lp.org
  2023-07-21 - 5:14:45 PM GMT- IP address: 66.249.80.202

- Signer chair@lp.org entered name at signing as Angela McArdle
  2023-07-21 - 5:15:48 PM GMT- IP address: 75.13.91.77

- Document e-signed by Angela McArdle (chair@lp.org)
  Signature Date: 2023-07-21 - 5:15:50 PM GMT - Time Source: server- IP address: 75.13.91.77

- Agreement completed.
  2023-07-21 - 5:15:50 PM GMT

Adobe Acrobat Sign