# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number:** 800902778

[Request certificate]  [Return to Results]  [New search]

**Summary for:** LIBERTARIAN PARTY OF MICHIGAN EXECUTIVE COMMITTEE, INC.

**The name of the DOMESTIC NONPROFIT CORPORATION:** LIBERTARIAN PARTY OF MICHIGAN EXECUTIVE COMMITTEE, INC.

---

| | |
|---|---|
| **Entity type:** | DOMESTIC NONPROFIT CORPORATION |
| **Identification Number:** 800902778 | **Old ID Number:** 792439 |

**Date of Incorporation in Michigan:** 01/19/2005

**Purpose:**

**Term:** Perpetual

**Most Recent Annual Report:** 2022    **Most Recent Annual Report with Officers & Directors:** 2022

### The name and address of the Resident Agent:

| Field | Value |
|---|---|
| Resident Agent Name: | VICKI HALL |
| Street Address: | 2615 HYLAND ST |
| Apt/Suite/Other: | |
| City: | FERNDALE |
| State: | MI |
| Zip Code: | 48220 |

### Registered Office Mailing address:

| Field | Value |
|---|---|
| P.O. Box or Street Address: | 2615 HYLAND ST |
| Apt/Suite/Other: | |
| City: | FERNDALE |
| State: | |
| Zip Code: | 48220 |

### The Officers and Directors of the Corporation:

| Title | Name | Address |
|---|---|---|
| PRESIDENT | ANDREW CHADDERDON | 30005 MALVERN ST WESTLAND, MI 48185 USA |
| TREASURER | NORMAN PETERSON | 1742 MALVERN JACKSON, MI 48203 USA |
| SECRETARY | DANIEL ZIEMBA | 1457 S SHELDON RD APT 1 PLYMOUTH, MI 48170 USA |
| DIRECTOR | RYAN ROBERTS | 505 29TH ST GLADSTONE, MI 49837 USA |
| DIRECTOR | JORDAN MARTIN | 869 EMERALD AVE NE GRAND RAPIDS, MI 49503 USA |
| DIRECTOR | RICK THELEN | 2144 S GRANGE RD FOWLER, MI 48835 USA |
| DIRECTOR | DAVID CANNY | 15223 RIPPLE DR LINDEN, MI 48451 USA |
| DIRECTOR | BRUCE JAQUAYS | 1841 LERENE DR COMMERCE TWP, MI 48390 USA |
| DIRECTOR | DANIEL MUEHL-MILLER | 19 PINE HIGHLAND, MI 48357 USA |
| DIRECTOR | BRIAN ELLISON | 15006 WOODPINE DR MONROE, MI 48161 USA |
| DIRECTOR | LARRY HENNEMAN | 53242 DAY RD MARCELLUS, MI 49067 USA |
| DIRECTOR | TREVOR STEP | 9130 HURON RIVER DR BRIGHTON, MI 48116 USA |
| DIRECTOR | JOE BRUNGARDT | 4140 18 1/2 MILE RD STERLING HEIGHTS, MI 48314 USA |
| DIRECTOR | DAVE FRANKLIN | 6901 HUBBARD ST GARDEN CITY, MI 48135 USA |

**EXHIBIT 48**