LARA Home    Contact LARA    Online Services    News    MI.gov



| ID Number: 800902778 | Request certificate | Return to Results | New search |
|---|---|---|---|

**Summary for:** LIBERTARIAN PARTY OF MICHIGAN EXECUTIVE COMMITTEE, INC.

**The name of the DOMESTIC NONPROFIT CORPORATION:** LIBERTARIAN PARTY OF MICHIGAN EXECUTIVE COMMITTEE, INC.

---

**Entity type:** DOMESTIC NONPROFIT CORPORATION

**Identification Number:** 800902778    **Old ID Number:** 792439

---

**Date of Incorporation in Michigan:** 01/19/2005

---

**Purpose:**

---

**Term:** Perpetual

---

**Most Recent Annual Report:** 2022    **Most Recent Annual Report with Officers & Directors:** 2022

---

**The name and address of the Resident Agent:**

Resident Agent Name:    GREGORY STEMPFLE
Street Address:    2615 HYLAND ST
Apt/Suite/Other:
City:    FERNDALE    State: MI    Zip Code: 48220

**Registered Office Mailing address:**

P.O. Box or Street Address:    2615 HYLAND ST
Apt/Suite/Other:
City:    FERNDALE    State: MI    Zip Code: 48220

---

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | MIKE SALIBA | 16231 SCENIC CLINTON TWP, MI 48038 USA |
| TREASURER | ANGELA THORNTON | 15223 RIPPLE DR LINDEN, MI 48451 USA |
| SECRETARY | JAMI VAN ALSTINE | 28158 HEATHER WAY ROMULUS, MI 48174 USA |
| DIRECTOR | JAY GILLOTTE | 8220 E DAVID HWY LYONS, MI 48851 USA |
| DIRECTOR | ARI ABRAHAM | 15318 MEADOWS DR GRAND HAVEN, MI 49417 USA |
| DIRECTOR | ANDREW DUKE | 440 S MOORLAND DR BATTLE CREEK, MI 49015 USA |
| DIRECTOR | BRIAN ELLISON | 15006 WOODPINE DR MONROE, MI 48161 USA |
| DIRECTOR | MARK KING | 708 N PROSPECT RD YPSILANTI, MI 48198 USA |
| DIRECTOR | LISA GIOIA | 359 GRANDA VISTA DR MILFORD, MI 48380 USA |
| DIRECTOR | KYLE MCCAULEY | 115 MICHAEL RD LAPEER, MI 48446 USA |
| DIRECTOR | JOE BRUNGARDT | 4140 18 1/2 MILE RD STERLING HTS, MI 48314 USA |
| DIRECTOR | GREGG SMITH | 1524 ETHEL AVE LINCOLN PARK, MI 48146 USA |

**EXHIBIT 49**

**Act Formed Under:** 162-1982 Nonprofit Corporation Act

The corporation is formed on a Directorship basis.

☐ Written Consent

[ View Assumed Names for this Business Entity ]

View filings for this business entity:

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION

[ View filings ]

Comments or notes associated with this business entity:

LARA FOIA Process    Transparency    Office of Regulatory Reinvention    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2023 State of Michigan