Meeting Minutes

Libertarian Party of Michigan Libertarian Executive Committee Meeting

Zoom

6 January 2023

- Call to order @ 20:31
- Roll Call:
    - Andrew Chadderdon, Chair
    - Vacant, 1st Vice Chair
    - Vacant, 2nd Vice Chair
    - Daniel Ziemba, Secretary
    - Vacant, Treasurer
    - Ryan Roberts, District 1
    - Vacant, District 2
    - Jordan Martin, District 3
    - Rick Thelen, District 4
    - Dave Canny, District 5
    - Vacant, District 6
    - Brian Ellison, District 7 (absent)
    - Vacant, District 8
    - Mike Saliba, District 9
    - Joe Brungardt, District 10
    - Bruce Jaquays, District 11
    - Daniel Muehl-Miller, District 12
    - Vacant, District 13
    - Vacant, District 14
    - Connor Nepomuceno, Comm. Director (absent)
    - Jeff Pittel, Membership Committee Chair
    - Scotty Boman, Newsletter Committee Chair (absent)
    - Stephanie Dunn, Legislative Committee Chair (absent)
    - Jami Van Alstine, Campaign Support Committee Chair
    - Mark King, IT Director (absent)
    - Larry Johnson (Membership Committee) (absent)
    - Leah Dailey (Membership Committee)
    - Gregg Smith (guest)
    - Tim Yow (guest)
    - Jay Gillotte (guest)
    - Jonathan (JJ) Jacobs (guest)
    - Greg Stempfle
    - Josh Jongema
    - Mary Buzuma
    - Jon Elgas
    - Kevin Ellis
    - Donna Gundle-Krieg
    - David Bockelman
    - Larry Henneman

EXHIBIT 51

- - o Loel Gnadt
    - o Trevor Step
    - o Daniel Grusczynski
    - o Kyle McCauley
    - o Claranna Gelineau
- Paperwork check
- Approval of agenda
- Open floor
- Special Orders
  - o Special Convention Planning
  - o Bruce moves to authorize the chair to arrange and sign contracts for the needed accommodations for the special convention as required by the petitions submitted on January 3, 2023.
  - o in early 2023
    - 2$^{nded}$
    - Joe B moves to amend the motion to set meeting location in Lansing, MI
      - 2nded
      - Amendment fails by voice vote
    - Motion approved without objection by voice vote
- Mike S motions to adjourn @ 21:47
  - o 2nded
  - o Approved by voice vote