From: **Joe Brungardt** <joebfreedom@gmail.com>
Date: Tue, Jan 3, 2023, 10:31 PM
Subject: Submission to LEC - Petitions for Special Convention
To: <elgasja@gmail.com>, <excomm@michiganlp.org>, Andrew Chadderdon <andrew.chadderdon@gmail.com>, LPM Secretary <secretary@michiganlp.org>, Kyle McCauley <k86.mccauley@gmail.com>, Jami Van Alstine <jamiracquel2004@yahoo.com>, dave canny <cannyds@gmail.com>, Gregory Stempfle <gregstempfle@gmail.com>, Rafael Wolf <rfwolf@gmail.com>, <mary.buzuma@att.net>, Scotty Boman <scottyeducation@yahoo.com>, <chair@michiganlp.org>
Cc: Libertarian Party of Michigan <webmaster@michiganlp.org>, Leah Dailey <fuleahrd@gmail.com>, Angela Thornton Canny <angelat0763@gmail.com>

Board Members,

On behalf of the undersigned Libertarian Party of Michigan members in the attached documents, I hereby submit two petitions demanding the Executive Committee call special conventions within 45 days in accordance with our bylaws. The signatures included in each petition surpass the threshold of 10% of our current membership required.

Having submitted this on Jan 3, the convention will need to be held by no later than Friday, February 17.

It is pointless to continue bickering over interpretations, as they are not indisputable facts. No amount of debate will convince enough members that one of the presented views is the correct one, and internal feuds will continue until the issues facing us are properly dealt with. There are many members of the party that believe holding a special convention for these matters is the best way for our party to put aside the infighting and continue with the work that is truly important, electing Libertarians.

Warm regards,
**Joe Brungardt**

---

**2 attachments**

 **LPM Petition Fill Vacancies.pdf**
6900K

 **LPM Petition No Confidence.pdf**
6051K

From: **Gregory Stempfle** <gregstempfle@gmail.com>
Date: Tue, Jan 3, 2023, 11:00 PM
Subject: Re: Submission to LEC - Petitions for Special Convention
To: Joe Brungardt <joebfreedom@gmail.com>
Cc: <elgasja@gmail.com>, <excomm@michiganlp.org>, Andrew Chadderdon <andrew.chadderdon@gmail.com>, LPM Secretary <secretary@michiganlp.org>, Kyle McCauley <k86.mccauley@gmail.com>, Jami Van Alstine <jamiracquel2004@yahoo.com>, dave canny <cannyds@gmail.com>, Rafael Wolf <rfwolf@gmail.com>, <mary.buzuma@att.net>, Scotty Boman <scottyeducation@yahoo.com>, <chair@michiganlp.org>, Libertarian Party of

EXHIBIT 52

Michigan <webmaster@michiganlp.org>, Leah Dailey <fuleahrd@gmail.com>, Angela Thornton Canny <angelat0763@gmail.com>

Board Members,

To help the LEC plan the special convention, I calculated the delegate apportionment based on the most recent results for Secretary of State.

Per LPM Bylaws...

> VI CONVENTIONS
> 4) The Executive Committee shall allocate delegates to all state conventions to be selected by each affiliate region in proportion and according to the number of votes cast within the affiliate region for the Party's most recent candidate for secretary of state.

Here is a spreadsheet with my math. Please double check my work.

https://docs.google.com/spreadsheets/d/1_u0CDhey759GkINTPLqnpFVM40eIpa10/edit?usp=share_link&ouid=116221985963204550132&rtpof=true&sd=true

Election results were downloaded here

https://mielections.us/election/results/2022GEN_CENR.html

Look for "TAB-delimited by County" under the "Data" dropdown menu.


**LPM Delegate Apportionment for 2023-2024**
**Affiliate / Unaffiliated Region Delegate Count**
Capitol Area 10
Genesee 7
Huron-Raisin 11
Jackson-Hillsdale 3
Lapeer 2
Livingston 5
Macomb 14
Northwest 6
Oakland 24
Southwest 14
Straits Area 2
Unaffiliated Mid Michigan 9
Unaffiliated Mid-North 3
Unaffiliated NE Michigan 1
Unaffiliated Thumb Area 6
Upper Peninsula 5
Wayne 21
West 32
**Total 175**


Greg Stempfle
[Quoted text hidden]

**A**
T

From: **Joe Brungardt** <joebfreedom@gmail.com>
Date: Tue, Jan 3, 2023, 11:02 PM
Subject: Re: Submission to LEC - Petitions for Special Convention
To: Gregory Stempfle <gregstempfle@gmail.com>

Cc: <elgasja@gmail.com>, <excomm@michiganlp.org>, Andrew Chadderdon <andrew.chadderdon@gmail.com>, LPM Secretary <secretary@michiganlp.org>, Kyle McCauley <k86.mccauley@gmail.com>, Jami Van Alstine <jamiracquel2004@yahoo.com>, dave canny <cannyds@gmail.com>, Rafael Wolf <rfwolf@gmail.com>, <mary.buzuma@att.net>, Scotty Boman <scottyeducation@yahoo.com>, <chair@michiganlp.org>, Libertarian Party of Michigan <webmaster@michiganlp.org>, Leah Dailey <fuleahrd@gmail.com>, Angela Thornton Canny <angelat0763@gmail.com>, <jeffpittel@sbcglobal.net>

I am additionally attaching a list of members' names that have signed each petition and copying the Membership Committee Chair in case verification of active membership status is requested.

Joe

[Quoted text hidden]

 **Special Convention Petition Names 2023-01-03.xlsx**
13K

From: **Jeff Pittel** <jeffpittel@sbcglobal.net>
Date: Wed, Jan 4, 2023, 3:23 PM
Subject: Re: Submission to LEC - Petitions for Special Convention
To: Gregory Stempfle <gregstempfle@gmail.com>, Joe Brungardt <joebfreedom@gmail.com>
Cc: elgasja@gmail.com <elgasja@gmail.com>, excomm@michiganlp.org <excomm@michiganlp.org>, Andrew Chadderdon <andrew.chadderdon@gmail.com>, LPM Secretary <secretary@michiganlp.org>, Kyle McCauley <k86.mccauley@gmail.com>, Jami Van Alstine <jamiracquel2004@yahoo.com>, dave canny <cannyds@gmail.com>, Rafael Wolf <rfwolf@gmail.com>, mary.buzuma@att.net <mary.buzuma@att.net>, Scotty Boman <scottyeducation@yahoo.com>, chair@michiganlp.org <chair@michiganlp.org>, Libertarian Party of Michigan <webmaster@michiganlp.org>, Leah Dailey <fuleahrd@gmail.com>, Angela Thornton Canny <angelat0763@gmail.com>

Hello -
I've reviewed and updated the spreadsheet provided and confirm both petitions pass the 10% Member threshold for Special Convention per attached.
Note I distinguished between Current and New in the summation as bylaws reference current Members, which lowers the number of signatories.

Cordially,

*Jeff Pittel*
*Chair - Membership Committee*

*Libertarian Party of Michigan*

*CELL: 248-688-8318*

[Quoted text hidden]

 **Special Convention Petition Names 2023-01-03 - MEM Status.xlsx**
17K

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Jason Barton

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1.  1st Vice Chair
2.  2nd Vice Chair
3.  Treasurer
4.  District 2 Representative
5.  District 6 Representative
6.  District 8 Representative
7.  District 13 Representative
8.  District 14 Representative
9.  Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: JERRY E. BLOOM

Signature: *Jerry E Bloom*

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Scott Avery Byman_          Printed Name: _____

Signature: _Scott Byman_          Signature: _____


Printed Name: _____          Printed Name: _____

Signature: _____          Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Jason Brandenburg_

Signature: _[signature]_ 1/2/2023

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Joseph Brungardt_

Signature: _____

Printed Name: _Summer Powers_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN – FILL OFFICER VACANCIES**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: MARY BUZUMA

Signature: Mary Buzuma

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: ANGELA THORNTON

Signature: _____

Printed Name: DAVID Canny

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Leah Dailey
Signature:

Printed Name: Eve Ireland
Signature:

Printed Name: Anna Ireland
Signature: and Ireland

Printed Name:
Signature:

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: JONATHAN ELGAS

Signature: Jonathon Elgn

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: JASON FRALEY

Signature:

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _William J. Gelineau_          Printed Name: _____

Signature: _William J. Gel_                  Signature: _____

Printed Name: _Diane J. Gelineau_            Printed Name: _____

Signature: _____          Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Lavanna Gelineau

Signature: Lavanna Gelineau

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Joseph Oulotte_                     Printed Name: _____

Signature: _[signature]_                               Signature: _____


Printed Name: _____        Printed Name: _____

Signature: _____            Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: LISA LANE GIOIA

Signature: 

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Donna Gundle-King_

Signature: _Donna Gundle-King_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Daniel Gruszlynski

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: WILLIAM W. HALL

Signature: William W Hall

Printed Name: Vicki L. Hall

Signature: Vicki L Hall

Printed Name: Griffin D. Hall

Signature: Griffin D. Hall

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Andrew S. Hall

Signature: Andrew S. Hall

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: James L. Hudler

Signature:

Printed Name: Arthur W. Galick

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Frederick Horndt_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _Charles Horndf_

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Lawrence W Johnson_    Printed Name: _____

Signature: _Lawrence W Johnson_    Signature: _____

Printed Name: _____    Printed Name: _____

Signature: _____    Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Eric Larson  12-29-22

Signature:

Printed Name:

Signature:

Printed Name:

Signature:

Printed Name:

Signature:

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _James Lewis_          Printed Name: _____

Signature: _James Lewis_          Signature: _____

Printed Name: _____          Printed Name: _____

Signature: _____          Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Joseph H. LeBlanc_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Kyle McCauley

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _James Peace_

Signature: _[signature]_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Joe Pheniv_

Signature: _Joe Pheni_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days.... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Mike Saliba

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Emily Salvette_

Signature: _Emily Salvette_

Printed Name: _John A. Salvette_

Signature: _John A. Salvette_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention.", and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related co for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petiti will have the same legal effect as original signatures.

Printed Name: Gregg Smith

Signature: 

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Greg Stempfle_          Printed Name: _____

Signature: _____          Signature: _____


Printed Name: _____          Printed Name: _____

Signature: _____          Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Jami Van Alstine

Signature:

Printed Name: Debra Van Alstine

Signature: Debra Van Alstine

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _RAFAEL WOLF_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: Rodger Young

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - FILL OFFICER VACANCIES

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair and with vacancies in the positions of 1st Vice Chair, 2nd Vice Chair, and four of the Congressional District Representatives; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, The position of LPM Treasurer is vacant due to resignation; and

WHEREAS, The position of District 2 Representative is vacant due to resignation; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues-paying members both in Roberts Rules of Order and the LPM Bylaws; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of filling all vacancies on the LEC including those that the Judicial Committee asserts exist following their ruling including:

1. 1st Vice Chair
2. 2nd Vice Chair
3. Treasurer
4. District 2 Representative
5. District 6 Representative
6. District 8 Representative
7. District 13 Representative
8. District 14 Representative
9. Any other vacancies that may occur prior to or at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signatures.

Printed Name: _Tim fow_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: Jason Barton

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _JERRY E, BLOOM_

Signature: _Jerry E Bloom_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1.   Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2.   Filling the vacancy of Chair in the case of a successful motion of no confidence
3.   Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Jason Brandenburg_

Signature: _____ 1/2/2023

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Joseph Brungardt_

Signature: _____

Printed Name: _Summer Powers_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1.  Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2.  Filling the vacancy of Chair in the case of a successful motion of no confidence
3.  Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _MARY BUZUMA_

Signature _Mary Buzuma_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: Angela Thornton
Signature: Angel Thant

Printed Name: DAVID, CANNY
Signature:

Printed Name:
Signature:

Printed Name:
Signature:

Printed Name:
Signature:

Printed Name:
Signature:

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: Leah Dailey
Signature:

Printed Name: Anna Ireland
Signature: Ama Ireland

Printed Name: Eve Ireland
Signature:

Printed Name:
Signature:

Printed Name:
Signature:

Printed Name:
Signature:

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: JONATHAN ELLAS

Signature: _Jonathan Elya_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _____

Signature: _____

Prin _____

Sig _____

Printed Name: JASON FRALEY

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party…"

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: Jaronna Gelineau
Signature: Joranna M Gelineau

Printed Name: _____
Signature: _____

Printed Name: _____
Signature: _____

Printed Name: _____
Signature: _____

Printed Name: _____
Signature: _____

Printed Name: _____
Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _William J. Gelineau_

Signature: _Will J. Gel___

Printed Name: _Donna J Gelineau_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: LISA LANE-GIOIA

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1.   Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2.   Filling the vacancy of Chair in the case of a successful motion of no confidence
3.   Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Joseph P Gillotte_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Donna Gurdle-Kpeg_

Signature: _Donna Gurdle-King_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: James L. Hudler

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: Arthur W. Gulick

Signature:

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: WILLIAM W. HALL
Signature: William W. Hall

Printed Name: Vicki L. Hall
Signature: Vicki L. Hall

Printed Name: Griffin D. Hall
Signature: Griffin D. Hall

Printed Name: _____
Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Andrew S. Hall_                     Printed Name: _____
Signature: _Andrew S. Hall_                         Signature: _____


Printed Name: _____                  Printed Name: _____
Signature: _____                     Signature: _____


Printed Name: _____                  Printed Name: _____
Signature: _____                     Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1.    Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2.    Filling the vacancy of Chair in the case of a successful motion of no confidence
3.    Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: *Frederick Hornclt*

Signature: _____

Printed Name: *Charles Holndr*

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Lawrence W Johnson_  Printed Name: _____

Signature: _Lawn M Johnson_  Signature: _____

Printed Name: _____  Printed Name: _____

Signature: _____  Signature: _____

Printed Name: _____  Printed Name: _____

Signature: _____  Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _James Lewis_

Signature: _[signature]_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Joseph H LeBlanc_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1.   Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2.   Filling the vacancy of Chair in the case of a successful motion of no confidence
3.   Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Kyle Mcauley_                    Printed Name: _____

Signature: _____                    Signature: _____


Printed Name: _____                 Printed Name: _____

Signature: _____                    Signature: _____


Printed Name: _____                 Printed Name: _____

Signature: _____                    Signature: _____

**PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE**

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _James Peace_

Signature: _[signature]_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: Joe Pheniv

Signature: Joe plni

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Emily Salvette_

Signature: _Emily Salvette_

Printed Name: _John J. Salvette_

Signature: _John E. Salvette_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____



# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN – MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Gregg Simd_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Greg Stempfle_

Signature: _____

Printed Name: _____

Signature: _____


Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____


Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

## PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: *RAFAEL WOLF*

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

# PETITION TO THE LIBERTARIAN PARTY OF MICHIGAN - MOTION OF NO CONFIDENCE

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days... when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _____

Signature: _____

Printed Name: _Rodger Young_

Signature: _Rodger Young_

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

WHEREAS, The Judicial Committee of the Libertarian Party of Michigan (LPM) recently ruled on an appeal by Andrew Chadderdon and recommended overturning the actions of duly elected delegates at the July 9th convention; and

WHEREAS, The Judicial Committee's opinion is that the LPM Executive Committee (LEC) shall be reverted to its composition as of July 8th, with Mr. Chadderdon assuming the position of Chair; and

WHEREAS, to preserve the body's right of execution on Article VI, Section 3 of the LPM Bylaws, the elected LEC on July 9th acknowledges the Judicial Committee's opinion but abstains from executing such opinion as binding to guarantee a special convention; and

WHEREAS, Article XI, Section 2 of the LPM Bylaws provides that Robert's Rules of Order Newly Revised shall be the parliamentary authority for all matters of procedure not specifically covered by the bylaws or convention rules of the Party; and

WHEREAS, The ultimate authority of the Libertarian Party of Michigan is vested in its dues paying members both in Roberts Rules of Order and the LPM Bylaws ; and

WHEREAS, a Motion of No Confidence in Andrew Chadderdon was passed by two-thirds of voting delegates at the July 9th convention; and

WHEREAS, Andrew Chadderdon continues to display a habitual lack of ability to work with members dissenting from him; and

WHEREAS, Article VI, Section 3 of the LPM Bylaws provides that the "The Party shall hold a special convention within 45 days… when petitions are submitted by 10% of the current membership, specifying the purpose for the special convention."; and

WHEREAS, Article IX, Section 1 of the LPM Bylaws provides that the "The Libertarian Party of Michigan may hold electronic meetings for official party business of any recognized body of the State Party..."

THEREFORE, we, the undersigned members of the Libertarian Party of Michigan, demand the LEC call a Special Convention for the purposes of:

1. Considering a Motion of No Confidence in Andrew Chadderdon as Chair
2. Filling the vacancy of Chair in the case of a successful motion of no confidence
3. Filling any other vacancies that may occur at the convention

Such Special Convention shall be held within 45 days upon delivery of this petition to the Executive Committee. This Special Convention may be held via videoconference as a way to ensure maximum participation and reduce travel and related costs for delegates. If petitions in companion with this one are received on the same day, business shall be conducted in concurrent conventions on the same day. We intend that this petition may be signed in counterparts, which will be assembled and constitute a single document, and that scanned, facsimile and/or photographed signatures on this petition will have the same legal effect as original signature.

Printed Name: _Tim Yow_

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

Printed Name: _____

Signature: _____

| First | Last | Fill Vacancies | No Confidence | LPMI Member Status |
|---|---|---|---|---|
| Jason | Barton | Signed | Signed | Current |
| Jerry | Bloom | Signed | Signed | Current |
| Scotty | Boman | Signed | | Current |
| Jason | Brandenburg | Signed | Signed | Current |
| Joe | Brungardt | Signed | Signed | Current |
| Mary | Buzuma | Signed | Signed | Current |
| David | Canny | Signed | Signed | Current |
| Angela | Canny (Thornton) | Signed | Signed | Current |
| Leah | Dailey | Signed | Signed | Current |
| Jon | Elgas | Signed | Signed | Current |
| Jason | Fraley | Signed | Signed | New |
| Bill | Gelineau | Signed | Signed | Current |
| Donna | Gelineau | Signed | Signed | Lapsed |
| Claranna | Gelineau | Signed | Signed | Current |
| Jay | Gillotte | Signed | Signed | Current |
| Lisa | Gioia | Signed | Signed | Current |
| Donna | Grundle-Kreig | Signed | Signed | Current |
| Daniel | Grusczynski | Signed | | Current |
| Arthur | Gulick | Signed | Signed | Current |
| William | Hall | Signed | Signed | Current |
| Vicki | Hall | Signed | Signed | Current |
| Griffin | Hall | Signed | Signed | Current |
| Andrew | Hall | Signed | Signed | Current |
| Fred | Horndt | Signed | Signed | Current |
| Charles | Horndt | Signed | Signed | Current |
| James | Hudler | Signed | Signed | Current |
| Anna | Ireland | Signed | Signed | New |
| Eve | Ireland | Signed | Signed | New |
| Lawrence | Johnson | Signed | Signed | Current |
| Eric | Larson | Signed | | Current |
| Joseph | LeBlanc | Signed | Signed | Current |
| James | Lewis | Signed | Signed | Current |
| Kyle | McCauley | Signed | Signed | Current |
| James | Peace | Signed | Signed | Current |
| Joe | Phenix | Signed | Signed | Current |
| Summer | Powers | Signed | Signed | Current |
| Mike | Saliba | Signed | | Current |
| Emily | Salvette | Signed | Signed | Current |
| John | Salvette | Signed | Signed | Current |
| Gregg | Smith | Signed | Signed | Current |
| Gregory | Stempfle | Signed | Signed | Current |
| Jami | Van Alstine | Signed | | Current |
| Debra | Van Alstine | Signed | | Current |
| Rafael | Wolf | Signed | Signed | Current |
| Rodger | Young | Signed | Signed | Current |
| Tim | Yow | Signed | Signed | Current |

| | | |
|---|---|---|
| TOTAL "Current" + Signed | 42 | 36 |
| TOTAL MEMBERSHIP Jan 4, 2023 | 346 | 346 |
| 10% Membership | 35 | 35 |
| Special Convention ? | PASS | PASS |

| CountyName | Affiliate | CandidateVotes | Proportion of State Total | Delegate Count |
|---|---|---|---|---|
| CLINTON | Capitol Area | 495 | 0.93 | 2 |
| EATON | Capitol Area | 634 | 1.20 | 2 |
| INGHAM | Capitol Area | 1408 | 2.66 | 5 |
| SHIAWASSEE | Capitol Area | 424 | 0.80 | 1 |
| GENESEE | Genesee | 2015 | 3.80 | 7 |
| LENAWEE | Huron-Raisin | 561 | 1.06 | 2 |
| MONROE | Huron-Raisin | 899 | 1.70 | 3 |
| WASHTENAW | Huron-Raisin | 1850 | 3.49 | 6 |
| HILLSDALE | Jackson-Hillsdale | 238 | 0.45 | 1 |
| JACKSON | Jackson-Hillsdale | 802 | 1.51 | 3 |
| LAPEER | Lapeer | 578 | 1.09 | 2 |
| LIVINGSTON | Livingston | 1545 | 2.92 | 5 |
| MACOMB | Macomb | 4357 | 8.22 | 14 |
| ANTRIM | Northwest | 163 | 0.31 | 1 |
| BENZIE | Northwest | 95 | 0.18 | 0 |
| CHARLEVOIX | Northwest | 173 | 0.33 | 1 |
| GD. TRAVERSE | Northwest | 684 | 1.29 | 2 |
| KALKASKA | Northwest | 152 | 0.29 | 1 |
| LEELANAU | Northwest | 155 | 0.29 | 1 |
| MANISTEE | Northwest | 151 | 0.29 | 0 |
| MISSAUKEE | Northwest | 97 | 0.18 | 0 |
| WEXFORD | Northwest | 211 | 0.40 | 1 |
| OAKLAND | Oakland | 7144 | 13.48 | 24 |
| BERRIEN | Southwest | 798 | 1.51 | 3 |
| BRANCH | Southwest | 198 | 0.37 | 1 |
| CALHOUN | Southwest | 689 | 1.30 | 2 |
| CASS | Southwest | 246 | 0.46 | 1 |
| KALAMAZOO | Southwest | 1558 | 2.94 | 5 |
| ST. JOSEPH | Southwest | 295 | 0.56 | 1 |
| VAN BUREN | Southwest | 461 | 0.87 | 2 |
| CHEBOYGAN | Straits Area | 172 | 0.32 | 1 |
| EMMET | Straits Area | 231 | 0.44 | 1 |
| OTSEGO | Straits Area | 152 | 0.29 | 1 |
| PRESQUE ISLE | Straits Area | 73 | 0.14 | 0 |
| BAY | Unaffiliated Mid Michigan | 626 | 1.18 | 2 |
| GRATIOT | Unaffiliated Mid Michigan | 226 | 0.43 | 1 |
| ISABELLA | Unaffiliated Mid Michigan | 297 | 0.56 | 1 |
| MIDLAND | Unaffiliated Mid Michigan | 623 | 1.18 | 2 |
| SAGINAW | Unaffiliated Mid Michigan | 909 | 1.72 | 3 |
| ARENAC | Unaffiliated Mid-North | 94 | 0.18 | 0 |
| CLARE | Unaffiliated Mid-North | 146 | 0.28 | 0 |
| CRAWFORD | Unaffiliated Mid-North | 85 | 0.16 | 0 |
| GLADWIN | Unaffiliated Mid-North | 146 | 0.28 | 0 |
| IOSCO | Unaffiliated Mid-North | 150 | 0.28 | 0 |
| OGEMAW | Unaffiliated Mid-North | 118 | 0.22 | 0 |
| ROSCOMMON | Unaffiliated Mid-North | 132 | 0.25 | 0 |

| | | | | |
|---|---|---|---:|---:|---:|
| ALCONA | Unaffiliated NE Michigan | 57 | 0.11 | 0 |
| ALPENA | Unaffiliated NE Michigan | 188 | 0.35 | 1 |
| MONTMORENCY | Unaffiliated NE Michigan | 62 | 0.12 | 0 |
| OSCODA | Unaffiliated NE Michigan | 45 | 0.08 | 0 |
| HURON | Unaffiliated Thumb Area | 174 | 0.33 | 1 |
| ST. CLAIR | Unaffiliated Thumb Area | 1060 | 2.00 | 4 |
| SANILAC | Unaffiliated Thumb Area | 220 | 0.42 | 1 |
| TUSCOLA | Unaffiliated Thumb Area | 295 | 0.56 | 1 |
| ALGER | Upper Peninsula | 48 | 0.09 | 0 |
| BARAGA | Upper Peninsula | 35 | 0.07 | 0 |
| CHIPPEWA | Upper Peninsula | 199 | 0.38 | 1 |
| DELTA | Upper Peninsula | 203 | 0.38 | 1 |
| DICKINSON | Upper Peninsula | 116 | 0.22 | 0 |
| GOGEBIC | Upper Peninsula | 79 | 0.15 | 0 |
| HOUGHTON | Upper Peninsula | 217 | 0.41 | 1 |
| IRON | Upper Peninsula | 67 | 0.13 | 0 |
| KEWEENAW | Upper Peninsula | 13 | 0.02 | 0 |
| LUCE | Upper Peninsula | 24 | 0.05 | 0 |
| MACKINAC | Upper Peninsula | 50 | 0.09 | 0 |
| MARQUETTE | Upper Peninsula | 404 | 0.76 | 1 |
| MENOMINEE | Upper Peninsula | 96 | 0.18 | 0 |
| ONTONAGON | Upper Peninsula | 30 | 0.06 | 0 |
| SCHOOLCRAFT | Upper Peninsula | 47 | 0.09 | 0 |
| WAYNE | Wayne | 6317 | 11.92 | 21 |
| ALLEGAN | West | 753 | 1.42 | 2 |
| BARRY | West | 429 | 0.81 | 1 |
| IONIA | West | 389 | 0.73 | 1 |
| KENT | West | 3927 | 7.41 | 13 |
| LAKE | West | 38 | 0.07 | 0 |
| MASON | West | 170 | 0.32 | 1 |
| MECOSTA | West | 253 | 0.48 | 1 |
| MONTCALM | West | 390 | 0.74 | 1 |
| MUSKEGON | West | 943 | 1.78 | 3 |
| NEWAYGO | West | 317 | 0.60 | 1 |
| OCEANA | West | 146 | 0.28 | 0 |
| OSCEOLA | West | 124 | 0.23 | 0 |
| OTTAWA | West | 1801 | 3.40 | 6 |
| | | **52,982** | **100.00** | **175** |

| Affiliate / Unaffiliated Region | Delegate Cour |
|---|---:|
| Capitol Area | 10 |
| Genesee | 7 |
| Huron-Raisin | 11 |
| Jackson-Hillsdale | 3 |
| Lapeer | 2 |
| Livingston | 5 |
| Macomb | 14 |
| Northwest | 6 |

| | |
|---|---|
| Oakland | 24 |
| Southwest | 14 |
| Straits Area | 2 |
| Unaffiliated Mid Michigan | 9 |
| Unaffiliated Mid-North | 3 |
| Unaffiliated NE Michigan | 1 |
| Unaffiliated Thumb Area | 6 |
| Upper Peninsula | 5 |
| Wayne | 21 |
| West | 32 |
| **Total** | **175** |

TAB-delimited by County results found here https://mielections.us/election/results/2022GEN_CENR.html

**nt**

| Affiliate / Unaffiliated Region | Delegate Count |
|---|---|
| Capitol Area | 10 |
| Genesee | 7 |
| Huron-Raisin | 11 |
| Jackson-Hillsdale | 3 |
| Lapeer | 2 |
| Livingston | 5 |
| Macomb | 14 |
| Northwest | 6 |

| | |
|---|---|
| Oakland | 24 |
| Southwest | 14 |
| Straits Area | 2 |
| Unaffiliated Mid Michigan | 9 |
| Unaffiliated Mid-North | 3 |
| Unaffiliated NE Michigan | 1 |
| Unaffiliated Thumb Area | 6 |
| Upper Peninsula | 5 |
| Wayne | 21 |
| West | 32 |
| **Total** | **175** |