From: **Libertarian Party of Michigan** <no_reply@civi.michiganlp.net>
Date: Wed, Jun 7, 2023, 9:40 PM
Subject: HRLP & 2023 Ann Arbor Art Fair
To: Andrew Chadderdon <andrew.chadderdon@gmail.com>

Official communication from the Libertarian Party of Michigan

Dear Andrew,

The Huron-Raisin Libertarian Party (HRLP) is looking for volunteers for our annual booth at the Ann Arbor Art Fair.

The Ann Arbor Art Fair is a Midwest tradition that draws close to half a million attendees over three days in July. The largest juried art fair in the nation, the Ann Arbor Art Fair features nearly 1,000 artists and a footprint spanning 30 city blocks in downtown Ann Arbor. The Ann Arbor Art Fair is comprised of three independently juried, nonprofit art fairs that run concurrently: Ann Arbor Street Art Fair, The Original; Ann Arbor Summer Art Fair; and Ann Arbor State Street Art Fair.

The HRLP will have a booth for the following dates: July 20th, 21st, and 22nd.  Please send an email to Larry Johnson at michlibertarian@gmail.com if you wish to volunteer. With so many things happening in this state, it is a great opportunity to get into and engage with the community.  Oh and it's FUN!

Hope to see you there!

Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States

EXHIBIT 55