---------- Forwarded message ---------
From: <b.45.3738.e48a2819bf1d5c62@michiganlp.net>
Date: Thu, Jun 15, 2023, 3:09 PM
Subject: Chair: Update regarding recent .org mailing (resend)
To: Andrew Chadderdon <andrew.chadderdon@gmail.com>


--=_2c10beb8bb4a95277a696911602a4fa1
Content-Transfer-Encoding: 8bit
Content-Type: text/plain; charset=utf-8

Official communication from the Libertarian Party of Michigan


Fellow Michigan Libertarians:

You may have received an email dated June 12 from Connor Nepomuceno claiming a 30-day deadline before a "convention".

I would like to remind everyone that the Libertarian Party of Michigan held its convention on April 1 in Lansing, and to clarify that Mr. Nepomuceno is referring to an upcoming meeting planned by the Chadderdon group.

When you receive future correspondence from the "Libertarian Party of Michigan", it is advisable to check the sender to confirm that it is correspondence sent from the "michiganlp.net", which is us, the legitimate board of the LPM.

The email also asked that you pay your membership dues to the LNC Legal Defense Fund because they sabotaged our access to your bank account and members funds. You can be confident in our ability to process and track your membership and use all members funds to do the work of the party in Michigan. You can donate to the party or to the LPM Legal Defense Fund with confidence.

This confusion, which was created by and is being perpetuated by the Mises PAC-funded clique, is confusing for all of us, and I know we are all looking forward to the day when this matter is resolved.

Until then, if you do receive any notifications and are unsure as to whether our board has sent them, please don't hesitate to reach out to me personally or to other board members for confirmation.

Thank you again for your understanding, and for your dedication to true libertarian principles here in our state.

In Liberty,
Mike Saliba
Chair, Libertarian Party of Michigan

Donate to LPM Legal Defense [1]         EXHIBIT 56

Donate to LPM [2]
Join/Renew Membership [3]

Links:
------
[1] https://civi.michiganlp.net/civicrm/mailing/url/?u=45&qid=3738
[2] https://civi.michiganlp.net/civicrm/mailing/url/?u=46&qid=3738
[3] https://civi.michiganlp.net/civicrm/mailing/url/?u=47&qid=3738

To opt-out of all mailings: https://civi.michiganlp.net/civicrm/mailing/optout/?reset=1&jid=45&qid=3738&h=e48a2819bf1d5c62

PO Box 614
Royal Oak, MI 48068
United States