

EXHIBIT 57