From: **Libertarian Party of Michigan** <no_reply@civi.michiganlp.net>
Date: Fri, Jun 16, 2023, 5:10 PM
Subject: Stop the COP and Free the LP
To: Andrew Chadderdon <andrew.chadderdon@gmail.com>

Official communication from the Libertarian Party of Michigan



Dear Andrew,

"***We prefer to work with [the Republican Party], and not against [them]***" said the Libertarian Party of Colorado (LPCO), in a letter recently published by the Colorado Republican Party. The letter, which can be seen here, was blatantly offering to support Republican candidates. "If the Republican party runs candidates who support individual liberties, we will not run competing candidates in those races," said the statement signed by the Chair and Vice Chair of the LPCO.



**What does this have to do with the Libertarian Party of Michigan (LPM)?**
The situation in Colorado is simply the first publicly disclosed agreement to conspire with other political parties in such an overt manner. The idea of capitulating to the GOP, or any political party, is the biggest threat that the takeover interlopers have leveled against the Libertarian Party. If the LPM does not stand up against the minority element of the LPM constituting the **Chadderdon Organization Party (COP)**, we can expect a similar scenario to play out here.

As most of you know, the LNC, acting as a proxy for the COP, has filed a trademark lawsuit against several members of the LPM Executive Committee. A recent motion of theirs was rejected by the court for missing substantive content and lack of form. They were also ordered to comply with the

**EXHIBIT 58**

6/16/23, 9:10 AM The Libertarian Party Mail - #vol, Stop the COP and free the LPM email file composed party to all members up

Case 5:23-cv-11074-JEL-EAS ECF No. 17-10, PageID.1053 Filed 07/22/23 Page 2 of 2

local counsel requirement, meaning they would have to retain a new attorney. In response to the rejection, the attorney for the LNC sent a "settlement offer" to the LPM counsel demanding full capitulation to the LNC.

In a recent email to members, former LNC member and former LPM Communications Director Connor Nepomuceno (who is currently representing the COP and holding original LPM digital assets hostage) told members, "**the LPM Executive Committee has approved treating donations to the National Libertarian Party's Legal Defense Fund as membership dues**," because they are "**[unable] to accept donations, process new memberships, and facilitate renewals**" as the LPM.

***This is an attempt to siphon funds from the members of the LPM*** and redirect them to the organization that has filed a federal lawsuit against current and past leaders of the LPM, including 2022 candidate for Governor Mary Buzuma and 2022 candidate for Secretary of State Greg Stempfle. Like Colorado, the COP, in collusion with the LNC, is seeking to destroy the LPM as we know it.

We are faced with an unprecedented situation where our party is being threatened with complete irrelevance from within, under the incompetent central management of the LNC and the Mises PAC sponsored COP.

***The LPM is taking a stand against the LNC and their subservient COP. This assertion of our autonomy as an affiliate will have ripples through the entire national party. We have the authoritarians of the LNC on the ropes, but we need YOUR support!***

**Liberate Michigan** by donating to the **LPM Legal Defense fund** today!

In Liberty,
Mike Saliba,
Chair, Libertarian Party of Michigan

and
Brian Ellison,
Chair, LPM Fundraising Committee

Unsubscribe
PO Box 614
Royal Oak, MI 48068
United States