**ALL VOTES ARE LINKED TO THE EMAIL IN WHICH IT WAS CAST.**

| 20230206-02 | | | 2/8/23 | | | |
|---|---|---|---|---|---|---|

**Motion:** Move that the LNC direct the Party Chair to send a cease and desist letter to Mr. Brungardt as the identified Chair of the group falsely claiming to be the legitimate leadership of the Michigan affiliate of the national Libertarian Party regarding all related activities regarding that claim and the unauthorized use of our trademarks.

**Co-Sponsors:** Bowen, Ford, Harlos, Watkins

| Member/Alternate | Yes | No | Abst. | Did Not Vote | Alt Vote | Notes/Misc |
|---|---|---|---|---|---|---|
| Benner/Cowen | X | | | | | |
| Blankenship | | X | | | N/A | |
| Bowen | X | | | | N/A | |
| Duque/Yeniscavich | X | | | | | |
| Ecklund/Tuniewicz | | | X | | | |
| Eiler/Clark | X | | | | | |
| Elliott | X | | | | N/A | |
| Ford/Hall | X | | | | | |
| Gabbard/Pantke | | X | | | | |
| Hagopian | X | | | | N/A | |
| Harlos | X | | | | N/A | |
| McArdle | | | X | | N/A | |
| Nanna/Daniel | | X | | | | |
| Nekhaila | X | | | | N/A | |
| Rufo | X | | | | N/A | |
| Smith | X | | | | N/A | |
| Watkins/Dassing | X | | | | | |
| **RUNNING TOTAL** | **12** | **3** | **2** | **0** | With a vote of 12-3-2-0 the Motion PASSED. | |
| Tally last updated at: | | 12:06:38 PM | | 7/16/2023 | | |
| Secretary's Notes: | | | | | | |

EXHIBIT 60