

Secretary LNC <secretary@lp.org>

---

## [LNC Contact] Mike Saliba
9 messages

---

**Libertarian Party** <noreply@my.lp.org>  Mon, Mar 6, 2023 at 6:39 PM
Reply-To: TheMikeSaliba@yahoo.com
To: lnc-region1@lp.org, lnc-region2@lp.org, lnc-region3@lp.org, lnc-region4@lp.org, lnc-region5@lp.org, lnc-region6@lp.org, lnc-region7@lp.org, lnc-region8@lp.org, chair@lp.org, vicechair@lp.org, secretary@lp.org, treasurer@lp.org

**Contact LNC Members**

Contact the LNC

**First Name**

Mike

**Last Name**

Saliba

**Email Address**

TheMikeSaliba@yahoo.com

**Note**

To The Members of The LNC,
As of this afternoon, Ms. McArdle has received a letter from my attorney representing the true Libertarian Party of Michigan. This letter should also be taken as the basis for my appeal to the Judicial Committee against Ms. McArdle's recent use of party resources, including an email sent to the entire membership in Michigan on Sunday, March 5th, in violation of our bylaws. Our bylaws clearly state : "The autonomy of the affiliate and sub-affiliate parties shall not be abridged by the National Committee or any other committee of the Party, except as provided by these bylaws.". As far as the situation in Michigan, Andrew Chadderdon has made it clear with the letters sent by his attorney that he wishes to settle this in court. This is a Michigan dispute and it will be settled in Michigan. This dispute has not been adjudicated in anyway at the national level and it is completely inappropriate for party resources to be used to aide the personal preference of members of this committee.

Copies of the letter sent to Ms. McArdle can be provided upon request at the email address used to fill out this contact form.

Mike Saliba,
True Chair,
Libertarian Party of Michigan

---

**Secretary LNC** <secretary@lp.org>  Mon, Mar 6, 2023 at 6:44 PM
To: TheMikeSaliba@yahoo.com
Cc: chair@lp.org, lnc-region1@lp.org, lnc-region2@lp.org, lnc-region3@lp.org, lnc-region4@lp.org, lnc-region5@lp.org, lnc-region6@lp.org, lnc-region7@lp.org, lnc-region8@lp.org, treasurer@lp.org, vicechair@lp.org

Mr Saliba. You must appeal to the JC not LNC.

And there was no decision of the LNC - refusal to vote to deny authority is not a decision.

But as I told you multiple times, you can appeal an alleged constructive disaffiliation. Your time on that is running out. The JC determines the start date but it seems to me (and again I might be wrong) it could expire 3/13.

EXHIBIT 62

I will send you privately, copying the chair, how to appeal to the JC
[Quoted text hidden]
--

**In Liberty, Caryn Ann Harlos**
**LNC Secretary and LP Historical Preservation Committee Chair ~ 561.523.2250**

---

**Secretary LNC** <secretary@lp.org>  Mon, Mar 6, 2023 at 6:49 PM
To: TheMikeSaliba@yahoo.com
Cc: chair@lp.org, lnc-region1@lp.org, lnc-region2@lp.org, lnc-region3@lp.org, lnc-region4@lp.org, lnc-region5@lp.org, lnc-region6@lp.org, lnc-region7@lp.org, lnc-region8@lp.org, treasurer@lp.org, vicechair@lp.org

Actually there might be one other provision - the vote on the cease and desist letter. I will send you the provisions on both.

Why and I doing this? Not because I agree with you but because you have all of these rights, and I wish you to be able to exercise them before the clock runs out.

**In Liberty, Caryn Ann Harlos**
**LNC Secretary and LP Historical Preservation Committee Chair ~ 561.523.2250**

[Quoted text hidden]

---

**Mike Saliba** <themikesaliba@yahoo.com>  Mon, Mar 6, 2023 at 7:00 PM
To: Secretary LNC <secretary@lp.org>

Thank you,

To clarify, I was already in the process of contacting the JC directly when I received your email. I felt it was necessary to make the LNC aware of the current situation first. That being said, I await your input for filing with the JC, it's my first time.

As for some other things

"And there was no decision of the LNC - refusal to vote to deny authority is not a decision." - Making the decision to email all the members in Michigan is a decision. It's the decision to use national party resources on a local dispute.

"But as I told you multiple times..." - We never discussed any of this.

"The JC determines the start date but it seems to me (and again I might be wrong) it could expire 3/13." - What are you basing this on, the offending email was sent last night?


[Quoted text hidden]

---

**Secretary LNC** <secretary@lp.org>  Mon, Mar 6, 2023 at 7:02 PM
To: Mike Saliba <themikesaliba@yahoo.com>

Call me and I will explain

5615232250
[Quoted text hidden]

---

**Secretary LNC** <secretary@lp.org>  Mon, Mar 6, 2023 at 7:20 PM
To: Mike Saliba <themikesaliba@yahoo.com>

Or don't.

Feel free to argue to JC that the email is a decision of the LNC. I don't believe it is (see RONR 1:6) but I'm not the JC.

I'm telling you all this because I want you to present a case that doesn't get thrown out.

You don't have to pick just one. You can file on many grounds.

There is no time frame I see for the LNC decision appeal but read bylaws for yourself, I could be wrong. You do need petitions.

You get an automatic appeal for constructive disaffiliation if the JC follows past practice (they are not obligated to) but that has a time frame.

PLEASE read national bylaws yourself as I might be missing something.
[Quoted text hidden]

---

**Mike Saliba** <themikesaliba@yahoo.com>                                                        Mon, Mar 6, 2023 at 7:49 PM
Reply-To: Mike Saliba <themikesaliba@yahoo.com>
To: secretary@lp.org

It's a bit late on a Monday for a phone call, thank you for offering.

As I stated, I feel the dispute in Michigan will be resolved in Michigan by my attorney and Mr. Chadderdons.

As a dues paying member of the national party, I do not want the LNC using the resources I pay for with my donations to interfere in that process. That is this issue I want handled internally by the party through the JC

All other matters can be handled through my attorney

---

**Secretary LNC** <secretary@lp.org>                                                             Mon, Mar 6, 2023 at 7:54 PM
To: Mike Saliba <themikesaliba@yahoo.com>

I based the 3/13 on the date the case and desist motion passed.

The "I told you several times" was meant less literally. I posted this in the FB group which I assumed you saw. I could have assumed wrong.

You can file a petition via automatic right for constructive disaffiliation AND one based on sigs. I did that in DE.
[Quoted text hidden]

---

**Secretary LNC** <secretary@lp.org>                                                             Mon, Mar 6, 2023 at 7:56 PM
To: Mike Saliba <themikesaliba@yahoo.com>

Okay have a good night.
[Quoted text hidden]
--
[Quoted text hidden]



Secretary LNC <secretary@lp.org>

# National JC appeal
1 message

**Secretary LNC** <secretary@lp.org>  
To: TheMikeSaliba@yahoo.com, Angela McArdle <chair@lp.org>

Mon, Mar 6, 2023 at 6:56 PM

First Article 5:6 - though it mentions disaffiliation, constructive disaffiliation has been recognized by the JC as late as last year in the DE matter.  The deadline on that appear to run 30 days after that letter was received.  You have the letter and can calculate that.

If you think the cease and desist letter was an LNC decision that violated some autonomy, look at Article 7, Section 12.  That requires a petition of a certain number of signatures.

Proceeding under Article 5:6 does not require a petition but can be done by you alone.]

Here is the jurisdiction of the national JC
2. The subject matter jurisdiction of the Judicial Committee is limited to consideration of only those matters expressly identified as follows: a. suspension of affiliate parties (Article 5, Section 6), b. suspension of officers (Article 6, Section 7), c. suspension of National Committee members-at-large (Article 7, Section 5), d. voiding of National Committee decisions (Article 7, Section 12), e. challenges to platform planks (Rule 5, Section 7), f. challenges to resolutions (Rule 6, Section 2), and g. suspension of Presidential and Vice-Presidential candidates (Article 14, Section 5).

You file a petition by sending it to the JC to jc@lp.org

If you cc me and the Chair we can make sure they got it.

**In Liberty, Caryn Ann Harlos**  
**LNC Secretary and LP Historical Preservation Committee Chair ~ 561.523.2250**