

**Secretary LNC <secretary@lp.org>**

---

## Libertarian Party of Michigan

**Stephan Kinsella** <nskinsella@gmail.com>                          Sun, Jul 16, 2023 at 6:00 PM
To: Secretary LNC <secretary@lp.org>
Cc: Rob Latham <freeutahns@gmail.com>, LP Judicial Committee 2022-2026 <lp-jc-2022@googlegroups.com>

Dear Madame Secretary:

I confirm that the Judicial Committee has not received any appeal from any person regarding any alleged disaffiliation of the state party in Michigan or any appeals via petition for any decision of the LNC regarding the state party in Michigan.

Stephan Kinsella
Chair
Libertarian Judicial Committee
[Quoted text hidden]
--

N. Stephan Kinsella
nskinsella@gmail.com
(+1) 713-416-0006
@nskinsella
US CENTRAL TIME ZONE (CST)

EXHIBIT 63