## 5) Permissible Use of Trademarks

The following are permitted to use the Party trademarks:

    a.  The Party and any recognized state-level affiliate and their properly chartered sub-affiliates.

    b.  Any other organization or group, that does not function as a party nor hold themselves out as a party, but identify as part of the Libertarian Party, such as caucuses or social groups formed in support of the Libertarian Party, provided the following:

        1.  Their leadership are members of a state Party and/or the national Party and their goals include supporting and recruiting members into the Party at a state and/or national level.
        2.  They take no stance contrary to the Party's Statement of Principles;
        3.  They only endorse or fund candidates in partisan races that are members of a state Party and/or the national Party and are not members of any other Party;
        4.  They do not function as, or hold themselves out as, or register with any entity or election board as, a political party.

For any entity other than the recognized state-level affiliate and their properly chartered sub-affiliates, the LNC may revoke this permission, for failure to follow any of the above guidelines or conducting themselves in a manner harmful to the image of the Party.

EXHIBIT 64