**% OF ACTIVE MEMBERS VS. REGISTERED LIBERTARIAN VOTERS BY STATE**

| STATE | Tl Reg Voters | Reg Lib | % Reg L to Tl Reg | Total Active By State | Active to Registered | STATE | Tl Reg Voters | Reg Lib | % Reg L to Tl Reg | Total Active By State | Active to Registered |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 602,262 | 7,009 | 1.16% | 66 | 0.94% | MT | 696,292 | 0 | n/a | 74 | n/a |
| AL | 3,500,894 | 0 | n/a | 208 | n/a | NC | 7,417,462 | 50,231 | 0.68% | 427 | 0.85% |
| AR | 1,803,017 | 725 | 0.04% | 103 | 14.21% | ND | 581,379 | 0 | n/a | 34 | n/a |
| AZ | 4,143,929 | 32,148 | 0.78% | 395 | 1.23% | NE | 1,243,241 | 18,373 | 1.48% | 94 | 0.51% |
| CA | 21,940,274 | 231,459 | 1.05% | 1,579 | 0.68% | NH | 870,802 | 0 | n/a | 231 | n/a |
| CO | 3,806,454 | 41,052 | 1.08% | 524 | 1.28% | NJ | 6,505,751 | 23,478 | 0.36% | 349 | 1.49% |
| CT | 2,237,016 | 3,351 | 0.15% | 180 | 5.37% | NM | 1,362,028 | 14,828 | 1.09% | 136 | 0.92% |
| DC | 503,740 | 2,368 | 0.47% | 28 | 1.18% | NV | 1,853,980 | 16,330 | 0.88% | 209 | 1.28% |
| DE | 764,765 | 2,211 | 0.29% | 69 | 3.12% | NY | 12,124,249 | 19,420 | 0.16% | 682 | 3.51% |
| FL | 14,503,978 | 39,451 | 0.27% | 856 | 2.17% | OH | 7,774,767 | 0 | n/a | 672 | n/a |
| GA | 7,729,838 | 0 | n/a | 505 | n/a | OK | 2,225,086 | 19,974 | 0.90% | 138 | 0.69% |
| HI | 832,000 | 0 | n/a | 15 | n/a | OR | 2,976,195 | 20,914 | 0.70% | 196 | 0.94% |
| IA | 1,878,721 | 12,100 | 0.64% | 144 | 1.19% | PA | 8,866,603 | 44,912 | 0.51% | 714 | 1.59% |
| ID | 1,006,180 | 11,356 | 1.13% | 125 | 1.10% | RI | 720,169 | 0 | n/a | 35 | n/a |
| IL | 8,364,999 | 0 | n/a | 505 | n/a | SC | 3,513,225 | 0 | n/a | 251 | n/a |
| IN | 4,753,703 | 0 | n/a | 556 | n/a | SD | 597,148 | 2,802 | 0.47% | 47 | 1.68% |
| KS | 1,957,576 | 21,164 | 1.08% | 150 | 0.71% | TN | 3,931,248 | 0 | n/a | 365 | n/a |
| KY | 3,590,797 | 15,594 | 0.43% | 188 | 1.21% | TX | 16,211,198 | 0 | n/a | 1,221 | n/a |
| LA | 3,016,626 | 16,180 | 0.54% | 163 | 1.01% | UT | 1,690,176 | 20,461 | 1.21% | 178 | 0.87% |
| MA | 4,884,076 | 17,493 | 0.36% | 304 | 1.74% | VA | 5,975,696 | 0 | n/a | 631 | n/a |
| MD | 4,173,661 | 17,712 | 0.42% | 300 | 1.69% | VT | 495,267 | 0 | n/a | 38 | n/a |
| ME | 904,674 | 942 | 0.10% | 82 | 8.70% | WA | 4,861,482 | 0 | n/a | 511 | n/a |
| MI | 8,127,040 | 0 | n/a | 509 | n/a | WI | 3,684,726 | 0 | n/a | 298 | n/a |
| MN | 3,588,563 | 0 | n/a | 263 | n/a | WV | 1,153,130 | 10,025 | 0.87% | 99 | 0.99% |
| MO | 4,213,092 | 0 | n/a | 304 | n/a | WY | 297,639 | 2,250 | 0.76% | 59 | 2.62% |
| MS | 1,985,928 | 0 | n/a | 100 | n/a | XX Est. | 4,238,107 | 0 | n/a | 76 | n/a |
| | | | | | | Totals | 216,680,849 | 736,313 | 0.67% | 15,986 | 2.17% |

*Reg totals provided by ballot-access.org & worldpopulationreview.com - last update 02/04/23*

EXHIBIT 65