

# Libertarian Party of Michigan

News | Images | Videos | Shopping | Maps | Books | Flights | Finance

About 6,900,000 results (0.36 seconds)

 Libertarian Party of Michigan
https://michiganlp.org

### Libertarian Party of Michigan

The **Libertarian Party of Michigan** offers an alternative to the old parties, supporting your freedom on all issues, all of the time.

#### 2022 Candidates
Statewide Election · Governor. Mary Buzuma. Email: campaign ...

#### Platform
The Libertarian Party does not believe in or advocate the ...

#### Leadership
The Libertarian Party of Michigan is managed by an Executive ...

#### Events
The Libertarian Party is committed to America's heritage of freedom ...

More results from michiganlp.org »

 michiganlp.net
https://michiganlp.net

### Libertarian Party of Michigan [Official] – The Official Page of ...

Libertarians are practical. We know that we can't make the world perfect. But, it can be better. The **Libertarian Party** is the only political party that ...

News · About · Get Involved · Donate

EXHIBIT 66