Meeting Minutes

Libertarian Party of Michigan Libertarian Executive Committee Meeting

Zoom

26 February 2023

REMIND CHAIR TO RECORD

- Call to order @ 19:40
- Roll Call:
    - Andrew Chadderdon, Chair
    - Vacant, 1st Vice Chair
    - Vacant, 2nd Vice Chair
    - Daniel Ziemba, Secretary
    - Vacant, Treasurer
    - Ryan Roberts, District 1
    - Vacant, District 2
    - Jordan Martin, District 3
    - Rick Thelen, District 4
    - Dave Canny, District 5 (not participating as a board member)
    - Larry Henneman, District 6
    - Brian Ellison, District 7 (no response, but noticed in audience)
    - Trevor Step, District 8
    - Mike Saliba, District 9 Mike S states he is "chair of the legitimate board" and does not recognize this as the LEC, and will joing this
    - Joe Brungardt, District 10 (resignation pending)
    - Bruce Jaquays, District 11
    - Daniel Muehl-Miller, District 12
    - Dave Franklin, District 13
    - Jeff Pittel, District 14
    - Connor Nepomuceno, Comm. Director (absent)
    - Jeff Pittel, Membership Committee Chair
    - Scotty Boman, Newsletter Committee Chair
        - Scotty B asserts he is District 14 Representative; this is contradicted by Andrew C, clarifying the Judicial Committee
    - Stephanie Dunn, Legislative Committee Chair
    - Mark King, IT Director (absent)
    - Greg Stempfle (Historical Committee Chair)
    - Larry Johnson (Membership Committee)
    - Leah Dailey (Membership Committee)
    - Tim Yow (guest)
    - Ben Boren (guest)
    - Bob Roddis (guest)
    - Justin Miramonti (guest)
    - Jon Elgas (guest)
    - Larry Ludlow (guest)
    - Dominic Thelen (guest)

EXHIBIT 68

- 
    - Patrick Henry (guest)
    - Ben DeJong (guest)
    - Jason Rees (guest)
    - Kevin Ellis (guest)
    - Forrest Dunn (guest)
    - Jim Schell (guest)
    - Greg Black (guest)
    - Andy ??? (guest)
    - Tori Hinrichs( guest) ('hein-ricks')
    - William "Andy" Conger (guest)
    - Andrew Duke (guest)
    - Andy Evans (guest)
    - Jonathan (JJ) Jacobs (guest)
    - Dana Carver (guest)
- Bruce J moves to ratify this as a regular meeting since it was called by the Chair rather than during the previous meeting.
    - 2nded
        - Andrew Chadderdon, Chair ABS
        - Rick Thelen, District 4 YES
        - ~~Dave Canny, District 5 YES~~
        - Larry Henneman, District 6 YES
        - Brian Ellison, District 7 ABS
        - Trevor Step, District 8 YES
        - ~~Mike Saliba, District 9 YES~~
        - Joe Brungardt, District 10 YES
        - Bruce Jaquays, District 11 YES
        - Daniel Muehl-Miller, District 12 YES
        - Dave Franklin, District 13 YES
        - Jeff Pittel, District 14 ABS
        - Vacant, 1st Vice Chair XXX
        - Vacant, 2nd Vice Chair XXX
        - Daniel Ziemba, Secretary YES
        - Vacant, Treasurer XXX
        - Ryan Roberts, District 1 YES
        - Vacant, District 2 XXX
        - ~~Jordan Martin, District 3 YES~~
            - YES/NO/ABSTAIN: 9/0/3
            - Motion PASSES
- Approval of agenda
    - Agenda approved without objection by voice vote
- Bruce J moves to ratify the 25 January meeting as a regular meeting (for same reason as above).
    - 2nded
    - Approved without objection by voice vote
- Approval of previous meeting minutes (25 Jan 2023)
    - Approved without objection
- Officer and Committee Chair Reports

- Chair, Andrew C
    - Discusses the existence of an illegitimate board purporting to be the LP of MI, which has created a duplicate website to raise funds, distributed a number of emails to contacts obtained via NDA violations, and has ignored cease and desist letters issued.
    - Preparations for the 1 April Wixom convention will proceed as previously approved.
- 1st Vice Chair, Vacant
- 2nd Vice Chair, Vacant
- Secretary, Dan Z
- Judicial Committee Report, Connor Nepomuceno (presented by Dan Z)
- Treasurer, Vacant
- Membership, Jeff P
    - Increase in membership noted as of 31 Jan
- Communications Director, Connor N
- Newsletter, Scotty B
    - Scotty B notes his intent to comply with the requirement to mention only the Wixom convention in any Newsletter article
- Campaign Support Committee, Jami VA
- Legislative Committee, Stephanie D
- IT Director, Mark K
- Historical, Greg S

- New Business
    - Acknowledgement of Joe B's resignation
    - Funding Request – Jeff P
        - Jeff P notes request for $113 reimbursement as approved on 25 Jan
        - Also need ~$60 reimbursement request approved for mailings of lifetime memberships
        - Inquires as to budget for Membership Committee, and requests that prior $500 budget be increased
        - Jeff P moves to authorize up to $400 for Membership Committee expenses (including expenses noted above)
            - 2nded
            - Approved without objection by voice vote
    - Funding approval – Eric Doster attorney fees ($6,605)

Dave C joins the meeting, stating he is present as an observer only and will not participate as a member of the LEC

- Trevor S moves to approve payment
    - 2nded
        - Andrew Chadderdon, Chair ABS
        - Ryan Roberts, District 1 YES
        - Vacant, District 2 XXX
        - ~~Jordan Martin, District 3 YES~~
        - Rick Thelen, District 4 YES
        - ~~Dave Canny, District 5 YES~~
        - Larry Henneman, District 6 YES

- o Brian Ellison, District 7 ABS
- o Trevor Step, District 8 YES
- o ~~Mike Saliba, District 9 YES~~
- o ~~Joe Brungardt, District 10 YES~~
- o Bruce Jaquays, District 11 YES
- o Daniel Muehl-Miller, District 12 YES
- o Dave Franklin, District 13 YES
- o Jeff Pittel, District 14 NO
- o Vacant, 1st Vice Chair XXX
- o Vacant, 2nd Vice Chair XXX
- o Daniel Ziemba, Secretary YES
- o Vacant, Treasurer XXX
    - YES/NO/ABSTAIN: 8/1/2
    - Motion PASSES
- o Treasurer Position – Removal in respect of resignation request from Norm Peterson per Article III Section 10 mechanism for missing 3 meetings, and thank him for his long service to the board.
    - Ryan R moves to remove Norm P per the above
        - 2nded
        - Approved without objection by voice vote

Chair Andrew C warns Brian E that any further interruption will result in his removal from the meeting (due to a non-relevant statement during the voice vote)

- o Appoint Treasurer (and possibly Assistant Treasurer)
    - Dan Z nominates both Tori H and Greg B
        - Tori H notes she recently moved to MI from NE. Has experience as treasurer of a college group, and as a campaign participant in election efforts and steering committees previously.
            - o Jeff P inquires whether Tori H has a background in accounting.
                - Tori H notes she has a degree in biology and is familiar with spreadsheets, but does not have an explicit background in accounting.
        - Greg B notes he ran for State Rep in his District in 2022 (including campaign finance handling), ran his own business (including managing financial books)
        - Bruce J inquires where each of the nominees is located in MI
            - o Greg B notes he lives in Mt. Pleasant in an unaffiliated area
            - o Tori H notes she lives in Kent County (West Michigan)
        - Jeff P inquires how much time each nominee has available to devote to the role
            - o Greg B notes he is generally free 3 days per week and can dedicate significant time
            - o Tori H states she is similarly available and can devote significant time per week

- Andrew C inquires whether either would be willing to serve as Assistant Treasurer if not elected Treasurer?
    - Both respond affirmatively.
- Roll Call Vote
    - Andrew Chadderdon, Chair ABS
    - Daniel Ziemba, Secretary GB
    - Vacant, Treasurer XXX
    - Ryan Roberts, District 1 GB
    - Vacant, District 2 XXX
    - ~~Jordan Martin, District 3 YES~~
    - Rick Thelen, District 4 GB
    - ~~Dave Canny, District 5 YES~~
    - Larry Henneman, District 6 GB
    - Brian Ellison, District 7 ABS
    - Trevor Step, District 8 TH
    - ~~Mike Saliba, District 9 YES~~
    - ~~Joe Brungardt, District 10 YES~~
    - Bruce Jaquays, District 11 TH
    - Daniel Muehl-Miller, District 12 GB
    - Dave Franklin, District 13 GB
    - Jeff Pittel, District 14 GB
    - Vacant, 1st Vice Chair XXX
    - Vacant, 2nd Vice Chair XXX
        - YES/NO/ABSTAIN: GB: 8/TH: 2/ABS: 2
        - Greg B elected Treasurer
- Trevor S nominates Tori H for Assistant Treasurer
    - 2nded
    - Tori H accepts the nomination
        - Approved without objection
- Ruling on the conditional approval of the 3rd petition for special convention (regarding investigatory committee)
    - Jeff P notes that all petitions submitted met the 10% membership threshold for signatures
- Approve secretary to prepare and issue 30 day call to special convention
    - 1 April 2023, start of business at 09:00 at VFW Post #2269 at 2652 Loon Lake Rd
    - Registration web page needed
    - Business to include:
        - Filling of vacancies as noted in petitions
        - Motion of no confidence in the chair
        - Motion of appoint investigatory committee
    - Bruce J moves to approve the above Call to Convention
        - 2nded
        - Approved without objection by voice vote
- Motions of no confidence in LEC members who have participated in the illegitimate board purporting to represent the Libertarian Party of Michigan, including:

- Jordan Martin, District 3 Representative
    - Dan Z moves this motion of no confidence
        - 2nded
        - Andrew Chadderdon, Chair ABS
        - Jeff Pittel, District 14 NO
        - Vacant, 1st Vice Chair XXX
        - Vacant, 2nd Vice Chair XXX
        - Daniel Ziemba, Secretary YES
        - Greg Black, Treasurer YES
        - Ryan Roberts, District 1 YES
        - Vacant, District 2 XXX
        - ~~Jordan Martin, District 3 YES~~
        - Rick Thelen, District 4 YES
        - ~~Dave Canny, District 5 YES~~
        - Larry Henneman, District 6 YES
        - Brian Ellison, District 7 ABS
        - Trevor Step, District 8 ABS
        - ~~Mike Saliba, District 9 YES~~
        - ~~Joe Brungardt, District 10 YES~~
        - Bruce Jaquays, District 11 YES
        - Daniel Muehl-Miller, District 12 YES
        - Dave Franklin, District 13 YES
            - YES/NO/ABSTAIN: 8/1/3
            - Motion PASSES; District 3 Representative seat now vacant
    - Andrew C requests a statement from Brian E stating he is not participating in the meeting (pertaining to repeated interruptions), or that he is, which will result in a vote of whether to remove him from the meeting.
        - Vote to remove Brian E from the meeting
            - Andrew Chadderdon, Chair ABS
            - Dave Franklin, District 13 YES
            - Jeff Pittel, District 14 ABS
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary YES
            - Greg Black, Treasurer ABS
            - Ryan Roberts, District 1 YES
            - Vacant, District 2 XXX
            - ~~Jordan Martin, District 3 YES~~
            - Rick Thelen, District 4 YES
            - ~~Dave Canny, District 5 YES~~
            - Larry Henneman, District 6 NO
            - Brian Ellison, District 7 ABS
            - Trevor Step, District 8 YES
            - ~~Mike Saliba, District 9 YES~~
            - ~~Joe Brungardt, District 10 YES~~

- - - Bruce Jaquays, District 11 YES
    - Daniel Muehl-Miller, District 12 YES
      - YES/NO/ABSTAIN: 7/0/4
      - Motion PASSES; Andrew C notes that Brian E already exited the meeting
  - Dave Canny, District 5 Representative

Greg B noted no longer present

- - Dave F moves this motion of no confidence
    - 2nded
      - Andrew Chadderdon, Chair ABS
      - Daniel Muehl-Miller, District 12 YES
      - Dave Franklin, District 13 YES
      - Jeff Pittel, District 14 NO
      - Vacant, 1st Vice Chair XXX
      - Vacant, 2nd Vice Chair XXX
      - Daniel Ziemba, Secretary YES
      - ~~Greg Black, Treasurer ABS~~
      - Ryan Roberts, District 1 YES
      - Vacant, District 2 XXX
      - ~~Jordan Martin, District 3 YES~~
      - Rick Thelen, District 4 YES
      - ~~Dave Canny, District 5 YES~~
      - Larry Henneman, District 6 YES
      - ~~Brian Ellison, District 7 ABS~~
      - Trevor Step, District 8 ABS
      - ~~Mike Saliba, District 9 YES~~
      - ~~Joe Brungardt, District 10 YES~~
      - Bruce Jaquays, District 11 YES
        - YES/NO/ABSTAIN: 7/1/2
        - Motion PASSES; District 5 Representative seat now vacant
  - Brian Ellison, District 7 Representative
    - Larry H moves this motion of no confidence
      - 2nded
        - Andrew Chadderdon, Chair ABS
        - Bruce Jaquays, District 11 YES
        - Daniel Muehl-Miller, District 12 YES
        - Dave Franklin, District 13 YES
        - Jeff Pittel, District 14 ABS
        - Vacant, 1st Vice Chair XXX
        - Vacant, 2nd Vice Chair XXX
        - Daniel Ziemba, Secretary YES
        - ~~Greg Black, Treasurer ABS~~
        - Ryan Roberts, District 1 YES
        - Vacant, District 2 XXX
        - ~~Jordan Martin, District 3 YES~~

- - - - -
        - Rick Thelen, District 4 YES
        - ~~Dave Canny, District 5 YES~~
        - Larry Henneman, District 6 YES
        - ~~Brian Ellison, District 7 ABS~~
        - Trevor Step, District 8 ABS
        - ~~Mike Saliba, District 9 YES~~
        - ~~Joe Brungardt, District 10 YES~~
          - YES/NO/ABSTAIN: 7/0/3
          - Motion PASSES; District 7 Representative seat now vacant
      - Mike Saliba, District 9 Representative
  - Andrew C warns Mike S against further interruptions because he is not participating in the meeting
    - Larry H requests that Mike S be allowed to speak within reason
      - Trevor S objects to this request
        - Daniel MM moves this motion of no confidence
          - 2nded
            - Andrew Chadderdon, Chair ABS
            - Larry Henneman, District 6 ABS
            - ~~Brian Ellison, District 7 ABS~~
            - Trevor Step, District 8 YES
            - ~~Mike Saliba, District 9 YES~~
            - ~~Joe Brungardt, District 10 YES~~
            - Bruce Jaquays, District 11 YES
            - Daniel Muehl-Miller, District 12 YES
            - Dave Franklin, District 13 YES
            - Jeff Pittel, District 14 NO
            - Vacant, 1st Vice Chair XXX
            - Vacant, 2nd Vice Chair XXX
            - Daniel Ziemba, Secretary YES
            - ~~Greg Black, Treasurer ABS~~
            - Ryan Roberts, District 1 YES
            - Vacant, District 2 XXX
            - ~~Jordan Martin, District 3 YES~~
            - Rick Thelen, District 4 YES
            - ~~Dave Canny, District 5 YES~~
              - YES/NO/ABSTAIN: 7/1/2
              - Motion PASSES; District 9 Representative seat now vacant
      - Joe Brungardt, District 10 Representative – Note: Andrew C previously noted this motion is moot due to Joe B's resignation
  - Open Floor
    - Tim Y states that his and Ben B's resignations were never accepted according to prior statements by Andrew C
    - Tim Y, Ben B, and Mike S removed for repeated interruptions
    - Jon E removed for interruptions
    - Dave F objects to a request by Scotty B to comment

- - - o Dave F objections to a request by Andrew D to comment
      - Larry H moves to suspend the rules to allow Andrew D to speak
        - 2nded
        - Motion passes without objection by voice vote
      - Larry H moves to suspend the rules to allow Scotty B to speak
        - 2nded
        - Motion passes with a couple objections by voice vote
      - Bruce J moves to extend the meeting by 15 minutes (to 21:45)
        - 2nded
        - Approved without objection
        - Vote on Larry H motion regarding Scotty B
          - Andrew Chadderdon, Chair ABS
          - Rick Thelen, District 4 YES
          - ~~Dave Canny, District 5 YES~~
          - Larry Henneman, District 6 YES
          - ~~Brian Ellison, District 7 ABS~~
          - Trevor Step, District 8 YES
          - ~~Mike Saliba, District 9 YES~~
          - ~~Joe Brungardt, District 10 YES~~
          - Bruce Jaquays, District 11 YES
          - Daniel Muehl-Miller, District 12 YES
          - Dave Franklin, District 13 ABS
          - Jeff Pittel, District 14 YES
          - Vacant, 1st Vice Chair XXX
          - Vacant, 2nd Vice Chair XXX
          - Daniel Ziemba, Secretary YES
          - ~~Greg Black, Treasurer ABS~~
          - Ryan Roberts, District 1 YES
          - Vacant, District 2 XXX
          - ~~Jordan Martin, District 3 YES~~
            - YES/NO/ABSTAIN: 8/0/2
            - Motion PASSES
    - Scotty B notes he will investigate Tim Y's claims, which appear to contradict the result of the Judicial Committee decision, and expresses concern that board members were removed
      - Dave F objects to request for comment by Dana C
      - Dave F moves that the meeting proceed to executive session
        - 2nded
        - Approved without objection

Meeting recording stopped and restarted at 21:34 to denote start of executive session (10 members present as noted in above role call vote)

Resumption of general session at 20:55

- Bruce J moves to terminate IT Director Mark King's employment due to unauthorized changes to CiviCRM access on or around 3 February
  - 2nded

- o   Approved without objection
- Next meeting planning
    - o   Daniel MM moves to schedule the next regular meeting for 19:30 on 19 Mar
        - 2nded
        - Rick T notes the CALP monthly meeting is that date, and opposes
        - Daniel MM moves to amend to 20 Mar at 19:30
            - 2nded
            - Approved without objection
- Daniel MM motions to adjourn @ 23:00
    - o   2nded
    - o   Approved without objection by voice vote

<mark>REMIND CHAIR TO STOP RECORDING</mark>

- Andrew Chadderdon, Chair ABS
- ~~Dave Canny, District 5~~ YES
- Larry Henneman, District 6 ABS
- Brian Ellison, District 7 XXX
- Trevor Step, District 8 YES
- ~~Mike Saliba, District 9~~ YES
- ~~Joe Brungardt, District 10~~ YES
- Bruce Jaquays, District 11 YES
- Daniel Muehl-Miller, District 12 YES
- David Franklin, District 13 XXX
- Jeff Pittel, District 14 XXX
- Vacant, 1st Vice Chair XXX
- Vacant, 2nd Vice Chair XXX
- Daniel Ziemba, Secretary YES
- Vacant, Treasurer XXX
- Ryan Roberts, District 1 YES
- Vacant, District 2 XXX
- ~~Jordan Martin, District 3~~ YES
- Rick Thelen, District 4 YES
    - o   YES/NO/ABSTAIN: 6/4/2