IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: |
| MIKE SALIBA, et. al. | 23-cv-11074 |
| Defendants | Hon. Judith E. Levy |

**NOTICE OF CORRECTION OF DECLARATION**

Plaintiff submits the attached Exhibit 69, to correct two errors discovered in the second declaration of Andrew Chadderdon, Exhibit 41 [PID 826-841], submitted with Plaintiff's Reply in Support of Preliminary Injunction.

Subsequent to the filing of the Second Chadderdon Declaration, two minor errors in the declaration were noted.  1 -  Reference to the 2023 convention at PID 830 should have been 2022 and 2 - the 90 days stated at PID 831 should have been referenced as 45 days.  Neither of these corrections changes any of the meaning or import of the Second Chadderdon Declaration.

July 28, 2023                                          Respectfully Submitted,

                                                      /s/ Joseph J. Zito
Joseph J. Zito
FRESH IP PLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
jzito@steinip.com
(202) 466-3500
***ATTORNEYS FOR PLAINTIFF LIBERTARIAN NATIONAL COMMITTEE, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing NOTICE OF CORRECTION was filed on July 28, 2023 with the United States District Court for the Eastern District of Michigan through the CM/ECF system and served by the CM/ECF system on all counsel of record.

Respectfully Submitted:

 /s/ Joseph J. Zito
Joseph J. Zito