IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: |
| MIKE SALIBA, et. al. | 23-cv-11074 |
| Defendants | JURY TRIAL DEMANDED |

## CORRECTIONS TO SECOND DECLARATION

## OF ANDREW CHADDERDON

Under 28 U.S.C. §1746, I, Andrew Chadderdon, declare as follows, under penalty of perjury:

1. I am over the age of 18, of sound mind, and otherwise competent to provide this declaration under penalty of perjury.

2. I am the Chair for the Libertarian Party of Michigan (LPM) which is the recognized state-level affiliate in Michigan by the Libertarian National Committee (LNC) on behalf of the national Libertarian Party (NLP) and the President of the Libertarian Party of Michigan Executive Committee, Inc.

1

(LPMEC). I was re-elected to these positions at the LPM's annual convention on July 15, 2023.

    3.    I had previously executed my Second Declaration in this matter and have since discovered some inadvertent errors as follows:

    a)    Any references to the 2023 National Libertarian Convention in Paragraph 4(c) (PageID.830) should instead refer to the 2022 National Libertarian Convention. The wrong year was a scrivener's error. There was no national convention in 2023.

    b)    The closing sentence of Paragraph 4(d) (PageID.831) should state that Defendants Brungardt, Canny, and Saliba participated on the executive committee for about 45 days (and not nearly 90 days) prior to unilaterally deciding that the LPM Judicial Committee decision was not binding upon them.

Executed on   Jul 26, 2023  .

_____
Andrew Chadderdon (Jul 26, 2023 15:31 EDT)

Andrew Chadderdon, LPM/LPMEC Chair