IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTARIAN NATIONAL COMMITTEE, INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: |
| MIKE SALIBA, et. al. | 23-cv-11074 |
| Defendants | Hon. Judith E. Levy |

**NOTICE OF SUBMISSION OF
NEW EVIDENCE OF CONFUSION**

An incident of confusion occurred after the close of briefing in this matter. The attached Exhibit 70, records of communication with the Michigan Bureau of Elections, is submitted to complete the record in this matter. The submission is timely as the actions and instance of confusion reflected therein occurred after briefing and could not have been earlier submitted.

On or about July 25, Plaintiff became aware that defendants operating as www.michiganlp.net were impersonating the recognized Michigan affiliate www.michiganlp.org in interactions with the Michigan Bureau of Elections and blocked access to the account, preventing the legitimate party organization from filing its Statement of Organization. Plaintiff contacted the Michigan Bureau of

-1-

Elections to correct the confusion.

On July 26, Ms. Irene Del Rio-Mollitor, Campaign Finance Analyst at the Michigan Bureau of Elections, acknowledged the confusion and initiated the process to restore the Michigan Bureau of Elections account to Plaintiff's affiliate. The Account was restored and a corrected Statement of Organization was filed and accepted by the Michigan Bureau of Elections and endorsed on August 4.

August 17, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Joseph J. Zito
　　　　　　　　　　　　　　　　　Joseph J. Zito
　　　　　　　　　　　　　　　　　FRESH IP PLC
　　　　　　　　　　　　　　　　　1250 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　jzito@steinip.com
　　　　　　　　　　　　　　　　　(202) 466-3500
　　　　　　　　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF LIBERTARIAN NATIONAL COMMITTEE, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing NOTICE OF SUBMISSION OF NEW EVIDENCE was filed on August 4, 2023 with the United States District Court for the Eastern District of Michigan through the CM/ECF system and served by the CM/ECF system on all counsel of record.

　　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　/s/ Joseph J. Zito
　　　　　　　　　　　　　　　　　Joseph J. Zito