## STATEMENT OF ORGANIZATION FORM FOR POLITICAL PARTY COMMITTEES

Print, sign, and mail a copy of this Statement of Organization to the Bureau of Elections to complete this request. All information disclosed on this form will be available to the public.

| Committee ID: | Type of Filing: | Date Submitted: | Date Committee Formed: |
|---|---|---|---|
| 2594 | amendment | 07/27/2023 | 04/12/1992 |

**Type of Committee.**
State Pol. Party

**Full Name of Committee** (must include Candidate's first and last name)
LIBERTARIAN PARTY OF MI EXEC COMM INC

**Primary Email Contact**
Treasurer   TREASURER@MICHIGANLP.ORG

| Committee Street Address - No PO Boxes | Committee Mailing Address - May be PO Box |
|---|---|
| 30005 MALVERN ST | 30005 MALVERN ST |
| WESTLAND   MI | WESTLAND   MI |
| 48185 | 48185   2488948057 |
|  | CHAIR@MICHIGANLP.ORG |

**Treasurer Full Name**
BLACK   GREG

| Treasurer Business Address | Treasurer Mail Address |
|---|---|
|  | 3135 N CONCOURSE DR |
|  | MT PLEASANT   MI |
|  | 48858   9899443284 |
|  | TREASURER@MICHIGANLP.ORG |

| Designated Record Keeper Full Name | Designated Record Keeper Address |
|---|---|
| CHADDERDON   ANDREW | 30005 MALVERN ST |
|  | WESTLAND   MI |
|  | 48185   2488948057 |
|  | ANDREW.CHADDERDON@GMAIL.COM |

| Official Depository | Secondary Depository |
|---|---|
| COMERICA BANK |  |
| 5226 CEDAR ST |  |
| LANSING   MI |  |
| 48911 |  |

☐ **Electronic Filing**

**Reporting Waiver**     ☐ Yes     ☑ No

**Verification:**
I/We certify that all reasonable diligence was used in the preparation of the above statement and that the contents are true, accurate and complete to the best of my/our knowledge or belief. If filing electronically, we further agree that the signatures below shall serve as the signatures that verify the accuracy and completeness of each statement filed electronically by the committee. I/We certify that all reasonable diligence will be used in the preparation of each statement electronically filed by this committee and that the contents of each statement will be true, accurate and complete to the best of my/our knowledge or belief. (Sign Name and Date)

Treasurer: [signature]   Date: 8-4-2023
Designated Record Keeper: [signature]   Date: 8/4/2023

Please email, fax, mail, or hand deliver a signed copy of the Statement of Organization using one of the following methods:
Email: Disclosure@Michigan.gov
Fax: 517-335-3235

First Class, Certified, Registered and Priority Mail:
Michigan Department of State
Bureau of Elections
P.O. Box 20126
Lansing, MI 48901-0726

Hand Delivered and Overnight Delivery Service:
Bureau of Elections
430 West Allegan Street
1st Floor, Richard H. Austin Building
Lansing, MI 48918

eSofO-ID: 8708

Authority granted under Act 388 of 1976, as amended

RECEIVED/FILED
MICHIGAN DEPT OF STATE
2023 AUG -4  PM 2:48
ELECTIONS/GREAT SEAL

RE: In re: Libertarian Party of Michigan, committee #002594

DelRio, Irene (MDOS) <DelRioI@michigan.gov>

Wed 7/26/2023 2:17 PM

To:Greg Black <gblack76@me.com>

Cc:treasurer@michiganlp.org <treasurer@michiganlp.org>;Chair LPMI <chair@michiganlp.org>;Secretary LNC <secretary@lp.org>;Angela McArdle <chair@lp.org>;Oliver Hall <Oliverbhall@gmail.com>;Joseph Zito <jzito@steinip.com>;Oscar Rodriguez <orodriguez@hooperhathaway.com>

Greg,

That is correct, I did not make changes to the treasurer's name.  Now that you have access to the primary email, go ahead and use the old treasurer's last name.  Then you should be able to go in and amend the Statement of Organization.

*Sincerely,*

*Irene Del Rio-Mollitor*
*Campaign Finance Analyst*
*Bureau of Elections*

The Bureau of Elections provides general information regarding compliance matters, not legal, accounting, or other professional advice regarding any specific situation.  The best course of action is to contact your own attorney, accountant or other professional for guidance.

Email communications between the Bureau of Elections and outside individuals are considered a part of the public record and can be requested under FOIA.  Emails are reviewed for content and may be placed on the Bureau of Election's website as a public record.

---

**From:** Greg Black <gblack76@me.com>
**Sent:** Wednesday, July 26, 2023 2:06 PM
**To:** DelRio, Irene (MDOS) <DelRioI@michigan.gov>
**Cc:** treasurer@michiganlp.org; Chair LPMI <chair@michiganlp.org>; Secretary LNC <secretary@lp.org>; Angela McArdle <chair@lp.org>; Oliver Hall <Oliverbhall@gmail.com>; Joseph Zito <jzito@steinip.com>; Oscar Rodriguez <orodriguez@hooperhathaway.com>
**Subject:** Re: In re: Libertarian Party of Michigan, committee #002594

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

It accepted the 2594.  Now when I put my name in it says Black is not the current treasurer
Greg
Sent from my iPhone


On Jul 26, 2023, at 1:56 PM, DelRio, Irene (MDOS) <DelRioI@michigan.gov> wrote:

Greg,

Please make sure you are not using the zeros for your committee number.

*Sincerely,*

*Irene Del Rio-Mollitor*
*Campaign Finance Analyst*
*Bureau of Elections*

The Bureau of Elections provides general information regarding compliance matters, not legal, accounting, or other professional advice regarding any specific situation.  The best course of action is to contact your own attorney, accountant or other professional for guidance.

Email communications between the Bureau of Elections and outside individuals are considered a part of the public record and can be requested under FOIA.  Emails are reviewed for content and may be placed on the Bureau of Election's website as a public record.

---

**From:** Treasurer@michiganlp.org <gblack76@me.com>
**Sent:** Wednesday, July 26, 2023 1:36 PM
**To:** DelRio, Irene (MDOS) <DelRioI@michigan.gov>; 'Chair LPMI' <chair@michiganlp.org>
**Cc:** 'Secretary LNC' <secretary@lp.org>; 'Angela McArdle' <chair@lp.org>; 'Oliver Hall' <oliverbhall@gmail.com>; 'Joseph Zito' <jzito@steinip.com>; 'Oscar Rodriguez' <orodriguez@hooperhathaway.com>
**Subject:** RE: In re: Libertarian Party of Michigan, committee #002594

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Thank you for the quick response. I need to request the access code to amend our Statement of Organization. Also when I tried registering for MERTS software download I received the following error [ "The committee id must be an integer." ]
Please provide your committee's 6-digit ID number; e.g. 867530.  When I put in out Committee Numer 002594

Greg

**From:** DelRio, Irene (MDOS) <DelRioI@michigan.gov>
**Sent:** Wednesday, July 26, 2023 1:26 PM
**To:** Chair LPMI <chair@michiganlp.org>
**Cc:** Secretary LNC <secretary@lp.org>; Angela McArdle <chair@lp.org>; Oliver Hall <oliverbhall@gmail.com>; Joseph Zito <jzito@steinip.com>; Oscar Rodriguez <orodriguez@hooperhathaway.com>; Greg Black <gblack76@me.com>
**Subject:** RE: In re: Libertarian Party of Michigan, committee #002594

The changes have been made to the committee records.  Anyone with access to that email address will be able to request an access code and MERTS passwords.

*Sincerely,*

*Irene Del Rio-Mollitor*
*Campaign Finance Analyst*
*Bureau of Elections*

The Bureau of Elections provides general information regarding compliance matters, not legal, accounting, or other professional advice regarding any specific situation.  The best course of action is to contact your own attorney, accountant or other professional for guidance.

Email communications between the Bureau of Elections and outside individuals are considered a part of the public record and can be requested under FOIA.  Emails are reviewed for content and may be placed on the Bureau of Election's website as a public record.

---

**From:** Chair LPMI <chair@michiganlp.org>
**Sent:** Wednesday, July 26, 2023 1:16 PM
**To:** DelRio, Irene (MDOS) <DelRioI@michigan.gov>
**Cc:** Secretary LNC <secretary@lp.org>; Angela McArdle <chair@lp.org>; Oliver Hall <oliverbhall@gmail.com>; Joseph Zito <jzito@steinip.com>; Oscar Rodriguez <orodriguez@hooperhathaway.com>; Greg Black <gblack76@me.com>
**Subject:** RE: In re: Libertarian Party of Michigan, committee #002594

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Hello Ms. Del Rio-Mollitor,

Please use treasurer@michiganlp.org as the primary email address for the committee.

Will that update then allow Mr. Black (our treasurer, who receives email at that address) to retrieve an access code so that he can file a corrected statement of organization and ultimately the filing for the campaign finance report?

Thank you for your help.

**Andrew Chadderdon**
Chair
Libertarian Party of Michigan
Mobile: 248-894-8057

<image001.png>
Get BlueMail for Android
On Jul 26, 2023, at 12:28 PM, "DelRio, Irene (MDOS)" <delrioi@michigan.gov> wrote:

> After speaking with my supervisor and receiving confirmation from the organization I can proceed with updating your committee email address.  Can you provide me with the primary email address you would like to use for the committee?
>
>
>
> *Sincerely,*

*Irene Del Rio-Mollitor*
*Campaign Finance Analyst*
*Bureau of Elections*

The Bureau of Elections provides general information regarding compliance matters, not legal, accounting, or other professional advice regarding any specific situation.  The best course of action is to contact your own attorney, accountant or other professional for guidance.

Email communications between the Bureau of Elections and outside individuals are considered a part of the public record and can be requested under FOIA.  Emails are reviewed for content and may be placed on the Bureau of Election's website as a public record.

**From:** Secretary LNC <secretary@lp.org>
**Sent:** Tuesday, July 25, 2023 2:52 PM
**To:** DelRio, Irene (MDOS) <DelRioI@michigan.gov>
**Cc:** Angela McArdle <chair@lp.org>; Oliver Hall <Oliverbhall@gmail.com>; Joseph Zito <jzito@steinip.com>; Oscar Rodriguez <orodriguez@hooperhathaway.com>; Greg Black <gblack76@me.com>; Chair LPMI <chair@michiganlp.org>
**Subject:** Re: In re: Libertarian Party of Michigan, committee #002594

> **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Correction Ms. Del Rio-Molitto: The correct website address for our affiliate is michiganlp.org not lpmichigan.org.  I had it reversed.  Apologies for that.

The imposter website is michiganlp.net.

**In Liberty, Caryn Ann Harlos**
**LNC Secretary and LP Historical Preservation Committee Chair ~ 561.523.2250**

On Tue, Jul 25, 2023 at 12:39 PM Secretary LNC <secretary@lp.org> wrote:

> Ms. Del Rio-Mollitor:
>
> Thank you for speaking with me.  As discussed, I am the National Secretary of the Libertarian National Committee and the national Libertarian Party.  I have copied the national Party Chair, Angela McArdle, and the Chair of our recognized Michigan affiliate, Mr. Andrew Chadderdon.  You spoke earlier with Greg Black, whom I can confirm is the recognized Treasurer for our Michigan affiliate.  As you can see, Mr. Chadderdon has the institutional email address of lpmichigan**.org**.  If you visit the official Libertarian Party website at https://www.lp.org/state-affiliates/ and click on Michigan, you will see that it directs to that domain and lists Mr. Chadderdon and Mr. Black in their respective offices.  The website of lpmichgian**.net** is unauthorized to represent the Libertarian Party.
>
> It is my understanding you have referred this matter to the state attorneys for review, and I wanted to make myself available for any information the national Libertarian Party can provide to expedite this situation.
>
> In brief, a group of unrecognized rogue actors attempted to seize control of the Libertarian Party of Michigan and before the recognized Board could do anything about it, took control of the state campaign filing passwords and made unauthorized changes.  This rogue group is currently being sued in Federal court by the Libertarian National Committee for violation of trademark for illegitimately claiming to be the Libertarian Party of Michigan (Case No. 23-cv-11074, US District Court, Eastern District of Michigan).  **All of our internal processes have recognized the board of the Libertarian Party of Michigan as that chaired by Mr. Andrew Chadderdon with Gregory Black as Treasurer.**
>
> We are concerned about an untimely filing caused by this lack of access and any fees which may be levied as well as running candidates in the upcoming election season.
>
> Also copied above is:
> Oliver Hall, Esq.  the general counsel for the Libertarian National Committee
> Joseph Zito, Esq. trademark counsel for the Libertarian National Committee
> Oscar Rodriguez, Esq. trademark local counsel for the Libertarian National Committee and counsel for Andrew Chadderdon
>
> My personal phone number is 561.523.2250, and I can be reached at any time.
>
> ---
>
> **In Liberty, Caryn Ann Harlos**
> **LNC Secretary and LP Historical Preservation Committee Chair ~ 561.523.2250**