# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Libertarian National Committee, Inc.,

                Plaintiff,

v.

Michael J. Saliba, *et al.*,

                Defendants.

_____/

Case No. 23-cv-11074

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## **PRELIMINARY INJUNCTION**

Before the Court is Plaintiff Libertarian National Committee, Inc.'s Motion for Preliminary Injunction. (ECF No. 12.) On August 23, 2023, the Court held a hearing on the motion and heard oral argument. For the reasons set forth on the record, Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that a Preliminary Injunction is ISSUED, hereby ENJOINING Defendants from using the Plaintiff's federally registered trademark "Libertarian Party" Reg No. 2,423,459. Plaintiff shall post an injunction bond in the amount of $20,000.00 for the payment of such costs and damages as may be incurred or suffered

by Defendants if Defendants are found to have been wrongfully enjoined or restrained.

    IT IS SO ORDERED.

Dated: August 24, 2023          s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 24, 2023.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager