IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,** *Plaintiff*, v. **MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,** *Defendants*. | Case No. 23-cv-11074 Hon. Judith E. Levy United States District Judge Mag. Judge Elizabeth A. Stafford |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's August 24, 2023 Order, ECF No. 21.

Dated: September 19, 2023           Respectfully submitted,

/s/ *C. Nicholas Curcio*
C. Nicholas Curcio
CURCIO LAW FIRM, PLC
16905 Birchview Drive
Nuncia, Michigan 49448
(616) 430-2201
ncurcio@curciofirm.com

/s *Lena Shapiro*
Lena Shapiro
Director, First Amendment Clinic
University of Illinois College of Law
504 E. Pennsylvania Ave.
Champaign, IL 61820
Telephone: (217) 333-4333
Shapiro7@illinois.edu

*Attorneys for Defendants*