UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Libertarian National Committee, Inc..,

                Plaintiff(s),

v.

Michael J. Saliba, et al.,

                Defendant(s).

Case No. 5:23−cv−11074−JEL−EAS
Hon. Judith E. Levy

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on September 20, 2023.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ N Ahmed
     Deputy Clerk

Dated:   September 20, 2023