UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Libertarian National Committee, Inc..,

                Plaintiff(s),

v.                                          Case No. 5:23−cv−11074−JEL−EAS
                                              Hon. Judith E. Levy

Michael J. Saliba, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

      Motion to Stay − #25

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                       Case Manager

Dated:   September 20, 2023