UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Libertarian National Committee, Inc..,

                Plaintiff(s),

v.

Michael J. Saliba, et al.,

                Defendant(s),

Case No. 5:23–cv–11074–JEL–EAS
Hon. Judith E. Levy

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- SCHEDULING CONFERENCE: February 29, 2024 at 11:00 AM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys–only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

**ADDITIONAL INFORMATION:** The parties shall file an AMENDED Joint Discovery Plan with the Court, in accordance with Fed. R. Civ. Proc. Rule 26(f)(3), on or before 2/23/2024

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/W. Barkholz
Case Manager

Dated: February 8, 2024