**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Libertarian National Committee,
Inc.,

                     Plaintiff,       Case No. 23-11074

v.                                Judith E. Levy
                                United States District Judge

Mike J. Saliba, *et al.*,

                                Mag. Judge Elizabeth A. Stafford
                Defendants.

_____/

## SCHEDULING ORDER

     The Court held a scheduling conference in the above captioned

matter on February 29, 2024.  The following are the dates set and agreed

on by the parties to this litigation:

| EVENT | DEADLINE |
|---|---|
| Email Case Manager regarding proposed Alternative Dispute Resolution procedure and timing: | **Following 6th Circuit ruling** |
| Discovery completed by: | **November 1, 2024** |
| Dispositive Motions filed by: | **December 2, 2024** |
| Motions *in Limine* filed by: | **March 10, 2025** |

| **Joint** Final Pretrial Order submitted by: | **March 31, 2025** |
|---|---|
| Final Pretrial Conference: | **April 7, 2025 at 10:30 a.m.** |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | **April 14, 2025** |
| Trial Date: | **April 22, 2025 at 8:30 a.m.** |
| **JURY TRIAL** ||

## Expert Discovery

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

## Discovery Disputes

As discussed at the scheduling conference, the parties are required to first confer and attempt to narrow any disagreements regarding discovery.  E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court via telephone prior to filing any discovery motions.  The Court will then hold a telephonic conference with the parties regarding the subject of the dispute.  The Court will only permit discovery motions to be filed after it

holds a telephonic conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.

Dated: February 29, 2024
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 29, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager