Case No. 23-1856

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LIBERTARIAN NATIONAL COMMITTEE, INC.

    Plaintiff - Appellee

v.

MICHAEL J. SALIBA; RAFAEL WOLF; GREG STEMPFLE; ANGELA THORNTON-CANNY; JAMI VAN ALSTINE; MARY BUZUMA; DAVID CANNY; JOSEPH BRUNGARDT

    Defendants - Appellants

Upon consideration of appellants' motion for Law Students Lilian Alexandrova and Jonathan Resnick to appear for oral argument scheduled for Tuesday, June 11, 2024,

It is **ORDERED** that the motion be, and it hereby is **GRANTED.**

                        **ENTERED BY ORDER OF THE COURT**
                        Kelly L. Stephens, Clerk

Issued: May 22, 2024

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/22/2024.

**Case Name:** Libertarian Natl Comm, Inc. v. Michael Saliba, et al
**Case Number:** 23-1856

**Docket Text:**
ORDER filed granting appellants' motion requesting leave for Law Students Lilian Alexandrova and Jonathan Resnick to appear at oral argument filed by Ms. Lena Shapiro. Entered by order of the court.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Ms. Lilian Alexandrova
Mr. Charles Nicholas Curcio
Ms. Kinikia D. Essix
Mr. Jonathan J. Resnick
Mr. Oscar A. Rodriguez
Ms. Lena Shapiro
Ms. Rebecca Tushnet
Mr. Joseph J. Zito