UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,** *Plaintiff*, v. **MIKE SALIBA, RAFAEL WOLF, GREG STEMPFLE, ANGELA THORNTON-CANNY, JAMI VAN ALSTINE, MARY BUZUMA, DAVID CANNY, and JOSEPH BRUNGARDT,** *Defendants*. | Case No. 23-cv-11074  Hon. Judith E. Levy United States District Judge  Mag. Judge Elizabeth A. Stafford |

## STIPULATED ORDER OF JUDGMENT

This matter having come before the Court on the parties' stipulation and the Court having been fully advised thereon:

IT IS HEREBY ORDERED that the Defendants are permanently enjoined from using the Plaintiff's federally registered trademarks as source identifiers when providing goods or services that compete with goods or services offered by the Plaintiff or by the recognized leadership of one of the Plaintiff's state affiliates. For purposes of this order, the phrase "goods or services" includes advertising a political convention, operating a website, promulgating political news and party activities, filing campaign finance reports, endorsing candidates, and soliciting donations. The

Plaintiff's federally registered trademarks are Reg. No. 2,423,459, "Libertarian Party," and Reg. No. 6,037,046, made up of the word, "Libertarian," accompanied by an icon depicting a torch and an eagle.

IT IS FURTHER ORDERED that this Order shall not be construed as preventing the Defendants from identifying as individual members of the Libertarian Party or the Michigan affiliate, from using the trademarks to criticize or comment on either entity, or from otherwise engaging in political speech.

IT IS FURTHER ORDERED that all claims pending against the Defendants are hereby resolved, and that this is a final order closing the case. Each party shall bear its respective fees and costs.

Date: November 15, 2024                 s/Judith E. Levy
                                                                     JUDITH E. LEVY
                                                                     United States District Judge